IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| WESTSIDE FAMILY CHURCH, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No: |
| | ) | |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Church Mutual Insurance Company, S.I. hereby invokes this Court's jurisdiction and removes this action from the District Court of Johnson County, Kansas to this Court, based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and § 1441(b). In support of this removal, Defendant states:

1. On March 3, 2022, Plaintiff Westside Family Church, Inc. ("Westside") filed a petition in the District Court of Johnson County, Kansas captioned, *Westside Family Church, Inc. v. Church Mutual Insurance Company, S.I.*, Case No. 22CV00973. A copy of the Summon and Petition is attached as Exhibit A.

2. Westside obtained service of process on Church Mutual Insurance Company, S.I. ("CMIC") through the Kansas Insurance Department, which received the Summons and Petition on March 11, 2022. (Exhibit A).

3. CMIC received copies of the Summons and Petition from the Kansas Insurance Department on March 14, 2022. (Exhibit A).

4. Defendant has 30 days pursuant to 28 U.S.C. § 1446(b) to remove this civil action in federal court, so this Notice of Removal is timely.

5. Plaintiff Westside is a not-for-profit corporation organized and existing under the laws of the State of Kansas with its registered agent and principal place of business in Lenexa, Kansas.

6. Defendant CMIC is a mutual insurance company formed in the State of Wisconsin with its principal place of business in Merrill, Wisconsin, so that CMIC is a citizen of Wisconsin under 28 U.S.C. § 1332(c). Therefore, diversity of citizenship exists between the plaintiff and defendant.

7. Plaintiff Westside claims that the roof to its church building in Lenexa, Kansas sustained damage from hail on or about March 6, 2017. Plaintiff made a claim for coverage for the loss under an insurance policy issued by CMIC that provided property coverage for the building.

8. Westside's petition states that CMIC conducted an investigation and determined damage from the storm had a replacement cost value of $25,860.71 and an actual cash value of $14,287.54. After applying the deductible, CMIC tendered payment of $11,787.54 to Westside for the loss. (Exhibit A, ¶¶ 10-16.)

9. Westside retained a public adjuster who estimated the cost for repairs for the roof to be a replacement cost value of $1,190,451.13, and an actual cash value of $1,106,.019.53. (Exhibit A, ¶ 26).

10. CMIC has declined to pay the additional amount claimed by Westside, so the amount in dispute exceeds $75,000, excluding interest and costs.

11. Therefore, diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Having established that diversity of citizenship exists under 28 U.S.C. § 1332 and having met the requirements for removal under 28 U.S.C. § 1441 and § 1446, CMIC requests this Court to accept jurisdiction of this matter.

13. A Notice of Removal is being filed in the District Court of Johnson County, Kansas, including a copy of this Notice of Removal, and copies of the same are being mailed to Plaintiff through their counsel of record, pursuant to 28 U.S.C. § 1446. The filing of Notice of Removal is attached hereto as Exhibit B.

14. This Notice of Removal is being filed in the United States District Court for the District of Kansas, Kanas City Division, pursuant to Local Rule 81.1(b).

WHEREFORE, Church Mutual Insurance Company, S.I., requests that this action be removed from the District Court of Johnson County, Kansas, where it is now pending, to the United States District Court for District of Kansas, that this Court accept jurisdiction of this action, and that this action be placed on the docket for this Court for further proceedings, and though this case had originally been instituted in this Court.

## DEMAND FOR JURY TRIAL

Defendant Church Mutual Insurance Company, S.I., hereby demands a trial by jury of all triable issues of fact in this case.

## DESIGNATION FOR PLACE OF TRIAL

Pursuant to D. Kan. Rule 40.2(c), Defendant Church Mutual Insurance Company, S.I., hereby designates the Court in Kansas City, Kansas as the place for trial.

        Respectfully submitted,

*/s/ Curtis O. Roggow*
Curtis O. Roggow    KS #14980
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd, Suite 450
Overland Park, KS 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: c.roggow@swrllp.com
***Attorneys for Defendant***

# CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of March 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

William C. Kenney
BILL KENNEY LAW FIRM, LLC
P.O. Box 561
Lee's Summit, MO 6463
Telephone:  (816) 842-2455
Facsimile:  (816) 474-8899
bkekney@billkenneylaw.com
***Attorney for Plaintiff***

        */s/ Curtis O. Roggow*
        *Attorney*