

null / ALL
Transmittal Number: 24627268
Date Processed: 03/17/2022

# Notice of Service of Process

**Primary Contact:** Sheila R. Klug
Church Mutual Insurance Company
3000 Schuster Ln
Merrill, WI 54452-3863

**Electronic copy provided to:** Cynthia Brandt
Christopher Grunenwald
Melissa Fitzgerald
Gonzalo Sanchez Silvela

| | |
|---|---|
| **Entity:** | Church Mutual Insurance Company, S.I.<br>Entity ID Number 3151001 |
| **Entity Served:** | Church Mutual Insurance Company, S.I. |
| **Title of Action:** | Westside Family Church, Inc. vs. Church Mutual Insurance Company, S.I. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Johnson County District Court, KS |
| **Case/Reference No:** | 22CV00973 |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 03/14/2022 |
| **Answer or Appearance Due:** | 40 Days |
| **Originally Served On:** | Dept. of Insurance |
| **How Served:** | Certified Mail |
| Sender Information: | Bill Kenney<br>816-842-2455 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Exhibit A



KANSAS
INSURANCE
DEPARTMENT

*Vicki Schmidt, Commissioner*

March 11, 2022

Church Mutual Insurance Company, S.I.
c/o Corporation Service Company
2900 SW Wanamaker Dr. Ste. 204
Topeka, KS 66614-4188

Dear Sir or Madam:

You are hereby notified that action has been commenced against your company in the District Court of Johnson County, State of Kansas, by Westside Family Church, Inc.

Copies of the following papers, which were received by this Department on March 11, 2022, are enclosed:

**Summons and Plaintiff's Petition for Breach of Contract.**

Thank you for your attention to this matter.

Sincerely,

Toni Garrard
Kansas Insurance Department
Legal Division

Enclosures

Exhibit A

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

WESTSIDE FAMILY CHURCH INC
Plaintiff

vs

CHURCH MUTUAL INSURANCE COMPANY SI
Defendant

Case No: 22CV00973
Division: 7
K.S.A. Chapter 60

SUMMONS

To the above-named defendant:

YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

Name: WILLIAM C KENNEY
Address: P.O. BOX 561
LE'S SUMMIT, MO 64063
Phone: (816) 875-4996

Within 40 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

/s/ Jennie Leach
Clerk of the District Court

Dated: March 4, 2022

Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061

*Clerk of the District Court, Johnson County Kansas*
*3/4/2022 13:06:30 HNS*

Exhibit A

22CV00973
Div7

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| WESTSIDE FAMILY CHURCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: |
| v. | ) | |
| | ) | |
| CHURCH MUTUAL INSURANCE COMPANY, S.I., | ) | Division: |
| Serve Commissioner of Insurance: | ) | |
| Vicky Schmidt | ) | K.S.A. Chapter 60 |
| 1300 SW Arrowhead Road | ) | |
| Topeka, KS 66604 | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PETITION FOR BREACH OF CONTRACT**

COMES NOW, the Plaintiff, WESTSIDE FAMILY CHURCH, INC., (hereinafter, "Plaintiff"), by and through the undersigned counsel, and respectfully files this Petition for Breach of Contract against Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I. (hereinafter, "Defendant") and states as follows.

**PARTIES**

1. Plaintiff is a not for profit corporation organized and existing under the laws of the State of Kansas, is in good standing and is authorized to do business in the State of Kansas, with its registered agent and principal place of business located in Lenexa Kansas.

2. Plaintiff owns property located at 8500 Woodsonia Drive, Lenexa, Kansas, 66227, which is the subject of this lawsuit (hereinafter "the Subject Property").

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

3. Defendant is a foreign insurance corporation with its principal place of business, upon information and belief, located in the State of Wisconsin, and is and was at all times relevant herein licensed and authorized to transact business in the state of Kansas.

## JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in this Court pursuant to K.S.A. §§ 60-604 and 60-605, in that the cause of action arose in Johnson County, Kansas; Defendant is and at all times relevant herein was qualified to transact business in this state; and Defendant regularly enters into contracts, transacts business, and insures properties in Johnson County, Kansas.

## GENERAL ALLEGATIONS

5. At all times material hereto, the Plaintiff was insured by Defendant under a policy of insurance bearing policy number ending in 953488 (hereinafter "the Policy") with an applicable coverage term of January 1, 2017 through January 1, 2018. A true and complete copy of the Policy is attached hereto as Exhibit "A" and incorporated by reference as if fully set out herein.

6. Plaintiff paid all premiums on the Policy, and the Policy was in full force and effect at all times material hereto.

7. All conditions precedent to obtaining payment of benefits under the Policy have been complied with by Plaintiff, met by Plaintiff, waived by Defendant or otherwise satisfied.

8. On or about March 6, 2017 (hereinafter "the date of loss"), the Subject Property suffered damages after a hail and/or windstorm occurred at the Subject Property.

9. Plaintiff timely notified Defendant of the loss and allowed the Defendant and its representatives inspect the property and investigate the loss.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

10. After receiving timely notice of the claim, Defendant assigned claim number 1428671 to Plaintiff's claim.

11. As part of its investigation, Defendant retained an engineer, Mr. Casey J. Clay with EFI Global, Inc. to investigate the claim.

12. In performing the above-referenced investigation, Mr. Clay, at Defendant's request and/or direction, performed an inspection of the Subject Property and prepared a report dated December 7, 2020.

13. Mr. Clay's findings indicate there was damage to the roof mounted condenser units' cooling fins which resulted from hail impacts which occurred on the date of loss; however, he concluded that the roofing system did not incur damages attributable to wind and/or hail in connection with weather events on or about the date of loss.

14. Defendant also retained Mr. Chad Bruto of Alacrity Claim Solutions to prepare an estimate based on Mr. Clay's report.

15. Mr. Bruto's estimate for damages attributable to this claim is a replacement cost value ("RCV") of $25,860.71 and an actual cash value ("ACV") of $14,287.54. *See* Ex. B at p. 3.

16. In connection therewith, the sum of $11,787.54 owed to Plaintiff has been tendered by Defendant to Plaintiff as purported satisfaction of its contractual obligations.

17. The RCV and ACV figures calculated in Mr. Bruto's estimate are insufficient to adequately compensate Plaintiff for its damages incurred as a result of this claim.

18. As a result of Mr. Clay's conclusions and Mr. Bruto's estimate, Defendant has failed and/or refused to pay any further amounts to Plaintiff in connection with the damages to the Subject Property aside from the amount as shown in paragraph 16, above.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

19. As a result of Defendant's refusal to pay the policy benefits due and owing, Plaintiff was required to retain additional professionals to assist it with its claim.

20. Among these professionals were public adjuster, Jason Ammerman, of Adjuster Assist, to assist in the adjustment of the loss, as well as Carl Martin, P.E. of Engineering Perspective Inc., to perform an inspection and prepare a report.

21. Mr. Martin inspected the building and issued his report on December 20, 2020, which verified damage to the roofing system[1] necessitating replacement thereof resulting from the aforementioned hail and wind event.

22. Mr. Martin's findings and conclusions are summarized as follows:

a. That hail can cause damage to modified-bitumen roof assemblies if the impact energy from hailstone exposure is sufficient to result in damage to the membrane plies, interply bitumen mopping or substrate.

b. That available weather data indicated the maximum possible hailstone-impact energies could have ranged from 3 to 21 lb-foot on the date of loss.

c. That the testing of two roof samples from the building indicated that hailstone-impact energies as low as 1.71 lb-foot can result in interply disruptions and that interply disruptions would be expected to occur at hailstone-impact energy exposures above 3.63 lb-foot or greater.

d. That the hailstone-impact energies which occurred on March 6, 2017 exceeded the threshold values of impact energy from hailstones that result in interply

---

1 The roof of the Subject Property consists of a granule-coated, modified-bitumen assembly on northern portions of the building and single-ply thermoplastic polyolefin (TPO) membrane on southern portions.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

mopping damage and that, as a result thereof, replacement of the modified-bitumen roof membrane is necessary.

23. The damages to the modified-bitumen roof membrane at the Subject Property have proximately caused additional damages within the interior of the subject property.

24. Pursuant to the terms of the Policy, interior damages which result from or are the natural consequence of damages to the modified-bitumen roof membrane are covered losses under the Policy.

25. Additionally, Adjuster Assist performed a line-by-line estimate based on the findings of Mr. Martin as to what the appropriate cost to repair and replace the roofing system and its components would be.

26. Adjuster Assist's estimate for damages attributable to this claim is a replacement cost value ("RCV") of $1,190,451.13 and an actual cash value ("ACV") of $1,106,019.53.

27. Upon receiving Mr. Martin's report and Mr. Ammerman's estimate, Defendant retained Mr. Clay to provide a supplemental report dated February 14, 2022, in which Mr. Clay again concludes that the roofing system did not incur damages attributable to wind and/or hail in connection with weather events on or about the date of loss.

28. Despite Plaintiff having provided its report and estimate to Defendant for its review and consideration and having otherwise complied with all conditions precedent to filing this lawsuit, Defendant refuses to cover the loss in full.

29. To date, Defendant has failed and/or refused to pay to Plaintiff the cost of repair or replacement of the modified-bitumen roof membrane.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

30. To date, Defendant has failed and/or refused to pay to Plaintiff the cost of repair of the interior damages inflicted upon the Subject Property which were proximately caused by the damages to the modified-bitumen roof membrane.

31. As a result of the damages described herein, to the extent Plaintiff's operations and/or occupancy of the Subject Property was interrupted, the Policy provides that Defendant shall pay to Plaintiff its actual loss of net income for a period of 12-months from the date of loss.

**COUNT I**
**(FOR BREACH OF CONTRACT)**

32. Plaintiff hereby re-alleges all preceding paragraphs, including sub-paragraphs, as if they were fully set forth herein.

33. This is an action for damages for a breach of contract against Defendant for benefits under Policy that was in effect at the time of the loss.

34. Defendant underwrote and issued the Policy with an applicable coverage term of January 1, 2017 through January 1, 2018.

35. The insurance policy is an all-risks policy that provides coverage for any and all perils not specifically excluded under the terms of the insurance policy.

36. Hail and wind are covered losses under the policy and were not excluded under the terms and conditions of the Policy.

37. On or about March 6, 2017, while the policy was in full force and effect, Plaintiff's property suffered damages as a result of a hail and wind storm.

38. Plaintiff provided prompt notice of its claim to Defendant shortly after the loss, and has complied with all material terms imposed upon it under the Policy, including the payment of all policy premiums.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

39. Plaintiff also provided access to the property so that Defendant and its representatives could examine the property for purposes of its investigation.

40. Nonetheless, despite Plaintiff's full cooperation with the pertinent policy conditions, clear evidence that there has been a covered loss, and even Defendant's admission thereof, Defendant continues to deny payment of the full amount of the damages due and owing to Plaintiff under the terms of the policy.

41. Defendant's refusal to tender payment in full resulting therefrom is a breach of the terms of the policy.

42. As direct and proximate result of the Defendant's breach of the terms of the Policy, the Plaintiff has suffered and continues to suffer damages including the cost of having to repair the damage to the building, worsening damage to the building, damage to the building's roofing systems and components thereof, and lost business income to the extent Plaintiff's operations and/or occupancy of the Subject Property were affected subsequent to the date of loss, all as a result of Defendant's refusal to pay for repairs. As such, the Plaintiff is entitled to these damages, as well as attorney's fees and costs pursuant to Kansas Stat. §40-908.

WHEREFORE, the Plaintiff prays for an award against Defendant for compensatory damages, consequential damages, pre-judgment interest, attorneys' fees and costs of this action; and such other further relief this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable as a matter of right.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Dated: March 3, 2022

Respectfully Submitted

*/s/ Bill Kenney*

William C. Kenney, KS Bar No. 27208
**BILL KENNEY LAW FIRM, LLC**
PO Box 561
Lee's Summit, MO 64063
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
bkenney@billkenneylaw.com

*Attorneys for Plaintiff*

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

# Exhibit A

Insurance Policy Ending in 953488

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Mutual Company
Nonassessable

# CHURCH MUTUAL INSURANCE COMPANY

3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## COMMON POLICY DECLARATIONS PAGE

**POLICY NO.:** [redacted]-953488

**ITEM 1. NAMED INSURED AND ADDRESS:**
WESTSIDE FAMILY CHURCH INC
8500 WOODSONIA DR
LENEXA KS 66227-3137

**ITEM 2. POLICY PERIOD:** FROM 01/01/17 TO 01/01/18
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

[redacted]641586
(RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:** RELIGIOUS INSTITUTION

**ITEM 4. AGENT:** 06-056
DAVID RAGLE
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

**ITEM 5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:**

**FORMS AND ENDORSEMENTS WHICH APPLY TO THIS ENTIRE POLICY:**

| | |
|---|---|
| A 050(01-98) | MUTUAL AND COMMON POLICY CONDITIONS |
| A 9009 KS(01-15) | KS CONDITIONAL EXCLUSION OF TERRORISM |
| A 910(08-15) | KANSAS CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD |
| A 911(01-90) | KANSAS CHANGES - CANCELLATION AND NONRENEWAL |
| UN 720(01-15) | NOTICE - DISCLOSURE OF TERRORISM PREMIUM |

**PROPERTY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 100(01-01) | PROPERTY CONDITIONS |
| A 1001(01-08) | IDENTITY RECOVERY COVERAGE FORM |
| A 1009(11-08) | WATER EXCLUSION ENDORSEMENT |
| A 101(04-06) | BUILDING AND PERSONAL PROPERTY COVERAGE - RELIGIOUS |
| A 117.1(05-89) | COVERAGE EXTENSIONS AND ADDITIONAL COVERAGES |
| A 127(04-06) | CAUSES OF LOSS - SPECIAL FORM |
| A 128(01-98) | CAUSES OF LOSS - EARTHQUAKE FORM |
| A 136(01-98) | PROTECTIVE SAFEGUARDS |
| A 144(02-13) | LEASED PROPERTY |
| A 154(10-99) | SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM |
| A 187(03-05) | KANSAS CHANGES |
| A 945.2(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 052(06-87) | NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM |
| A 200(01-04) | GENERAL LIABILITY COVERAGE PART - OCCURRENCE BASIS |
| A 200.1(12-06) | AMENDATORY ENDORSEMENT - PERSONAL INJURY |

Church Mutual INSURANCE COMPANY

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36am HNS*

Exhibit A

**POLICY NO.:** [redacted]953488

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 200.2(12-07) | BODILY INJURY DEFINITION |
| A 2012(12-07) | CORPORATE ENTITY ENDORSEMENT |
| A 2013(12-07) | MEDICAL EXPENSE AMENDMENT |
| A 202(01-04) | GENERAL LIABILITY ADDITIONAL PROVISIONS - RELIGIOUS |
| A 205(06-87) | LOSS OF LIFE |
| A 220(01-98) | DESIGNATED PERSON OR ORGANIZATION |
| A 251(09-94) | EXCLUSION - LEAD LIABILITY |
| A 253(12-07) | LEGAL DEFENSE COVERAGE FORM |
| A 254(05-08) | AMEND OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE |
| A 255(01-04) | CATASTROPHIC VIOLENCE RESPONSE COVERAGE |
| A 256(01-04) | WAGE LOSS REIMBURSEMENT |
| A 262(01-04) | SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIAB AND MED |
| A 268(05-03) | WAR LIABILITY EXCLUSION |
| A 278(03-05) | KANSAS CHANGES - TRANSFER OF RIGHTS |
| A 278.1(09-08) | KANSAS CHANGES - ARBITRATION |
| A 9006(01-15) | EXCL OF PUN DAMAGES RELATED TO A CERT ACT OF TERROR |
| A 945.3(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**CRIME COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 300(06-87) | CRIME CONDITIONS FORM |
| A 302(05-89) | CHURCH THEFT OF MONEY AND SECURITIES COVERAGE FORM |
| A 309(06-87) | BLANKET BOND COVERAGE FORM |
| A 390(09-11) | KANSAS CHANGES |

**INLAND MARINE COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 400(06-87) | INLAND MARINE CONDITIONS |
| A 401(06-87) | SPECIAL SCHEDULED PROPERTY COVERAGE FORM |
| A 402(06-87) | MAINTENANCE AND MOBILE EQUIPMENT COVERAGE FORM |
| A 482(03-05) | KANSAS CHANGES - LEGAL ACTION AGAINST US/DEFINITIONS |
| A 945.2(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**PROFESSIONAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 500(01-04) | COUNSELING PROFESSIONAL LIABILITY COVERAGE-OCCURRENCE |
| A 501.7(06-15) | EXCLUSION - FINANCIAL COUNSELING |
| A 505(12-04) | DIRECTORS, OFFICERS & TRUSTEES LIAB - CLAIMS MADE |
| A 505.1(12-07) | SPOUSAL LIABILITY |
| A 515(05-95) | EXCLUSION COUNSELING SPECIFIC PERSON/POSITION/ORGANIZATION |
| A 520(01-04) | EMPLOYMENT PRACTICES LIABILITY COVERAGE |
| A 529(12-04) | EMPLOYMENT PRACTICES LIABILITY COVERAGE AMENDMENT |
| A 530(12-06) | AFFILIATED ENTITY DISPUTE LEGAL DEFENSE COVERAGE |
| A 534(12-07) | CORPORATE ENTITY ENDORSEMENT |
| A 535(12-07) | CORPORATE ENTITY ENDORSEMENT DO&T LIABILITY |
| A 9006(01-15) | EXCL OF PUN DAMAGES RELATED TO A CERT ACT OF TERROR |
| A 945.3(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| DOT 913(02-07) | APPLICATION FOR DIRECTORS, OFFICERS & TRUSTEES LIAB |
| EPL 914(02-07) | APPLICATION FOR EMPLOYMENT PRACTICES LIABILITY |

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 600(01-04) | HIRED AND NONOWNED AUTO LIAB - RELIGIOUS INSTITUTION |
| A 602(06-00) | MEDICAL EXPENSE COVERAGE |
| A 602.1(12-07) | MEDICAL EXPENSE AMENDMENT |

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

POLICY NO.: [redacted]-953488

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 605(01-03) | RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT |
| A 606(12-07) | CORPORATE ENTITY ENDORSEMENT |
| A 610(09-11) | KANSAS CHANGES |
| A 9006(01-15) | EXCL OF PUN DAMAGES RELATED TO A CERT ACT OF TERROR |
| A 945.3(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**ITEM 6. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

$50,067.00 DUE AT INCEPTION.

** SUMMARY OF ADDITIONAL CHARGES (INCLUDED IN ANNUAL PREMIUM) **

TERRORISM RISK INSURANCE: $ 1,867.00 ANNUAL CHARGE

This policy includes copyrighted material of Church Mutual Insurance Company
Copyright, Church Mutual Insurance Company, 1995
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36am*

Church Mutual INSURANCE COMPANY

Exhibit A

# PROPERTY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:** ████████953488

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

| BLANKET DETAILS: | BLANKET NO. | DESCRIPTION | LIMIT OF INSURANCE |
|---|---|---|---|
| | 1 | BUILDING & PERSONAL PROPERTY | $ 22,590,000 |

BLANKET LIMIT OF INSURANCE IS PER SCHEDULE IN COMPANY FILE.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO: 001 BUILDING NO: 001
CONSTRUCTION: MODIFIED FIRE RESISTIVE
OCCUPANCY: CHURCH AND EDUCATION WING
LOCATION: 8500 WOODSONIA DR
COUNTY: JOHNSON
CITY/STATE: LENEXA, KS

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
EARTHQUAKE "INCLUDING MASONRY VENEER"
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
EARTHQUAKE
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

OTHER AMENDMENTS OR ENDORSEMENTS:

PROTECTIVE SAFEGUARDS ENDORSEMENT.
SYMBOL: P-1
DESCRIPTION OF SYSTEM: AUTOMATIC SPRINKLER

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:30am*

Church Mutual INSURANCE COMPANY

Exhibit A

POLICY NO.: [redacted]-953488

LEASED PROPERTY ENDORSEMENT. LIMIT OF INSURANCE: $130,782
VALUATION OF PROPERTY: AGREED VALUE
LEASED PROPERTY DESCRIPTION:
KONICA MINOLTA BIZHUB PRESS C1070P,

SERIAL #A57P011000060 - $65,000

KONICA MINOLTA BIZHUB C554E COPIER,

SERIAL #A3EPWYA001745 - $24,000

KONICA MINOLTA BIZHUB C554E COPIER,

SERIAL #A5AY011001644 - $24,000

KYOCERA TASKALFA 3500I COPIER,

SERIAL #N483614321-1102LL2USO - $12,000

PITNEY BOWES POSTAGE METER MODEL #DM400C - $4,032

KYOCERA 420 COPIER - $1,750

*************************************************************************

PREMISES NO: 001 BUILDING NO: 002
OCCUPANCY: LIGHT POLES
LOCATION: 8500 WOODSONIA DR
COUNTY: JOHNSON
CITY/STATE: LENEXA, KS

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

*************************************************************************

PREMISES NO: 002 BUILDING NO: 003
OCCUPANCY: PLAYGROUND
LOCATION: 8500 WOODSONIA DR
COUNTY: JOHNSON
CITY/STATE: LENEXA, KS

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

POLICY NO.: [redacted]953488

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
EARTHQUAKE "INCLUDING MASONRY VENEER"
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

************************************************************************

PREMISES NO: 002 BUILDING NO: 004
CONSTRUCTION: FRAME
OCCUPANCY: STORAGE GARAGE
LOCATION: 8500 WOODSONIA DR
COUNTY: JOHNSON
CITY/STATE: LENEXA, KS

COVERAGE: BUILDING
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
EARTHQUAKE
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
EARTHQUAKE
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

************************************************************************

PREMISES NO: 003 BUILDING NO: 005
CONSTRUCTION: JOISTED MASONRY
OCCUPANCY: CHURCH SERVICES (SPEEDWAY CAMPUS)
LOCATION: 1841 VILLAGE WEST PKWY
COUNTY: WYANDOTTE
CITY/STATE: KANSAS CITY, KS

COVERAGE: PERSONAL PROPERTY
LIMIT OF INSURANCE: BLANKET COVERAGE - BLANKET NO. 1: BUILDING & PERSONAL PROPERTY
COINSURANCE PERCENT: 100%
COVERED CAUSE OF LOSS: SPECIAL
EARTHQUAKE
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE

Church Mutual INSURANCE COMPANY

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

POLICY NO.: ██████-953488

*************************************************************************

ADDITIONAL COVERAGES OR ENDORSEMENTS

| | |
|---|---|
| COVERAGE EXTENSION: | NEWLY CONSTRUCTED BUILDING |
| LIMIT OF INSURANCE: | $2,000,000 ANY ONE OCCURRENCE |
| COVERAGE EXTENSION: | NEWLY ACQUIRED BUILDING AND PERSONAL PROPERTY |
| LIMIT OF INSURANCE: | $2,000,000 ANY ONE OCCURRENCE |
| ADDITIONAL COVERAGE: | ARSON REWARD |
| LIMIT OF INSURANCE: | $20,000 ANY ONE OCCURRENCE |
| ADDITIONAL COVERAGE: | FIRE DEPARTMENT SERVICE CHARGE |
| LIMIT OF INSURANCE: | $50,000 ANY ONE OCCURRENCE |
| ADDITIONAL COVERAGE: | LOCK REPLACEMENT |
| LIMIT OF INSURANCE: | $10,000 ANY ONE OCCURRENCE |
| COVERAGE EXTENSION: | OUTDOOR TREES, LAWNS, PLANTS, OR SHRUBS |
| LIMIT OF INSURANCE: | $2,500 EACH ITEM $25,000 ANY ONE OCCURRENCE |
| ADDITIONAL COVERAGE: | DEBRIS REMOVAL |
| LIMIT OF INSURANCE: | $25,000 ANY ONE OCCURRENCE |
| COVERAGE EXTENSION: | PERSONAL PROPERTY OF OTHERS |
| LIMIT OF INSURANCE: | $25,000 ANY ONE OCCURRENCE |
| COVERAGE EXTENSION: | BUSINESS PERSONAL PROPERTY OF YOUR CLERGY |
| LIMIT OF INSURANCE: | $25,000 ANY ONE OCCURRENCE |
| ADDITIONAL COVERAGE: | REFRIGERATED FOOD PRODUCTS |
| LIMIT OF INSURANCE: | $10,000 ANY ONE OCCURRENCE |
| COVERAGE EXTENSION: | STRUCTURES ON PREMISES |
| LIMIT OF INSURANCE: | $25,000 ANY ONE OCCURRENCE |
| COVERAGE EXTENSION: | VALUABLE PAPERS AND RECORDS - COST OF RESEARCH |
| LIMIT OF INSURANCE: | $25,000 ANY ONE OCCURRENCE |
| ADDITIONAL COVERAGE: | INSTITUTIONAL INCOME & EXTRA EXPENSE |
| LIMIT OF INSURANCE: | $100,000 ANY ONE OCCURRENCE |

**ITEM 2. DEDUCTIBLE - OCCURRENCE:**

$2,500 EXCEPT AS FOLLOWS:

10% - EARTHQUAKE A 128 - APPLIES TO PREM.: 001 BLDG.: 001
10% - EARTHQUAKE A 128 - APPLIES TO PREM.: 002 BLDG.: 003
5% - EARTHQUAKE A 128 - APPLIES TO PREM.: 002 BLDG.: 004
5% - EARTHQUAKE A 128 - APPLIES TO PREM.: 003 BLDG.: 005

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

POLICY NO.: ████████953488

**ITEM 3. ENDORSEMENTS:**

NONE

**ITEM 4. MORTGAGEHOLDERS, LOSS PAYEES, AND CONTRACT SELLERS:**

MORTGAGEHOLDER(S):

BANK OF THE WEST RIB
PO BOX 4260
NAPA, CA 94558-0425
LOAN #1060338411
PREMISES/BUILDINGS INCLUDED: 001 001

LOSS PAYEE(S):

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
2225 AMERICAN DR
NEENAH, WI 54956-1005
LEASE #5456612-005
PITNEY BOWES POSTAGE METER
PREMISES/BUILDINGS INCLUDED: 001 001

SUMNER GROUP INC
2121 HAMPTON AVE
SAINT LOUIS, MO 63139-2904
(4) COPIERS
PREMISES/BUILDINGS INCLUDED: 001 001

US BANK
1310 MADRID
MARSHALL, MN 56258-4099
ACCOUNT #1383587
KONICA MINOLTA BIZHUB PRESS C1070P
PREMISES/BUILDINGS INCLUDED: 001 001

Church Mutual INSURANCE COMPANY

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36am HNS*

Exhibit A

## GENERAL LIABILITY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** [redacted]-953488

**ITEM 1. LIMITS OF INSURANCE:**

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS AND SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| EACH OCCURRENCE LIMIT (BODILY INJURY AND PROPERTY DAMAGE COMBINED) | $ 2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT (COMBINED) | $ 2,000,000 |
| MEDICAL EXPENSE LIMIT - ANY ONE PERSON (OTHER THAN SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 15,000 |
| PROPERTY DAMAGE LEGAL LIABILITY - ANY ONE OCCURRENCE | $ 300,000 |
| SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIMIT (COMBINED) - ALL LOCATIONS AND OPERATIONS | |
| EACH CLAIM LIMIT | $ 1,000,000 |
| AGGREGATE LIMIT | $ 1,000,000 |
| SEXUAL MISCONDUCT OR SEXUAL MOLESTATION MEDICAL EXPENSE LIMIT | |
| ANY ONE PERSON | $ 10,000 |
| AGGREGATE LIMIT | $ 50,000 |
| LEGAL DEFENSE COVERAGE LIMIT | |
| EACH DEFENSIBLE INCIDENT LIMIT | $ 5,000 |
| AGGREGATE LIMIT | $ 15,000 |
| CATASTROPHIC VIOLENCE RESPONSE | |
| PER PERSON LIMIT | $ 50,000 |
| EACH VIOLENT INCIDENT LIMIT | $ 300,000 |
| VIOLENT INCIDENT AGGREGATE LIMIT | $ 300,000 |
| WAGE LOSS REIMBURSEMENT | |
| ANY ONE PERSON | $ 2,500 |
| ANY ONE OCCURRENCE | $ 25,000 |

**ITEM 2. DESCRIPTION AND CLASSIFICATION OF PREMISES AND OPERATIONS:**
ALL PREMISES AND OPERATIONS UNLESS EXCLUDED IN ITEM 3 BELOW.

NONE

**ITEM 3. EXCLUSION ENDORSEMENTS:**

NONE

Church Mutual INSURANCE COMPANY

*Clerk of the District Court, Johnson County Kansas 03/03/22 09:36am HN*

Exhibit A

**POLICY NO.:** █████████953488

**OTHER ENDORSEMENTS:**

| | | | |
|---|---|---|---|
| LOSS OF LIFE ENDORSEMENT. | EACH PERSON LIMIT OF INSURANCE: | $ | 15,000 |
| | EACH ACCIDENT LIMIT OF INSURANCE: | $ | 20,000 |

ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION ENDORSEMENT.
SCHEDULE OF DESIGNATED PERSONS OR ORGANIZATIONS INSURED:

OCEANS OF MERCY
8500 WOODSONIA DR
LENEXA, KS 66227-3137
PROOF OF COVERAGE
PREMISES/BUILDINGS INCLUDED: 001 001

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

# CRIME COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:** [redacted]953488

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

****************************************************************************

PREMISES NO: 001 BUILDING NO: 001
CONSTRUCTION: MODIFIED FIRE RESISTIVE
OCCUPANCY: CHURCH AND EDUCATION WING
LOCATION: 8500 WOODSONIA DR
COUNTY: JOHNSON
CITY/STATE: LENEXA, KS

****************************************************************************

COVERAGE FORM: CHURCH THEFT OF MONEY AND SECURITIES

LIMIT OF INSURANCE: $25,000 DEDUCTIBLE: $250

SPECIAL COVERAGE DAYS:
CHRISTMAS, EASTER AND THANKSGIVING

****************************************************************************

COVERAGE FORM: BLANKET BOND

LIMIT OF INSURANCE: $100,000 DEDUCTIBLE: FULL COVERAGE

**ITEM 2. ENDORSEMENTS:**

NONE

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36am HC

Church Mutual Insurance Company®

Exhibit A

# INLAND MARINE COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:** [redacted]-953488

**ITEM 1. COVERAGE DESCRIPTION:**

**SPECIAL SCHEDULED PROPERTY:**

| CLASS OF PROPERTY | | LIMIT OF INSURANCE |
|---|---|---|
| MUSICAL INSTRUMENTS | | |
| DEDUCTIBLE: | $250 | $ 57,800 |
| VALUATION: | REPLACEMENT COST | |

SCHEDULE OF COVERED PROPERTY - MUSICAL INSTRUMENTS

| | |
|---|---|
| REEF EQUIPMENT:<br>TABLES, CHAIRS, TOYS, TEACHING SUPPLIES, STORAGE TUBS, CARPET, CD PLAYERS AND 3 STORAGE CABINETS | $ 6,000 |
| YOUTH EQUIPMENT - WORSHIP<br>MIC STANDS, SPEAKERS, MONITORS, SNAKE, SOUNDBOARD, AMP, MICROPHONES, BOXES, SOUND CABLES, PROJECTOR, POWER STRIPS AND EXTENSION CORDS | $ 13,000 |
| EXTREME EQUIPMENT:<br>SOUND SYSTEM, COMPUTER MONITOR, WIRELESS MICROPHONE AND SPEAKERS AND BASES | $ 6,000 |
| ROCK EQUIPMENT:<br>SOUND SYSTEM, COMPUTER MONITOR, BOX OF MISC ITEMS AND 2 STORAGE CABINETS | $ 5,500 |
| WORSHIP CENTER: | |
| CABLE BINS | $ 800 |
| MONITORS | $ 3,000 |
| SPEAKERS | $ 10,000 |
| 4 STORAGE CABINETS ($2,000 EACH) | $ 8,000 |
| YOUTH DRUM SET | $ 1,500 |
| CHILDRENS EQUIPMENT:<br>TABLES, CHAIRS, TOYS, PLAYPENS, FENCING, RUGS, BABY EQUIPMENT AND STORAGE CABINET | $ 4,000 |

| | | |
|---|---|---|
| ALL OTHER | | |
| DEDUCTIBLE: | $500 | $ 5,287 |
| VALUATION: | ACTUAL CASH VALUE | |

SCHEDULE OF COVERED PROPERTY - ALL OTHER

| | |
|---|---|
| MAINTAINED SCHEDULE LOCATED IN HOME OFFICE FILE | $ 5,287 |

Church Mutual INSURANCE COMPANY

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HK*

Exhibit A

POLICY NO.: [redacted]953488

**MAINTENANCE AND MOBILE EQUIPMENT:**

| CLASS OF PROPERTY | | LIMIT OF INSURANCE |
|---|---|---|
| LAWN EQUIPMENT | | $ 39,908 |
| DEDUCTIBLE: | $500 | |
| VALUATION: | REPLACEMENT COST | |

SCHEDULE OF COVERED PROPERTY - LAWN EQUIPMENT

| | |
|---|---|
| GATOR SERIAL #W06X4HD005135 | $ 13,900 |
| HUSQUEVARNA MOWER AND ATTACHMENTS, #372783RZ5426 | $ 2,879 |
| NOISE HEADSET | $ 50 |
| JACKLIFT | $ 179 |
| MAN LIFT SERIAL #0900014372 | $ 6,500 |
| EZ GO TXT ELECTRIC GOLF CART, SERIAL #2704891 | $ 2,900 |
| CLUB CADET ATV, SERIAL #4419202241 AND SNOW BLADE MODEL #39A70024100 SERIAL #1K204H90043 | $ 13,500 |

**ITEM 2. ENDORSEMENTS:**

NONE

*Clerk of the District Court, Johnson County Kansas 03/03/22 09:36pm HNS*

# PROFESSIONAL LIABILITY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:** [redacted]953488

**ITEM 1. COVERAGE DESCRIPTION:**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| COUNSELING PROFESSIONAL LIABILITY | |
| EACH CLAIM | $ 2,000,000 |
| AGGREGATE | $ 5,000,000 |

SCHEDULE OF POSITIONS COVERED

"SCHEDULE OF POSITIONS COVERED" - "EMPLOYEES AND VOLUNTEERS ACTING UNDER YOUR DIRECTION AND CONTROL AND WITHIN THE SCOPE OF HIS OR HER DUTIES AS SUCH."

**ITEM 2. ENDORSEMENTS:**

EXCLUSION - COUNSELING PROFESSIONAL LIABILITY
EXCLUDED PERSON(S), POSITION(S), OR ORGANIZATION(S):

COUNSELING MINISTRY PROGRAM

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36am*

Church Mutual Insurance Company

Exhibit A

# PROFESSIONAL LIABILITY COVERAGE PART
# CLAIMS MADE
# DECLARATIONS PAGE

**POLICY NO.:** [redacted]953488

**ITEM 1. COVERAGE DESCRIPTION:**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| DIRECTORS, OFFICERS & TRUSTEES LIABILITY | |
| AGGREGATE | $ 1,000,000 |
| RETENTION: $1,000 | |
| EMPLOYMENT PRACTICES LIABILITY | |
| AGGREGATE | $ 1,000,000 |
| RETENTION: $5,000 | |

**ITEM 2. OTHER ENDORSEMENTS:**

EXCLUSION - COUNSELING PROFESSIONAL LIABILITY
EXCLUDED PERSON(S), POSITION(S), OR ORGANIZATION(S):

COUNSELING MINISTRY PROGRAM
AFFILIATED ENTITY DISPUTE LEGAL DEFENSE
COVERAGE ENDORSEMENT

| | |
|---|---|
| EACH WRONGFUL ACT | $ 25,000 |
| AGGREGATE | $ 50,000 |

**ITEM 3. RETROACTIVE DATE:**

DIRECTORS, OFFICERS & TRUSTEES LIABILITY COVERAGE DOES NOT APPLY TO INJURY THAT ARISES OUT OF A "WRONGFUL ACT" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE: 11/17/03

EMPLOYMENT PRACTICES LIABILITY COVERAGE DOES NOT APPLY TO INJURY THAT ARISES OUT OF A "WRONGFUL EMPLOYMENT PRACTICE" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE: 11/17/03

Church Mutual INSURANCE COMPANY

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

# HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART DECLARATIONS PAGE

**POLICY NO.:** [redacted]-953488

**ITEM 1. COVERAGE DESCRIPTION:**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE RELIGIOUS INSTITUTIONS - EXCESS INSURANCE | |
| EACH OCCURRENCE | $ 2,000,000 |
| AGGREGATE | $ 5,000,000 |

**ITEM 2. ENDORSEMENTS:**

| MEDICAL EXPENSE COVERAGE - EXCESS INSURANCE | |
|---|---|
| ANY ONE PERSON | $ 15,000 |
| AGGREGATE | $ 25,000 |

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36am HNS

Church Mutual INSURANCE COMPANY

Exhibit A

# MUTUAL AND COMMON POLICY CONDITIONS FORM

## MUTUAL POLICY CONDITIONS

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance, of which the following shall apply to and form a part of this policy.

You are notified that by virtue of this policy, you are a member of the Church Mutual Insurance Company of Merrill, Wisconsin. You are entitled to vote either in person or by proxy at any and all meetings of said company. The annual meetings are held in its Home Office in the city of Merrill, Wisconsin, on the third Wednesday in March of each year at 10:00 a.m.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the board of directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor liable to assessment.

IN WITNESS THEREOF, this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.

*Secretary* *President*

## COMMON POLICY CONDITIONS

All coverage parts included in this policy are subject to the following conditions:

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations Page may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro-rata. If the first Named Insured cancels, the refund may be less than pro-rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**8. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations Page is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find;and

3. Recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections.

We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service, or similar organization which makes insurance inspections, surveys, reports, or recommendations.

**E. PREMIUMS**

The first Named Insured shown in the Declarations Page:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

POLICY NO.: [redacted]953488 01/01/17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# KANSAS CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

INLAND MARINE COVERAGE PART
PROPERTY COVERAGE PART
GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part, or Policy:

| State(s) | Coverage Form, Coverage Part, or Policy |
|---|---|
| | |
| | |
| | |
| | |
| | |

* Information required to complete the Schedule, if not shown above, will be shown in the Declarations Page.

A. Applicability of the Provisions of This Endorsement.

1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part, or Policy; or

b. A renewal, extension, or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the proVisions of this endorsement become applicable, such provisions:

a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism," but only with respect to an incident(s) of terrorism (however defined) which results in loss, injury, or damage that occurs on or after the date when the provisions of this endorsement become applicable; (for claims -made policies, such an endorsement is superseded only with respect to an incident of terrorism [however defined] that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism," will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks.

1. "Terrorism" means activities against persons, organizations, or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or 'violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable and includes but is not limited to "bodily injury," "property damage," "personal injury," and "advertising injury" as may be defined in any applicable Coverage Part or Policy.

Copyright, Church Mutual Insurance Company, 2015
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

POLICY NO.:  ███████953488                                      01/01/17

C.  The following exclusion is added:

**Exclusion of Terrorism**

We will not pay for loss or damage or "any injury or damage" caused directly or indirectly by "terrorism," including action in hindering or defending against an actual or expected incident of "terrorism." Such loss or damage or "any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such loss, injury, or damage. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1.  The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation, or radioactive contamination; or

2.  Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3.  The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5.  The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico, and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this proVision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6.  Fifty (50) or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    a.  Physical injury that involves a substantial risk of death; or

    b.  Protracted and obvious physical disfigurement; or

    c.  Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism," there is no coverage under this Coverage Form, Coverage Part, or Policy.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part or Policy.

D.  Exception Covering Certain Fire Losses.

The following exception to the Exclusion of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc, with its permission.
© Insurance Services Office, Inc., 2015.

E. Application of Other Exclusions.

1. When the Exclusion of Terrorism applies in accordance with the terms of C.1. or C.2., such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part, or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part, or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## KANSAS CHANGES - CONCEALMENT, MISREPRESENTATION, OR FRAUD

This endorsement modifies insurance provided under the following:

**PROPERTY COVERAGE PART**
**CRIME COVERAGE PART**
**INLAND MARINE COVERAGE PART**

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage under this Coverage Part if you or any other insured in relation to an insurance application, rating, claim, or coverage under this policy knowingly and with intent to defraud:

1. Presents, causes to be presented or prepares with the knowledge or belief that it will be presented to or by an insurer, purported insurer, broker, or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement which such person knows to contain materially false information concerning any material fact; or

2. Conceals information concerning any material fact for the purpose of misleading.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## KANSAS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART
GENERAL LIABILITY COVERAGE PART
CRIME COVERAGE PART
INLAND MARINE COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
HIRED AND NONOWNED AUTOMOBILE COVERAGE PART

A. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2. a. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reasons for cancellation, at least:

(1) Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

(2) Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

b. If this policy has been in effect for ninety (90) days or more, or if it is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) This policy was issued because of material misrepresentation;

(3) You or any other insured violated any of the material terms and conditions of this policy;

(4) Unfavorable underwriting factors, specific to you, exist that were not present at the inception of this policy;

(5) A determination by the insurance commissioner that continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or

(6) A determination by the insurance commissioner that we no longer have adequate reinsurance to meet our needs.

B. The following is added and supersedes any condition to the contrary:

**NON RENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least sixty (60) days prior to the expiration of the policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Church Mutual Insurance Company, 1990.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1990.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART
INLAND MARINE COVERAGE PART

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Copyright, Chu-ch Mutual Insurance Company, 2015.
Includes copyrighted material of Insurarce Services Office, Inc., with its permission.
© InsISance Services Office, Irc., 2015

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

B. The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**NOTICE· DISCLOSURE OF TERRORISM PREMIUM**

The Terrorism Risk Insurance Act established a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from some future terrorist attacks. The Act applies when the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, certifies that an event meets the definition of an act of terrorism as defined in Section 102(1) of the Act. The Act provides that, to be certified, an act of terrorism must cause losses of at least $5 million and must be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Your policy contains coverage for certain terrorism losses in compliance with the Federal Terrorism Risk Insurance Act. We are required to notify you of the portion of your current premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States government generally reimburses **85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019; AND 80% BEGINNING ON JANUARY 1, 2020,** of covered terrorism losses exceeding the statutorily established deductible paid by Church Mutual Insurance Company. The premium charged for this coverage does not include any charges for the portion of loss that may be covered by the federal government under the Act.

You should know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits United States government reimbursement, as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your premium that is attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act is shown on your **Common Policy Declarations Page in Item 6. Premium,** under the Summary of Additional Charges (included in the Annual Premium) section.

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate December 31, 2020, unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the premium shown on the Common Policy Declarations Page in Item 6. Premium may not be appropriate.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

# PROPERTY CONDITIONS

This Property Coverage Part is subject to the Common Policy Conditions, any other conditions in any Property Coverage Forms, and the following conditions.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph M - Definition.**

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you relating to it. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## 8. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. LOSS CONDITIONS

1. Abandonment.

   There can be no abandonment of any property to us.

2. Appraisal.

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

   Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. Duties in the Event of Loss or Damage.

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when, and where the loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, and amount of loss claimed.

Copyright, Church Mutual Insurance Company, 2001
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment.

a. In the event of loss or damage covered by this Coverage Part, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of comparable kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payment will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. Recovered Property.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Vacancy.

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

This Vacancy Condition does not apply to any dwelling of four families or less that is intended for employee occupancy.

A building is vacant when it does not contain enough of your personal property to conduct customary operations. Buildings in the course of construction are not considered vacant.

7. Valuation.

a. Replacement Cost. If Replacement Cost is shown in the Declarations Page as applicable to Covered Property, we will determine the value of Covered Property in the event of loss or damage as follows:

(1) At Replacement Cost (without deduction for depreciation) as of the time of loss or damage, except as provided under c. below.

(2) You may make a claim for loss or damage covered by this insurance on an "Actual Cash Value" basis instead of on a Replacement Cost basis. In the event you elect to have loss or damage settled on an "Actual Cash Value" basis:

(a) We will then determine the value of Covered Property on an "Actual Cash Value" basis when applying the Coinsurance Condition;

(b) You may still make a claim on a Replacement Cost basis if you notify us of your intent to do so within 180 days after the date of the loss or damage.

(3) We will not pay on a Replacement Cost basis for any loss or damage:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(4) We will not pay more for loss or damage on a Replacement Cost basis than the least of:

(a) The Limit of Insurance applicable to the lost or damaged property;

(b) The cost to replace "on the same premises" the lost or damaged property with other property:

1) Of comparable material and quality; and

2) Used for the same purpose; or

(c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

The term "on the same premises" is a limitation on the amount of loss or damage we will pay. It does not require you to replace lost or damaged property at the same site.

(5) The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

b. "Actual Cash Value." If "Actual Cash Value" is shown in the Declarations Page as applicable to Covered Property, we will determine the value of Covered Property in the event of loss or damage at "Actual Cash Value" as of the time of loss or damage except as provided under c. below.

c. We will determine the value of the below Covered Property as of the time of loss or damage as follows:

(1) Glass at the minimum cost of replacement with safety glazing material if required by law;

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(2) Tenant's improvements and betterments at:

(a) "Actual Cash Value" of the lost or damaged property if you make repairs promptly;

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

1) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

2) Divide the amount determined in 1) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(3) Manuscripts and valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) at the cost of:

(a) Blank materials for reproducing the manuscripts and valuable papers and records; and

(b) Labor to transcribe or copy the manuscripts and valuable papers and records when there is a duplicate.

(4) The following applies to building property that is subject to "Actual Cash Value":

(a) If the Limit of Insurance for building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value.

1) Awnings or floor coverings;

2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

3) Outdoor equipment or furniture.

(5) Personal property that is a work of art, antique or rare article at Market Value. This does not increase the amount of the limitation on works of art, antiques and rare articles. (Refer to the applicable Causes of Loss Form.)

(6) Property covered under the Newly Acquired Property Coverage Extension at "Actual Cash Value":

(7) Property of Others at replacement cost.

(8) Business Personal Property of Your Clergy covered under the Coverage Extension at replacement cost.

D. COINSURANCE

1. If a Coinsurance percentage is shown in the Declarations Page, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations Page is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements).

Step (2): $100,000 ÷ $200,000 = .50.

Step (3): $40,000 x .50 = $20,000.

Step (4): $20,000 - $250 = $19,750.

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the limit of insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Example No. 3:

When: The value of the property is:

| | |
|---|---|
| Building at Location No. 1 | $ 75,000 |
| Building at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $ 75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location No. 2 | $ 30,000 |
| Personal Property at Location No. 2 | $20,000 |
| | $50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below).

Step (2): $180,000 ÷ $225,000 = .80.

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

If a loss to any covered dwelling of four families or less is valued at "Actual Cash Value", this Coinsurance Condition does not apply to that loss. However, Paragraph C.7.c.(4) applies only if the Limit of Insurance for that dwelling is at least 80% of "Actual Cash Value."

**E INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the

Copyright, Church Mutual Insurance Company, 2001
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

actual amount of the loss or damage.

**F. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**G. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**H. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**I. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**J. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations Page; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

**K. TRANSFERS OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

**L. MORTGAGEHOLDERS**

1. The term "mortgageholder" includes trustee.

2. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations Page in their order of precedence, as interests may appear.

3. The mortgageholder has the right to receive loss payments even if the mortgageholder has started foreclosure or similar action on the building or structure.

Copyright. Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

4. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   a. Pays any premium due under this Coverage Part at our request if you have failed to do so;

   b. Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   c. Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

5. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   a. The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   b. The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

6. If we cancel this policy, we will give written notice to the mortgageholder at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

7. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**M. DEFINITION**

1. "Actual Cash Value" means the amo1Jnt it would cost to repair or replace Covered Property with material of comparable kind and quality, less allowance for deterioration and depreciation, including obsolescence.

Copyright, Church Mutual Insurance Company, 2001
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFLJLLY.

# IDENTITY RECOVERY COVERAGE FORM
# IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

The following is added to the Property Coverage Part:

## IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" as defined in this coverage form; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the period for which this Identity Recovery Coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1. Case Management Service

   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2. Expense Reimbursement

   Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

## EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. In all these cases, it does not matter whether the individual is acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

## LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $15,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual coverage form period. If an "identity theft" is first discovered in one coverage form period and continues into other coverage form periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the coverage form period when the "identity theft" was first discovered.

Legal costs as provided under Item d. of the definition of "identity recovery expenses" are part of: and not in addition to, the Expense Reimbursement coverage limit.

Item e. (Lost Wages) and Item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the

 Copyright, Church Mutual Insurance Company, 2008 

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

Expense Reimbursement coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

**DEDUCTIBLE**

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is not subject to a deductible.

**ADDITIONAL CONDITIONS**

The following additional conditions apply in addition to the Common Policy Conditions and the Property Conditions:

A. Assistance and Claims

For assistance, the "identity recovery insured" should call the toll-free number provided.

The toll-free number can provide the "identity recovery insured" with:

1. Information and advice on how to respond to a possible "identity theft"; and

2. Instructions on how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the coverage form. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

B. Services

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

**DEFINITIONS**

With respect to the provisions of this coverage form only, the following definitions are added:

1. "Identity Recovery Case Manager" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. "Identity Recovery Expenses" means any of the following when they are reasonable and

Copyright, Church Mutual Insurance Company, 2008

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

necessary expenses that are incurred as a direct result of an "identity theft":

a. Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

b. Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

c. Costs for credit reports from established credit bureaus.

d. Costs for an attorney approved by us for the following.

(1) The defense of any civil suit brought against an "identity recovery insured."

(2) The removal of any civil judgment wrongfully entered against an "identity recovery insured."

(3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

(4) Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

(5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

e. Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

f. Actual costs for supervision of children or elderly or infirm relatives or dependants of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care, must be provided by a professional care provider who is not a relative of the "identity recovery insured."

g. Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

h. Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft." Such costs include:

(1) Costs by the "identity recovery insured" to recover control over his or her personal identity.

(2) Deductibles or service fees from financial institutions.

Such costs do not include:

(3) Costs to avoid, prevent ,or detect "identity theft" or other loss.

(4) Monies lost or stolen.

(5) Costs that are restricted or excluded elsewhere in this endorsement or coverage form.

3. "Identity Recovery Insured" means the following:

a. When the entity insured under this coverage form is a religious institution, school or college, camp, or senior living facility the "identity recovery insureds" are:

(1) All clergy employed by such entity; and

(2) The religious institution business administrator, the head school or college administrator, camp director, or senior living administrator of such entity.

b. "Identity recovery insured" also includes residents of the household of anyone qualifying as an "identity recovery insured" under Section a. above, provided such individuals are:

Copyright, Church Mutual Insurance Company, 2008

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(1) Relatives of the person qualifying as an "identity recovery insured" under Section a above ; or

(2) Under the age of 21 and in the care of the person qualifying as an "identity recovery insured" under Section a above.

c. When the entity insured under this coverage form is not a religious institution, school or college, camp, or senior living facility, then the definition of "identity recovery insured" depends on the ownership structure of the entity as follows:

(1) When the entity insured under this coverage form is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

(2) When the entity insured under this coverage form is a partnership, the "identity recovery insureds" are the current partners.

(3) When the entity insured under this coverage form is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if, there is no one who has such an ownership position, then the "identity recovery insured" shall be the executive director of the insured entity.

An "identity recovery insured" must always be an individual person. The entity insured under this coverage form is not an "identity recovery insured."

4. "Identity Theft" means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this coverage form apply.

Copyright, Church Mutual Insurance Company, 2008

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the Property Coverage Part. The following is added to the **CAUSES OF LOSS - SPECIAL FORM.**

Exclusion g. of Paragraph B. **EXCLUSIONS** is replaced by the following:

g. **Water.**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment except as provided under G. Additional Coverage - Back Up Through Sewers and Drains.

(4) Water under the ground surface pressing on, or flowing or seeping through:

a. Foundations, walls, floors or paved surfaces;

b. Basements, whether paved or not; or

c. Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1., 3., or 4. or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs g. (1) through g. (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs g. (1) through g. (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Copyright, Church Mutual Insurance Company, 2008.
Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2008.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**For Religious Institutions and Related Properties**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company. Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph I - DEFINITIONS.**

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss.

1. Covered Property.

Covered Property, as used in this Coverage Form, means the type of property described in this section, A. 1., and limited in A. 2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. Building, meaning the building or structure described in the Declarations Page, including:

(1) Signs on or within 100 feet of the described premises.

(2) Signs away from premises.

(3) Completed additions.

(4) Glass windows and their protective covering; including stained glass windows.

(5) Electric sound amplification equipment and accessories.

(6) Fixtures, including outdoor fixtures.

(7) Permanently installed:

(a) Machinery; and

(b) Equipment.

(8) Fixed:

(a) Seats;

(b) Desks; and

(c) Tables.

(9) Steeples, pews, baptistries, pulpits, railings, altars, lecterns, clocks, bells, and organs.

(10) The following personal property owned by you that is used to maintain or service the building or structure or its premises:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings fastened to the floor; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing, or laundering.

(11) If not covered by other insurance:

(a) Alterations and repairs to the building or structure; and

(b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations, or repairs to the building or structure.

b. Your Personal Property (not otherwise insured under building) located in or on the building described in the Declarations Page or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

(1) Furniture and fixtures.

(2) Machinery and equipment.

(3) All other personal property owned by you and used in your operations.

(4) Your use interest as tenant in improvements and betterments.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

Improvements and betterments are fixtures, alterations, installations, or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

(5) Leased personal property for which you have a written contractual responsibility to insure. The contractual responsibility must have been established prior to any direct physical loss of or damage to the personal property.

2. Property Not Covered.

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes, or securities.

b. Animals.

c. Bridges, roadways, walks, patios, or other paved surfaces.

d. The cost of excavations, grading, backfilling, or filling.

e. Foundations of buildings, structures, machinery, or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement.

f. Water, land (including land on which the property is located), and growing crops.

g. Bulkheads, pilings, piers, wharves, or docks.

h. Property that is covered under another Coverage Form of this policy or any other policy in which it is more specifically described.

i. Outdoor fences and retaining walls except as provided in the Coverage Extensions.

j. Underground pipes, flues, or drains.

k. The cost to research, replace, or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions.

l. Vehicles or self-propelled machines (including automobiles, watercraft, and aircraft) that:

(1) Are operated principally away from the described premises; or

(2) Are licensed for use on public roads.

This Paragraph l. does not apply to your canoes or rowboats when on described premises.

m. The following property while outside of buildings:

(1) Grain, hay, straw, or other crops.

(2) Radio, television, satellite dish type, or other antennas, including their lead-in wiring, masts, or towers, except as provided in the Coverage Extensions.

(3) Trees, lawns, plants, or shrubs, except as provided in the Coverage Extensions.

**8. DEDUCTIBLE**

In any one occurrence of covered loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

Example No. 1:

This example assumes there is no coinsurance penalty.

Copyright, Church Mutual Insurance Company, 2006. Includes copyrighted material of Insurance Services Office, Inc., with its permission. © ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas 03/03/22 09:36pm HNS

Deductible: $250

Limit of Insurance - Bldg. 1: $60,000
Limit of Insurance - Bldg. 2: $80,000

Loss to Bldg. 1: $60,100
Loss to Bldg. 2: $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
- 250
$59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:
$59,850 + $80,000 = $139,850

Example No. 2

This example, too, assumes there is no coinsurance penalty.

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg.1: $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2: $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1: $60,000 (Limit of Insurance)
Loss Payable - Bldg. 2: $80,000 (Limit of Insurance)
Total Amount of Loss Payable: $140,000

C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations Page.

D. COVERED CAUSES OF LOSS

See the applicable Causes of Loss Form as shown in the Declarations Page.

E. EXCLUSIONS AND LIMITATIONS

See the applicable Causes of Loss Form as shown in the Declarations Page.

F. COVERAGE EXTENSIONS

Each of the following Coverage Extensions are additional insurance. The Coinsurance Condition does not apply to these Extensions.

1. Newly Constructed Buildings.

a. You may extend the insurance that applies to building to apply to:

(1) Your new buildings while being built in the United States of America, Puerto Rico, or Canada.

(2) Your additions to buildings:

(a) Covered by the Building and Personal Property Coverage Form; and

(b) Only if the addition is under construction.

b. Insurance under this Extension for newly constructed building will end when any of the following first occurs:

(1) This policy expires;

(2) 180 days expire after you begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date construction begins. The most we will pay for loss or damage under this Extension is $1,000,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

2. Newly Acquired Buildings and Newly Acquired Personal Property.

a. You may extend the insurance that applies to building and personal property to apply to any building and personal property you acquire that is located (other than at described premises) in the United States of America, Puerto Rico, or Canada. The building and personal

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

property must be owned by you and intended for similar use as the building and personal property described in the Declarations Page.

b. Insurance under this Extension for newly acquired building and personal property will end when any of the following first occurs:

(1) This policy expires;

(2) 180 days expire after you acquire the building or the personal property located therein; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The most we will pay for loss or damage under this Extension is $1,000,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

3. Personal Property of Others.

a. You may extend the insurance that applies to your personal property to apply to:

(1) Personal property of your officers, trustees, employees, members, and guests; and

(2) Personal property of others in your care, custody, or control.

b. This Extension applies only when the personal property is at the premises described in the Declarations Page.

c. This Extension does not apply:

(1) To personal property that is located in dwelling or living quarters.

(2) To personal tools and equipment of others.

(3) To business and other personal property of your clergy.

(4) If other insurance covers the same loss or damage, except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to personal property of others:

(1) Will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

4. Business Personal Property of Your Clergy.

a. You may extend the insurance that applies to your personal property to apply to business personal property of your clergy.

b. This Extension applies when business personal property of your clergy is at or away from the premises described in the Declarations Page.

c. This Extension does not apply if other insurance covers the same loss or damage except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to business personal property of your clergy will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

5. Personal Tools and Equipment of Others.

a. You may extend the insurance that applies to your personal property to apply to:

(1) Personal tools and equipment of your volunteers, officers, trustees, employees, members, and guests; and

(2) Personal tools and equipment of others in your care, custody, or control.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. This Extension applies only when the personal tools and equipment is used for the construction, renovation, or repair of the described premises in the Declarations Page.

c. This Extension does not apply:

(1) To tools and equipment that are located in dwelling or living quarters.

(2) If other insurance covers the same loss or damage, except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance, including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $5,000 for any one occurrence.

6. Valuable Papers and Records - Cost of Research.

You may extend the insurance that applies to your personal property to apply to your costs necessarily incurred to research, replace, or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Extension is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

7. Property Off Premises.

You may extend the insurance that applies to Covered Property to apply to:

a. Your Covered Property that is temporarily (not to exceed 180 days) removed from the premises described in the Declarations Page.

b. Your Covered Property in transit more than 100 feet from the premises described in the Declarations Page. We do not cover any loss or damage caused by or resulting from any transporting vehicle's collision with the roadbed.

This Extension applies to Covered Property anywhere in the world.

The most we will pay for loss or damage under this Extension is $25,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

8. Outdoor Trees, Lawns, Plants, or Shrubs.

You may extend your insurance to cover loss or damage to outdoor trees, lawns, plants or shrubs at the described premises. Loss or damage includes debris removal expense and must be caused by or result from any of the following Causes of Loss:

a. Fire.

b. Lightning.

c. Explosion.

d. Riot.

e. Civil Commotion.

f. Aircraft.

g. Theft.

h. Vandalism.

i. Vehicles, except loss or damage:

(1) Caused by or resulting from maintenance, construction, or repairs.

(2) Which is cumulative, occurring over a period of days, weeks, or months.

The most we will pay for loss or damage to any one tree, lawn, plant, or shrub is $500, unless a higher limit is shown on the Declarations Page. The most we will pay for all loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

9. Structures on Premises.

You may extend the insurance that applies to your buildings or personal property to apply to permanent structures owned by you. The permanent structures must be located on the premises described in the Declarations Page and be separated from buildings by clear space.

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties. Inc. 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

a. Structures on Premises include:

(1) Crosses, statuary, and similar religious structures;

(2) Maintenance, service or storage buildings and their contents;

(3) Fences and retaining walls;

(4) Pavilions and similar shelters;

(5) Light bearing standards or poles; and

(6) Radio, television, satellite dish type or other antennas (and their lead-in wiring, masts or towers) even if not separated from buildings by clear space.

b. Structures on Premises does not include:

(1) Any structure located on cemetery premises;

(2) Any structure that pertains to the occupancy of a dwelling;

(3) Any building (other than maintenance, service, or storage buildings and their contents); or

(4) Any outside signs.

The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

10. Dwelling.

You may extend the insurance that applies to any dwelling occupied by not more than four families and described in the Declarations Page to apply to that dwelling's:

a. "Related private structures."

b. "Property in the dwelling."

c. "Rental value."

d. "Additional living expense."

The most we will pay for loss or damage to dwelling related private structures under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for loss or damage to property in the dwelling under this Extension is up to 5% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for loss of dwelling rental value under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for the cost of additional living expense under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

As respects this Extension, when blanket coverage applies to a described dwelling, we will determine that dwelling's Limit of Insurance at the time of loss or damage as the replacement value of the dwelling.

## G. ADDITIONAL COVERAGES

Each of the following Additional Coverages provides an additional amount of insurance unless otherwise indicated.

1. Debris Removal

a. Subject to Paragraphs c. and d., we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

b. Debris Removal does not apply to costs to:

(1) Extract "pollutants" from land or water; or

(2) Remove, restore, or replace polluted land or water.

c. Subject to the exceptions in Paragraph d., the following provisions apply:

(1) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(2) Subject to (1) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

d. We will pay an additional $10,000, unless a higher limit is shown on the Declarations Page, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(1) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(2) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if d. (1) and/or d. (2) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000, unless a higher limit is shown on the Declarations Page.

e. Examples

The following examples assume that there is no coinsurance penalty.

Example #1

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000-$500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph c.

Example #2

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000-$500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph c. is calculated as follows: $80,000 ($79,500 + $500) X .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph d., because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph d. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

2. Preservation of Property.

If it is necessary to move Covered Property from the premises described in the Declarations Page to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

a. While it is being moved or while temporarily stored at another location; and

b. Only if the loss or damage occurs within 30 days after the property is first moved.

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

This is not an additional amount of insurance.

3. Fire Department Service Charge.

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a higher limit is shown on the Declarations Page, for your liability for fire department service charges:

a. Assumed by contract or agreement prior to loss; or

b. Required by local ordinance.

No deductible applies to this Additional Coverage.

4. Fire Extinguisher and Fire Suppression System Recharge

a. We will pay the actual cost to recharge fire extinguishers after their use in fighting a fire at the described premises.

b. We will pay the actual cost to recharge fire suppression systems due to leakage or discharge at the described premises. However, this provision applies only if the leakage or discharge of the fire suppression system is caused by a Covered Cause of Loss.

5. Institutional Income and Extra Expense.

a. Institutional Income.

We will pay your actual loss of net income that occurs during the period from the date of loss to the date the property can reasonably be restored to a tenantable condition but not longer than 12 consecutive months following the date of the direct physical loss or damage, if your "operations" or occupancy are necessarily interrupted because of direct physical loss of or damage to covered property at the described premises, resulting from a covered cause of loss. In determining the amount of any loss, we will consider the history of your income prior to the loss.

Institutional income means:

(1) Net Income. This means:

(a) Total receipts and contributions (less operating expenses) normally received during the period of disruption of operations; and

(b) Necessary continuing normal operating expenses;

Received or incurred by your "operations." We will consider payroll continuation and other expenses to the extent necessary to resume your "operations" with the same quality of service that existed before the loss.

(2) Rents. This means:

(a) Your actual loss of rental income from your building as furnished or equipped; and

(b) Any of your expenses that your tenants had agreed to pay; and

(c) The "rental value" of any part of the building that you occupy;

Less any expenses that do not continue.

You must do all you can to reduce the loss. We do not cover any increase in loss due to your failure to use reasonable efforts to resume complete or partial operations. This includes making use of other locations and property to reduce the loss.

b. Extra Expense.

We will pay any actual and necessary extra expense sustaine.d by you due to direct physical loss of or damage to Covered Property (except any dwelling) at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss.

(1) Extra expense means necessary "additional expense" you incur during the "period of restoration":

(a) To avoid or minimize the "suspension" of your "operations":

1) At the premises described in the Declarations Page.

2) At replacement premises or at temporary locations including relocation

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
©ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

expenses and costs to equip and operate the temporary or replacement locations.

(b) To minimize the "suspension" of your "operations" if you cannot continue "operations."

(c) To reduce the amount of loss otherwise payable by:

1) Repairing or replacing any property; or

2) Researching, replacing, or restoring the lost information on damaged valuable papers and records;

to the extent 1) or 2) above, reduce the amount of loss otherwise payable.

c. Civil Authority.

We will pay for the actual loss of Institutional Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. The coverage for Institutional Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

(1) Three consecutive weeks after the time of that action; or

(2) When your Institutional Income coverage ends;

whichever is later.

d. Alterations and New Buildings.

(1) We will pay for the actual loss of Institutional Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(a) New buildings or structures, whether complete or under construction;

(b) Alterations or additions to existing buildings or structures; or

(c) Machinery, equipment, supplies, or building materials located on or within 100 feet of the described premises; and

1) Used in the construction, alterations, or additions; or

2) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

e. Extended Institutional Income.

(1) Institutional Income other than "Rental Value."

If the necessary "suspension" of your "operations" produces an Institutional Income loss payable under this policy, we will pay for the actual loss of Institutional Income you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt, or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

1) The date you could restore your "operations," with reasonable speed, to the level which would generate the institutional income amount that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (a) above.

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

However, Extended Institutional Income does not apply to loss of Institutional Income sustained or extra expense incurred as a result of unfavorable operating conditions caused by disruption to properties not insured under this policy.

Loss of Institutional Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value."

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt, or replaced and tenantability is restored; and

(b) Ends on the earlier of:

1) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (a) above.

However, Extended Institutional Income does not apply to loss of "Rental Value" incurred as a result of disruption of properties not insured under this policy.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

The most we will pay under this Additional Coverage for Institutional Income and Extra Expense is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

6. Lock Replacement.

We will pay any necessary expense to repair or replace exterior or interior door locks of a covered building:

a. If your door keys are stolen in a covered theft loss; or

b. When your property is damaged and your door keys are stolen by burglars.

The most we will pay under this Additional Coverage is $500, unless a higher limit is shown on the Declarations Page, for any one occurrence.

7. Refrigerated Food Products.

We will pay for loss of or damage to refrigerated food products at the premises described in the Declarations Page caused by the interruption of power supply services to those premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property used to supply power to your premises.

The most we will pay under this Additional Coverage is $1,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

8. Arson Reward.

We will pay a reward for information leading to a conviction for arson. The reward is payable only for information concerning a fire loss to property covered by this policy.

The most we will pay as a reward is $5,000, unless a higher limit is shown on the Declarations Page, even if more than one person provides information leading to a conviction for arson. We will base the amount of our reward payment on the value of the information furnished.

No deductible applies to this Additional Coverage.

This Additional Coverage does not apply to anyone who personally participated in the arson.

9. Pollutant Cleanup and Removal.

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge,

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

dispersal, seepage, migration, release, or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants," but we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Cause of Loss occurring during each separate 12 month period of this policy.

10. Building Ordinance.

a. If a Covered Cause of Loss occurs to covered building property, we will pay:

(1) Coverage for Loss to the Undamaged Portion of the Building.

With respect to the building that has sustained covered direct physical damage we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires the demolition of undamaged parts of the same building.

(2) Demolition Cost Coverage.

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

(3) Increased Cost of Construction Coverage.

a) With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

1) Repair or reconstruct damaged portions of that Building property; and/or

2) Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning, or land use ordinance or law.

2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed, or remodeled.

b) When a building is damaged or destroyed and Increased Cost of Construction Coverage applies to that building in accordance with 3)a) above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in 3)a):

1) The cost of excavations, grading, backfilling, and filling;

2) Foundation of the building;

3) Pilings; and

4) Underground pipes, flues, and drains.

The items listed in b)1) through b)4) above, are deleted from Property Not Covered, but only with respect to the coverage described in this provision, (3)b).

Copyright. Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. Application Of Coverage(s).

The Coverage(s) provided by this additional coverage apply only if both b.(1) and b.(2) are satisfied and are then subject to the qualifications set forth in b.(3).

(1) The ordinance or law:

a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

b) Is in force at the time of loss.

But coverage under this additional coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this additional coverage.

(2) a) The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

b) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

c) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this additional coverage even if the building has also sustained covered direct physical damage.

(3) In the situation described in b.(2)b) above, we will not pay the full amount of loss otherwise payable under the terms of Paragraph a. of this additional coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Paragraph a. of this additional coverage.

c. Loss Payment

(1) All following loss payment Provisions, c.(2) through c.(4), are subject to the apportionment procedures set forth in Paragraph b. of this additional coverage.

(2) When there is a loss in value of an undamaged portion of a building to which Coverage for Loss to the Undamaged Portion of the Building applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

a) If the Replacement Cost Coverage Option applies and the property is repaired or replaced, on the same or another premises, we will not pay more than the amount you actually spend to repair, rebuild, or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style, and comparable quality of the original property insured.

b) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the actual cash value of the building at the time of loss.

(3) Loss payment under Demolition Cost Coverage is the amount you actually spend to demolish and clear the site of the described premises.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc. 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(4) Loss payment under Increased Cost of Construction Coverage will be determined as follows:

a) We will not pay under Increased Cost of Construction Coverage:

1) Until the property is actually repaired or replaced, at the same or another premises; and

2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Increased Cost of Construction is the increased cost of construction at the same premises; or

c) If the ordinance or law requires relocation to another premises, the most we will pay under Increased Cost of Construction is the increased cost of construction at the new premises.

d. Under this Additional Coverage, we will not pay for:

(1) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread, or any activity of "fungus," wet or dry rot or bacteria; or

(2) Any costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

e. Under this additional coverage, we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

The most we will pay under this Additional Coverage is $100,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

## H. OPTIONAL COVERAGES

If shown as applicable in the Declarations Page, the following Optional Coverages apply separately to each item.

1. Agreed Value.

a. The Coinsurance Condition does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations Page.

b. The terms of this Optional Coverage apply only to loss or damage that occurs on or after the effective date of this Optional Coverage.

2. Automatic Increase in Insurance.

a. The Limit of Insurance for buildings and personal property described in the Declarations Page shall be increased at the same rate as the increase in the published construction cost multipliers on file with the company.

b. We will determine the Limit of Insurance as of the time of loss or damage as follows:

(1) We will multiply the latest available published construction cost multiplier by the Limit of Insurance shown for the lost or damaged property.

The Limit of Insurance as determined above will not be reduced to less than the limit shown in the Declarations Page.

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
101S0 Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

If the Limit of Insurance for any building or personal property is changed during the term of this policy, the inception date of this Optional Coverage for that property will be the same as the date of the change.

I. DEFINITIONS

1. "Additional expense" means expense you incur that you would not have incurred if there had been no direct physical loss or damage. When your operations are resumed, we will deduct from the total of such expenses the salvage value that remains of any property bought for temporary use during the "period of restoration."

2. "Additional living expense" means any necessary increase in living expenses you incur for your employees (including your clergy) so they can maintain their normal standard of living.

   "Additional living expense" begins with the date the premises are untenantable due to covered loss or damage and ends on the date the premises should be repaired or rebuilt with reasonable speed and similar quality.

3. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

4. "Operations" means your institutional activities occurring at the described premises and the tenantability of the described premises, if coverage for Institutional Income including "Rental Value" or "Rental Value" applies.

5. a. "Period of Restoration" means the period of time that:

      (1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

      (2) Ends on the date when the property at the described premises should be repaired, rebuilt, or replaced with reasonable speed and similar quality.

   b. "Period of Restoration" does not include any increased period required due to the enforcement of any law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Requires any insured or others, to test for, monitor, clean-up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants."

      The expiration date of this policy will not cut short the "period of restoration."

6. "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

7. "Property in the dwelling" means personal property you own located in dwelling quarters maintained by you for use by an employee.

8. "Related private structures" means any structure located on the same premises as the described dwelling and which pertains to the occupancy of the dwelling.

9. "Rental value" means:

   a. The actual gross rental income from tenant occupancy of the dwelling as furnished and equipped by you; plus

   b. The amount of all charges which were the legal obligations of the tenant and which become your obligation.

   "Rental value" coverage begins with the date the premises are untenantable due to covered loss or damage and ends on the date the premises should be repaired or rebuilt with reasonable speed and similar quality.

10. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE EXTENSIONS AND ADDITIONAL COVERAGES - LIMIT OF INSURANCE

This endorsement modifies insurance provided under the Property Coverage Part.

The following change is made to the Building and Personal Property Coverage Form.

A. COVERAGE EXTENSIONS AND ADDITIONAL COVERAGES - LIMIT OF INSURANCE

1. The Limits of Insurance for the Coverage Extensions and Additional Coverages of the Building and Personal Property Coverage Form are replaced by the new applicable Limits of Insurance shown on the schedule in the Declarations Page.

Refer to the Declarations Page to determine the Limit of Insurance and Coverage Extensions or Additional Coverages this endorsement applies to.

Copyright, Church Mutual Insurance Company, 1989.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1989.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph H - Definitions.**

## A. COVERED CAUSES OF LOSS

1. When Special is shown in the Declarations Page, Covered Causes of Loss means Risks of Direct Physical Loss unless the loss is:

   a. Excluded in Paragraph B., Exclusions; or

   b. Limited in Paragraph C., Limitations;

   that follow.

## 8. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Building Ordinance or Law.

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use, or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris;

   except as provided in the Additional Coverages.

   This exclusion, ordinance or law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss to that property.

   b. Earth Movement.

   (1) Earthquake, including any earth sinking, rising, or shifting related to such event;

   (2) Landslide, including any earth sinking, rising, or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking, or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion, or effusion. But if volcanic eruption, explosion, or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust, or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the described property.

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

c. Governmental Action.

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Part.

d. Nuclear Hazard.

Nuclear reaction or radiation or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. Utility Services.

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that covered Cause of Loss.

f. War and Military Action.

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

g. Water.

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water which backs up through sewers or drains except as provided under G. Additional Coverage - Back Up Through Sewers and Drains.

(4) Water under the ground surface pressing on or flowing or seeping through:

(a) Foundations, walls, floors, or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows, or other openings.

But if water, as described in g. (1) through g. (3) above, results in fire, explosion, or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

h. "Fungus," Wet Rot, Dry Rot and Bacteria.

Presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria.

But if "fungus," wet or dry rot or bacteria results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion does not apply:

1. When "fungus," wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances, or wires.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use, or loss of market.

c. Smoke, vapor, or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking, or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or domestic animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature.

But if an excluded cause of loss that is listed in 2. d. (1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passagesthrough which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

g. Water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives, or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

j. Collapse, except as provided below in the Additional Coverage - Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

k. Discharge, dispersal, seepage, migration, release, or escape of "pollutants" unless the discharge, dispersal, seepage,

Copyright, Church Mutual Insurance Company, 2000
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

migration, release, or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release, or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

l. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following 3. a. through 3. c. but if an excluded cause of loss that is listed in 3. a. through 3. c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, o(ganization, or governmental body.

c. Faulty, inadequate, or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation, or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited to this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand, or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand, or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet, or ice on the building or structure.

d. Building materials and supplies intended for construction, alterations or repairs not attached as part of the building or structure caused by or resulting from theft.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g. Fences, swimming pools, and retaining walls caused by:

(1) Heaving, bulging, or buckling;

(2) Freezing or thawing; or

(3) Pressure of weight of ice or water.

2. We will pay for covered loss or damage to personal property that is a work of art, antique or rare article, including etchings, pictures,

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

statuary, marbles, bronzes, porcelains, and bric-a-brac. But, the most we will pay for loss or damage is up to $5,000 for any one occurrence.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage.

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording, or storage media. Valuable papers and records do not include prepackaged software programs.

   b. Fragile articles such as glassware, statuary, marbles, chinaware, and porcelains, if broken. This restriction does not apply to photographic or scientific instruments or lenses.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder, or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

## D. ADDITIONAL COVERAGE - COLLAPSE

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D. 1. through D. 5. below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in a through e.; we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

   The criteria set forth in 1.a. through 1.d. do not limit the coverage otherwise provided under this Causes of Loss Form to the causes of loss listed in 2a., 2.d., and 2.e.

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts, or towers;

   b. Awnings, gutters, and downspouts;

   c. Yard fixtures;

Copyright, Church Mutual Insurance Company, 2006
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves, and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways, and other paved surfaces;

if the collapse is caused by a cause of loss listed in b. through f., we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse was caused by a Cause of Loss listed in 2.a. through 2.f. above;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not a kind listed in 3. above, regardless of whether th9t kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 4. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

5. This additional coverage, collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. **ADDITIONAL COVERAGE - LIMITED COVERAGE FOR "FUNGUS," WET ROT, DRY ROT AND BACTERIA**

1. The coverage described in E.2., E.6., and E.7. only applies when the "fungus," wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning.

2. We will pay for loss or damage by "fungus," wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus," wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus," wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement, or restoration of the damaged property is completed, provided there is a reason to believe that "fungus," wet or dry rot or bacteria are present.

3. The coverage described under E.2. of this Limited Coverage is limited to $50,000 on an annual aggregate basis. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning). With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus," wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus," wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

If there is covered loss or damage to Covered Property, not caused by "fungus," wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus," wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.1. (Additional Coverage Extension - Water Damage) of this Causes of Loss Form or under Paragraph D. Additional Coverage - Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   a. If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations," but such "suspension" is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

7. The following 7.a. or 7.b., applies only if Institutional Income and/or Extra Expense in ADDITIONAL COVERAGES in the Building and Personal Property Coverage Form, applies to the described premises and only if the interruption of "operations" satisfies all terms and conditions of the applicable Institutional Income and/or Extra Expense Additional Coverage.

   a. If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate an interruption of "operations," but such interruption is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Institutional Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

   b. If a covered interruption of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

**F. ADDITIONAL COVERAGE EXTENSION - WATER DAMAGE**

1. Water Damage. If covered loss or damage, caused by or resulting from water or other liquid, or powder, or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to replace damage to the system or appliance from which the water or other substance escapes.

   This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

**G. ADDITIONAL COVERAGE - BACK UP THROUGH SEWERS AND DRAINS**

Subject to all other terms and conditions of this policy, we will pay for direct physical loss or damage to Covered Property caused by back up of water or sewage through sewers or drains only if caused by an event away from the described buildings and when the damage is not caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS
Exhibit A

whether driven by wind or not, and which did not enter the building through foundations, walls, floors, windows, cracks, roofs, or through other openings of the building.

Sewer or water damage occurring as a result of, either before or after, the excluded flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not, and entering the building through foundations, walls, floors, windows, cracks, roofs, or through other openings of the building is not covered.

This ADDITIONAL COVERAGE - BACK UP THROUGH SEWERS OR DRAINS will not increase the Limits of Insurance provided in this Coverage Part.

## H. DEFINITIONS

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes, materials to be recycled, reconditioned, or reclaimed.

3. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This Cause of Loss does not include:

   a. The cost of filling sinkholes; or

   b. The sinking or collapse of land into man-made underground cavities.

4. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; damage by burglars; sonic boom; sinkhole collapse; volcanic action; falling objects; weight of snow, ice, or sleet; water damage.

5. "Water damage" means accidental discharge or leakage of water or other liquid, powder, or molten material as the direct result of the breaking apart or cracking of any part of a system or appliance containing water or other liquid, powder, or molten material.

Copyright. Church Mutual Insurance Company. 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

# CAUSES OF LOSS - EARTHQUAKE FORM

## A. COVERED CAUSES OF LOSS

When Earthquake is shown in the Declarations Page, Covered Causes of Loss means the following:

1. Earthquake.

2. Volcanic Eruption, meaning the eruption, explosion, or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168 hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168 hour period.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Building Ordinance or Law.

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris;

   except as provided in the Additional Coverages.

   This exclusion, ordinance or law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to com ply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss to that property.

   b. Governmental Action.

   Seizure or destruction of property by order of governmental authority.

   c. Nuclear Hazard.

   Nuclear reaction or radiation or radioactive contamination, however caused.

   d. Utility Services.

   The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

   But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   e. War And Military Action.

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from:

   a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances, or wires.

   b. Fire, explosion (other than volcanic explosion), landslide, tidal wave, flood, mudslide, or mudflow, even if attributable to an Earthquake or Volcanic Eruption.

   c. Any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Se™ces Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

## C. LIMITATION

We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying:

1. The Deductible applicable to this form; or

2. The Additional Condition, Coinsurance applicable to this Coverage Part.

This limitation does not apply if:

1. The premises description in the Declarations Page specifically states "Including Masonry Veneer"; or

2. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

## D. DEDUCTIBLE

1. The provisions of Section D. applicable to all Coverage Forms except:

   a. Business Income and Extra Expense Coverage Form.

   b. Business Income Coverage Form (Without Extra Expense).

   c. Extra Expense Coverage Form.

2. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption.

   a. All policies.

      (1) A Deductible is calculated separately for, and applies separately to:

         (a) Each building, if two or more buildings sustain loss or damage;

         (b) The building and to personal property in that building, if both sustain loss or damage;

         (c) Personal property at each building, if personal property at two or more buildings sustain loss or damage;

         (d) Personal property in the open.

      (2) We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by either of the following: Coinsurance Condition or Agreed Value Optional Coverage.

      (3) When property is covered under the Coverage Extension for Newly Constructed Buildings, Newly Acquired Buildings, or Newly Acquired Personal Property. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Constructed Buildings, Newly Acquired Buildings, or Newly Acquired Personal Property, is the highest percentage shown in the Declarations for any described premises.

   b. Calculation Of The Deductible - Specific Insurance Other Than Builders' Risk.

      In determining the amount, if any, that we will pay for the loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

   c. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk.

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations) of the value(s) of the property that has sustained loss or damage.

   d. Calculation Of The Deductible - Builders' Risk Insurance.

      In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations) of the actual cash value(s) of that property as of the time of loss or damage.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

3. The following is applicable only to the Coverage Forms specified below:

   a. Business Income and Extra Expense Coverage Form;

   b. Business Income (Without Extra Expense) Coverage Form;

   c. Extra Expense Coverage Form.

   For buildings over 4 stories in height, we will only pay for loss you sustain after the first 168 hours after direct physical loss or damage caused by or resulting from Earthquake or Volcanic Eruption.

4. Examples - Application of Deductible in D. 2.:

   Example #1 - Specific Insurance (D. 2. b)

   The amount of loss to the damaged building is $60,000.

   The value of the damaged building at time of loss is $100,000. The coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

   The actual Limit of Insurance on the damaged building is $70,000.

   The Deductible is 5%.

   Step (1): $70,000 " $80,000 = .875
   Step (2): $60,000 X .875 = $52,500
   Step (3): $70,000 X 5% = $3,500
   Step (4): $52,500 - $3,500 = $49,000

   The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the coinsurance penalty for inadequate insurance [Steps (1) and (2)] and the application of the Deductible [Steps (3) and (4)].

   Example #2 - Specific Insurance (D. 2. b.)

   The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

   The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

   The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no coinsurance penalty).

   The Deductible is 10%.

   Building

   Step (1): $80,000 X 10% = $8,000
   Step (2): $60,000 - $8,000 = $52,000

   Business Personal Property

   Step (1): $64,000 X 10% = $6,400
   Step (2): $40,000 - $6,400 = $33,600

   The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

   Example #3 - Blanket Insurance (D. 2. c.)

   The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), is $2,000,000.

   The coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

   The actual Blanket Limit of Insurance covering Buildings #1, #2, and #3 shown in the Declarations, is $1,800,000 (therefore no coinsurance penalty).

   Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $60,000 (Building #2).

   The Deductible is 5%.

   Building #1

   Step (1): $500,000 X 5% = $25,000
   Step (2): $40,000 - $25,000 = $15,000

   Building #2

   Step (1): $500,000 X 5% = $25,000
   Step (2): $60,000 - $25,000 = $35,000

   The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

Copyright, Church Mutual Insurance Company, 1998
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS
Exhibit A

Example #4 - Blanket Insurance (D. 2. c.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building

Step (1): $500,000 X 10% = $50,000
Step (2): $95,000 - $50,000 = $45,000

Business Personal Property

Step (1): $250,000 X 10% = $25,000
The loss, $5,000, does not exceed the Deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PROTECTIVE SAFEGUARDS ENDORSEMENT

This endorsement modifies insurance provided under the Property Coverage Part.

The following is added to the Property Coverage Part, but only for the premises and buildings this endorsement applies to.

A. The following is added to the Property Conditions:

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Declarations Page.

2. The protective safeguards to which this endorsement applies are identified by the following symbols in the Declarations Page:

   a. "P-1" Automatic Sprinkler System, including related supervisory services.

   Automatic Sprinkler System means:

   (1) Any automatic fire protective or extinguishing system, including connected:

   (a) Sprinklers and discharge nozzles;

   (b) Ducts, pipes, valves, and fittings;

   (c) Tanks, their component parts, and supports; and

   (d) Pumps and private fire protection mains.

   (2) When supplied from an automatic fire protective system:

   (a) Non-automatic fire protective systems; and

   (b) Hydrants, standpipes, and outlets.

   b. "P-2" Automatic Fire Alarm, protecting the entire building, that is:

   (1) Connected to a central station; or

   (2) Reported to a public or private fire alarm station.

   c. "P-3" Security Service, with a recording system or watch clock, making hourly rounds covering the entire building when the premises are not in actual operation.

   d. "P-4" Service Contract with a privately owned fire department providing the fire protection service to the described premises.

   e. "P-9" The protective system described in the Declarations Page.

   Refer to the Declarations Page to determine the premises and buildings this endorsement applies to.

B. The following is added to the Exclusions of the:

**CAUSES OF LOSS - BASIC FORM**
**CAUSES OF LOSS-BROAD FORM**
**CAUSES OF LOSS - SPECIAL FORM**

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2. Failed to maintain any protective safeguard listed in the Declarations Page, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions, or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Church Mutual Insurance Company, 1998
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEASED PROPERTY

This endorsement modifies insurance provided under the **Property Coverage Part.**

The following is added to the Building and Personal Property Coverage Form.

**A. LEASED PROPERTY**

1. Your Personal Property is revised to include personal property of others described in the Declarations Page that is in your care, custody or control under written leases.

2. The Limit of Insurance entered in the Declarations Page is the most we will pay for any single loss to the described property and is not subject to coinsurance.

3. The property covered by this endorsement is not included under any other personal property coverage in this Coverage Part.

Refer to the Declarations Page to determine the Limit of Insurance and Leased Property this endorsement applies to.

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Declarations Page have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee as interests may appear.

Copyright, Church Mutual Insurance Company, 2013.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Ser.1ces Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM

This endorsement modifies insurance provided under the Property Coverage Part and the Inland Marine Coverage Part.

The following is added to the Causes of Loss- Basic Form, Causes of Loss- Broad Form, and Causes of Loss- Special Form, and Inland Marine Builders' Risk Coverage Form. This coverage is subject to the terms and conditions of this form and the terms and conditions of the policy to which it is attached.

## A. ADDITIONAL COVERED CAUSES OF LOSS

1. When the SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE form is shown in the Declarations Page, 9overed Causes of Loss include:

   a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances, or wires;

   c. Explosion of steam boilers, steam pipes, steam engines, steam turbines, owned or leased by you or operated under your control; and

   d. Loss or damage to steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment.

   e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

2. The coverage provided by this form includes equipment that is owned by you, a utility, or others that is:

   a. Within 500 feet of the premises described in the Declarations Page; or

   b. More than 500 feet from the premises described in the Declarations Page but is used to solely supply these premises.

   We will pay for losses or damages covered by this policy that are the direct result of damage to this equipment from a covered cause of loss provided by this form in Section A.1. above.

3. The following Exclusions and Limitations do not apply to the coverage provided by this form:

   a. CAUSES OF LOSS- BASIC FORM, A 125, if applicable, Exclusions B.2.a., B.2.d., and B.2.e.

   b. CAUSES OF LOSS- BROAD FORM, A 126, if applicable, Exclusions B.2.a., B.2.b., and B.2.c.

   c. CAUSES OF LOSS-SPECIAL FORM, A 127, if applicable, Exclusions B.2.a., B.2.d.(6), and B.2.e., and Limitations C.1.a. and C.1.b.

   d. INLAND MARINE BUILDERS' RISK COVERAGE FORM, A 403, if applicable, Exclusions E.2.a., E.2.d.(6), and E.2.e., and Limitations F.1.a. and F.1.b.

## 8. ADDITIONAL EXCLUSIONS

The following additional exclusions apply to the coverage provided by this form.

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

   a. Frost, freezing, or other effects of cold weather;

   b. Ice, snow, sleet, or hail, whether driven by wind or not;

   c. Wind; or

   d. Water or liquid damage, except if a covered cause of loss provided by this form in Section A.1. above results from a flood, we will pay for the resulting loss.

2. We will not pay for any loss or damage caused by or resulting from:

   a. Depletion, deterioration, corrosion, or erosion; or

   b. Wear and tear;

   unless a covered cause of loss provided by this form in Section A.1. results. In that event, we will pay for loss or damage to your Covered Property which is the direct result of this covered cause of loss.

Copyright, Church Mutual Insurance Company, 1999.

3. We will not pay for loss or damage to the following items of property:

   a. Buildings, structures, or inflatable structures;

   b. Retaining walls, bulkheads, piers, wharves, docks, structures located on or partially over water;

   c. Pavements, foundations, walls, floors, roofs, ceilings, glass, cabinets, compartments, or similar items;

   d. Vehicles, self-propelled equipment, aircraft, or watercraft;

   e. Any machine or apparatus used for research, diagnosis, medication, surgical, therapeutic, dental, or pathological purposes;

   unless this property is damaged as the direct result of a covered cause of loss provided by this form in Section A.1. to property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission, or utilization of energy.

4. We will not pay for loss or damage to buried vessels, pipes, flues, or drains.

## C. ADDITIONAL COVERAGE EXTENSION

The following extensions apply to the coverage provided by this form.

1. Expediting Expenses.

   With respect to Covered Property damaged by a covered cause of loss provided by this form in Section A.1 ., we will pay the reasonable extra cost to make temporary repairs, expedite permanent repairs, and expedite permanent replacement.

2. Hazardous Substances

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

   "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

   Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

   The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur, and loss under Spoilage coverage, is $100,000.

3. Spoilage.

   a. Your loss to perishable goods due to spoilage resulting from lack of power light, heat, steam, or refrigeration from a covered cause of loss provided by this form in Section A.1.

   b. Expense to reduce such loss. This expense is limited to the smaller of amount expended to reduce spoilage loss or the spoilage loss that would result if no expenditure had been made to reduce spoilage loss.

## D. ADDITIONAL CONDITIONS

The following conditions apply to the coverage provided by this form:

1. Suspension.

   Upon our discovery of a dangerous condition with respect to any item of property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission, or utilization of energy, any of our representatives may immediately suspend the coverage provided by this form for that item of property. This can be done by delivering or mailing a written notice of suspension to you, at your address shown in this policy, or at the location of the property.

   Once we have suspended your coverage in this manner, your insurance can be reinstated only by an endorsement.

   If we suspend your insurance, you will get a pro rata refund of premium, but the suspension will be effective even if we have not yet made or offered a refund.

2. Jurisdictional Inspections.

   If any property that is covered equipment under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Copyright, Church Mutual Insurance Company, 1999.

Exhibit A

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## KANSAS CHANGES

This endorsement modifies insurance provided under the following:

**PROPERTY COVERAGE PART**

A. The **LEGAL ACTION AGAINST US** Property Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within five (5) years after the date on which the direct physical loss or damage occurred.

B. The following Definition is replaced by:

"Actual Cash Value" means the amount it would cost to repair or replace Covered Property with material of like kind and quality, less allowance for deterioration and depreciation, including obsolescence.

C. The following applies when coverage is provided for townhouse buildings and structures:

1. The following is added:

The Association of Townhouse Owners includes every person or organization who is an owner of a fee simple title to a townhouse unit, for which insurance is provided by this policy.

2. The CONTROL OF PROPERTY Condition is superseded and replaced by the following:

The following will not affect this insurance if beyond your direction or control:

a. Any act or neglect by any occupants or owners of the buildings; or

b. Your failure to comply with any warranty or condition with regard to any portion of your premises.

If you violate a condition of this Coverage Part, we will not pay for loss or damage at the involved location. But your coverage will continue for other locations at which the violation does not apply.

3. The following is added to PROPERTY NOT COVERED in the Building and Personal Property Coverage Form:

n. Household and personal property, unless owned by the Association of Townhouse Owners.

4. Paragraph 2. in the MORTGAGEHOLDERS Condition in the Property Conditions is replaced by the following:

2. We will pay for covered loss of or damage to buildings or structures to:

(a) The Insurance Trustee for the benefit of each Townhouse Owner;

(b) The holder of each first mortgage; and

(c) The Association;

as interests may appear and as shown in the Townhouse Declaration.

D. The Appraisal Loss Condition in the Property Conditions is replaced by the following:

If, after a claim has been made, a dispute arises because you and we disagree on the value of the property or the amount of loss, either may make a written request for an appraisal of the loss. **However, an appraisal will be made only if both you and we agree, voluntarily, to have the loss appraised.** If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. **A decision agreed to by any two will be binding.** Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Copyright, Church Mutual Insurance Company, 2005
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# THIS ENDORSEMENT 15 ADDED TO THE POLICY. PLEASE READ IT CAREFULLY.

## NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM

The following is added to this policy.

A. EXCLUSION

1. This insurance does not apply:

a. Under any liability coverage to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under any medical payments coverage to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under any liability coverage to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material" if:

(1) The "nuclear material" (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such nuclear facility and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

"Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor

"Waste" means any waste material (a) containing by-products material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily from its "source material" contents, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

a. Any nuclear reactor;

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel; or (3) handling, processing or packaging waste;

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Copyrigh Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyrigh Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

# GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. **Refer to Paragraph E - Who Is An Insured.**

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph H - Definitions.**

## A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE

1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. **Refer to Paragraph F - Limits of Insurance;** and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Personal and Advertising Injury Liability Coverage, Bodily Injury and Property Damage Liability Coverage or under Medical Expense Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages by any person or organization for care, loss of services, or death resulting at any time from the "bodily injury."

2. Exclusions.

This insurance does not apply to:

a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This Exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This Exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement.

(2) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract," reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage" provided:

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(a) liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. " odily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance, or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

This Exclusion applies only if you are in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages.

d. Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. "Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother, or sister of that "employee" as a consequence of paragraph (1) above.

This Exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This Exclusion does not apply to liability assumed by the insured under an "insured contract."

f. "Bodily injury" or "property damage" that arises out of any:

(1) Refusal to employ;

(2) Termination of employment;

(3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

(4) Consequential "bodily injury" as a result of f.(1), f.(2), or f.(3) above.

This exclusion applies whetherthe insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of paragraph f.(1 ), f.(2), f.(3), or f.(4) above.

g. (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

(a) At or from any premises, site, or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site, or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing, or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

1) If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

2) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph (d) 1) does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants, or other operating fluids which are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants, or other operating fluids escape from a vehicle part designed to hold, store, or receive them. This exception does not apply if the fuels, lubricants, or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants, or other operating fluids are brought on or to the premises, site, or location with the intent to be discharged, dispersed, or released as part of the operations being performed by such insured, contractor, or subcontractor.

Subparagraphs (a) and (d) 1) do not apply to "bodily injury" or "property damage" arising out of heat, smoke, or fumes from a hostile fire.

As used in this Exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

h. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto," or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This Exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge.

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance, or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment." **(Refer to Paragraph H - Definitions)**

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

i. "Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

j. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion, or revolution. This Exclusion applies only to liability assumed under a contract or agreement.

k. "Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away, or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody, or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired, or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this Exclusion does not apply if the premises are "your work" and were never occupied, rented, or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this Exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this Exclusion does not apply to "property damage" included in the "products-completed operations hazard."

l. "Property damage" to "your product" arising out of it or any part of it.

m. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This Exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

n. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy, or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This Exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

o. Damages claimed for any loss, cost, or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal, or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy, or dangerous condition in it.

p. "Bodily injury" or "property damage" arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

q. "Bodily injury" or "property damage" arising out of any "counseling incident."

r. "Bodily injury" or "property damage" arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured.

Exclusions c. through o. do not apply to damage to premises rented to you or premises you occupy that you do not own. A separate Limit of Insurance applies to this coverage. **Refer to Paragraph F - Limits of Insurance.**

## B. PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE

1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. **Refer to Paragraph F - Limits of Insurance;** and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Personal and Advertising Injury Liability Coverage, Bodily Injury and Property Damage Liability Coverage or under Medical Expense Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to:

(1) "Personal injury" only if caused by an offense arising out of the conduct of your business, excluding advertising, publishing, broadcasting, or telecasting done by or for you except publishing, broadcasting, or telecasting that is incidental to your business;

(2) "Advertising injury" only if caused by an offense committed in the course of advertising your goods, products, or services;

but only if the offense was committed in the "coverage territory" during the policy period.

2. Exclusions.

This insurance does not apply to:

a. "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This Exclusion does not apply to liability for damages:

(a) Assumed in a contract or agreement that is an "insured contract" provided the "personal injury" or "advertising injury" occurs subsequent to the execution of the contract or agreement; or

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(b) That the insured would have in the absence of the contract or agreement.

(5) Arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

(6) Arising out of any "counseling incident."

b. (1) "Personal injury" or "advertising injury" which would not have occurred in whole or part but for the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at any time.

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals, and waste. Waste includes material to be recycled, reconditioned, or reclaimed.

c. "Personal injury" to:

(1) An employee of the insured if it occurs in the course of employment by the insured; or

(2) Consequential injury to a spouse, child, parent, brother, or sister of such injured employee.

This exclusion applies where the insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of paragraph c.(1) or c.(2) above.

This exclusion does not apply to liability assumed by the insured under a contract covered under Contractual Liability Coverage.

d. "Personal injury" if benefits are provided or are required to be provided by the insured under a workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

e. "Personal injury" that arises out of any:

(1) Refusal to employ;

(2) Termination of employment;

(3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, or other employment-related practices, policies, acts, or omissions; or

(4) Consequential "personal injury" as a result of e.(1 ), e.(2), or e.(3) above.

This exclusion applies where the insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of paragraph e.(1 ), e.(2), e.(3), or e.(4) above.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

f. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products, or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing, or telecasting.

**C. MEDICAL EXPENSE COVERAGE**

See the applicable General Liability Additional Provisions Form.

**D. SUPPLEMENTARY PAYMENTS**

See the applicable General Liability Additional Provisions Form.

**E. WHO IS AN INSURED**

See the applicable General Liability Additional Provisions Form.

**F. LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Medical Expense Coverage for "bodily injury"; and

b. Damages under Bodily Injury and Property Damage Liability Coverage and Personal and Advertising Injury Liability Coverage, except:

(1) Damages because of injury and damage included in the "products-completed operations hazard"; and

(2) Damages under Sexual Misconduct or Sexual Molestation Liability Coverage.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Bodily Injury and Property Damage Liability Coverage for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Personal and Advertising Injury Liability Coverage for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Bodily Injury and Property Damage Liability Coverage; and

b. Medical expenses under Medical Expense Coverage because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6. Subject to 5. above, the Property Damage Legal Liability Limit is the most we will pay under Property Damage Coverage for damages because of "property damage" to premises rented to you, or temporarily occupied by you with permission of the owner, arising out of any one occurrence.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Medical Expense Coverage for all medical expenses because of "bodily injury" sustained by any one person.

The Aggregate Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## G. GENERAL LIABILITY CONDITIONS

1. Bankruptcy.

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties in the event of Occurrence, Offense, Claim, or Suit.

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when, and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us.

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance.

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a. Primary Insurance.

This insurance is primary except when b below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c below.

b. Excess Insurance.

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis:

(a) That is Fire, Extended Coverage, Builders' Risk, Installation Risk,

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(c) If loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. under Bodily Injury and Property Damage Liability Coverage.

(2) This insurance is excess over any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

(3) When this insurance is excess, we will have no duty under this Coverage Part to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations Page of this Coverage Part.

c. Method of Sharing.

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. Premium Audit.

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium for this Coverage is a deposit premium only. At the close of each audit period, we may compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the deposit and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

6. Representations.

By accepting the policy, you agree:

a. The statements in the Declarations Page are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representation.

7. Separation of Insureds.

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer of Rights of Recovery Against Others to Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. Two or More Coverages.

If two or more coverages of this policy apply to the same loss, the maximum amount we will pay as damages under all the coverages will not exceed the highest Limit of Insurance that applies to any one of the coverages.

10. Two or More Policies.

If two or more policies issued by us apply to the same insured and these policies also apply to the same loss, the maximum amount we will pay as damages under all the policies will not exceed the highest applicable Limit of Insurance that applies to any one of the policies.

This does not apply to any policy issued by us that is specifically written as excess insurance.

11. When We Do Not Renew.

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations Page written notice of the non renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

H. DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title, or slogan.

2. "Auto" means a land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" does not include mental or emotional injury, suffering, or distress that does not result from physical injury.

4. "Counseling incident" means any act or omission in the furnishing of counseling services.

5. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico, and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

6. "Employee" includes a "leased worker." "Employee does not include a "temporary worker."

7. "Executive officer" means a person holding any of the officer positions created by your

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

charter, constitution, bylaws, or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work" that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate, or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement; or

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing.

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   (3) Under which the insured, if an architect, engineer, or surveyor, assumes liability for any injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural, or engineering activities.

   An "insured contract" does not include that part of any contract or agreement that indemnifies any person or organization for; or under which an insured assumes the liability of any person or organization for "bodily injury," "property damage," "personal injury," "advertising injury" or injury for "sexual misconduct or sexual molestation"; arising out of a "Professional Health Care Incident."

   a "Professional Health Care Incident" means:

   (1) Any act or omission:

      (a) In the furnishing of "Professional Health Care Services." This includes furnishing - of food, beverages, medications, or appliances in connection with such services;

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(b) In the handling of deceased human bodies;

(c) Arising out of service by any persons as members of a formal accreditation, standards review or similar board of the Named Insured or as a person who executes the duties of such board.

(2) Failure to comply with any right of a health care facility resident under any state law regulating you as a resident health care facility;

(3) Failure to comply with any right of a resident as included in the United States Department of Health, Education, and Welfare regulation governing intermediate care facilities and skilled nursing facilities regardless of whether you are subject to such regulations; and

(4) Failure to protect any resident from undue influence by an insured when such undue influence is to the personal or financial detriment of the resident.

b. "Professional Health Care Services" as used in this exclusion endorsement means your professional medical, nursing, cosmetic, social, and similar professional services that relate to the care of any resident.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft, or "auto";

b. While it is in or on an aircraft, watercraft, or "auto"; or

c. While it is being moved from an aircraft, watercraft, or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft, or "auto."

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment.

a. Bulldozers, farm machinery, forklifts, and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers, or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers, or rollers.

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers.

f. Vehicles not described in a., b., c., or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos."

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal injury" means inJury, other than "bodily injury" arising out of one or more of the following offenses:

a. False arrest, detention, or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; or

e. Oral or written publication of material that violates a person's right of privacy.

15. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations states that products completed operations are subject to the General Aggregate Limit.

16. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

17. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic,

Copyright, Church Mutual Insurance Company, 2004. Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas 03/03/22 09:36pm HNS

Exhibit A

video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

18. "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury," "advertising injury," and injury for sexual misconduct or sexual molestation to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed, or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance, or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts, or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at any time with respect to the fitness, quality, durability, or performance of any of the items included in a orb. above.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1996.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORYENDORSEMENT-PERSONALINJURY

This endorsement modifies the insurance provided by the General Liability Coverage Form.

The following is added to the General Liability Coverage Form.

Paragraph H.14., DEFINITIONS, is deleted and replaced with the following:

14. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

    a. False arrest, detention, or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, unless such offense is alleged against an insured by an "Affiliated Entity."

    d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services, unless such offense is alleged against an insured by an "Affiliated Entity"; or

    e. Oral or written publication of material that violates a person's right of privacy.

The following is added to Paragraph H., DEFINITIONS:

"Affiliated Entity" means any entity or organization with which the Named Insured is affiliated or associated, or which the Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, and any other similar entity or organization. "Affiliated Entity" includes all "Directors, Officers and Trustees," employees, members, or volunteers of such entity or organization, or of the Named Insured.

"Directors, Officers and Trustees" means any of your past, present, or future directors, officers, trustees, clergy, wardens, deacons, elders, or members of duly elected, appointed, or constituted governing bodies while acting within the scope of their duties as such; and, in the event of death, incapacity, or bankruptcy, the estate, heirs, legal representatives, or assigns of the individual, but only with respect to their duties as such.

Copyright, Church Mutual Insurance Company, 2006

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BODILY INJURY DEFINITION

This endorsement modifies insurance provided under the General Liability Coverage Form, Legal Defense Coverage Form, and the Sexual Misconduct or Sexual Molestation Liability and Medical Expense Coverage Form.

A. The definition of "Bodily injury" is replaced by the following:

"Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time.

Copyright, Church Mutual Insurance Company, 2007.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CORPORATE ENTITY ENDORSEMENT

This endorsement modifies insurance provided under the General Liability Coverage Part.

If the first Named Insured under this policy operates as a specific unit that is part of a corporate entity, then the insurance provided by this policy applies only to the premises and operations of the first Named Insured.

This insurance does not apply to the corporate entity or to any other premises or operations of any other unit of the corporate entity unless such unit or entity is specifically named as an additional insured under this policy.

Copyright, Church Mutual Insurance Company, 2007

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MEDICAL EXPENSE AMENDMENT

This endorsement modifies insurance provided under the General Liability Coverage Part.

The following change is made to the General Liability Additional Provisions Form.

A. MEDICAL EXPENSE COVERAGE

1. Paragraph A.1.a.(3)(b) of the Medical Expense Coverage Insuring Agreement is deleted and replaced by the following:

   a. The expenses are incurred and reported to us within three years of the date of the accident; and

Copyright. Church Mutual Insurance Company. 2007.
Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright. ISO Properties, Inc., 1995.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

# GENERAL LIABILITY ADDITIONAL PROVISIONS FORM

## For Religious Institution Premises and Operations

The following Additional Provisions apply to your Religious Institution premises and operations.

A. MEDICAL EXPENSE COVERAGE

1. Insuring Agreement.

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations (including your operations off premises);

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. Subject to a. above, we will pay medical expenses for "bodily injury" to any person while practicing for or participating in any athletic activity including physical training, sports and sports contests, or exhibitions. Our payment will be excess of the amount due from any other insurance. We will not pay the amount due from that other insurance.

c. We will make these payments regardless of fault. These payments will not exceed the applicable Limit of Insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray, and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing, and funeral services.

2. Medical Expense - Transfer of Rights to Recover From Others.

If any person for whom we make payment under Medical Expense Coverage has rights to recover from other responsible parties all or part of that payment, those rights are transferred to us. At our request, any person for whom we make payment must assist us in our efforts to recover payment.

3. Exclusions.

We will not pay expenses for "bodily injury":

a. To a person hired to do work for or on behalf of any insured or tenant of any insured.

This exclusion does not apply to "bodily injury" to a person while doing volunteer work for you.

b. To a person injured on that part of premises you own or rent and on ways next to premises you own or rent that the person normally occupies.

c. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or similar law.

d. Included within the "products-completed operations hazard."

e. Excluded under the liability coverages of Paragraphs A and B of the General Liability Coverage Form.

f. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion, or revolution.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**B. SUPPLEMENTARY PAYMENTS - BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE AND PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGES**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

   e. All costs taxed against the insured in the "suit." For the purpose of this provision, costs do not include prejudgment interest or post judgment interest.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

   These payments will not reduce the Limits of Insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit," we will defend that indemnitee if all the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) agrees in writing to:

         (a) cooperate with us in the investigation, settlement, or defense of the "suit";

         (b) immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the "suit";

         (c) notify any other insurer whose coverage is available to the indemnitee; and

         (d) cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) provides us with written authorization to:

         (a) obtain records and other information related to the "suit"; and

         (b) conduct and control the defense of the indemnitee in such "suit."

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2. b. (2) of Coverage A - **BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE,** such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

3. We will pay for loss to property of others, not to exceed $500 in any one "occurrence" caused by persons participating in an activity organized by you. Loss shall mean damage or destruction, but does not include disappearance, theft, or loss of use. This insurance does not apply:

a. If coverage is provided by the Property Coverage Part (if any) of this policy; or

b. If the loss is covered by any other insurance you have or by any insurance of such person who causes such loss.

These payments will not reduce the Limits of Insurance.

## C. WHO IS AN INSURED

1. If you are designated in the Declarations Page as a Religious Institution:

a. You are an insured.

b. Your clergy and "executive officers" are insureds but only with respect to their duties as such.

c. Your directors, trustees, officials, elders, deacons, vestry members, council members, and members of your board of education are insureds, but only with respect to their duties as such.

d. (1) Any of your members are insureds but only with respect to their liability for your activities or activities they perform on your behalf.

(2) Any person(s) who are volunteer worker(s) for you are insureds, but only while acting at your direction and within the scope of their duties for you.

However, none of these members or volunteers is an insured for:

(a) "Bodily injury" or "personal injury" to you or to a "co-employee" while in the course of his or her employment, or the spouse, child, parent, brother, or sister of that "co-employee" as a consequence of such "bodily injury" or "personal injury" or for any obligation to share damages with or repay someone else who must pay damages because of the injury; or

(b) "Property damage" to property owned or occupied by or rented or loaned to that member or volunteer or any of your other members or volunteers.

e. Your "employees," other than your "executive officers," are insureds but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury" to you or to a co-"employee" while that co-"employee" is either in the course of his or her employment, or performing duties related to the conduct of your business, or the spouse, child, parent, brother, or sister of that co-"employee" as a consequence of such "bodily injury" or "personal injury" or for any obligation to share damages with or repay someone else who must pay damages because of the Jnjury; or

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

(3) "Property damage" to property owned or occupied by or rented or loaned to that "employee" or any of your other "employees."

f. Any organization controlled by you is an insured, but only if there is no other similar insurance available to that organization. However, no organization is an insured for any injury or damage that occurred before you acquired control of the organization.

g. Any person (other than your "employee") or any organization is an insured while acting as your real estate manager.

h. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your perm1ss1on. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

(1) "Bodily injury" to a co-"employee" of the person driving the equipment; or

(2) "Property damage" to property owned by, rented to, in charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations Page.

Copyright, Church Mutual Insurance Company, 2004. Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS OF LIFE

This endorsement modifies insurance provided under the General Liability Coverage Part.

The following is added to the Medical Expense section of the General Liability Additional Provisions Form.

A. **LOSS OF LIFE**

1. The insurance provided under Medical Expense includes the following:

   a. We will pay the applicable Limit of Insurance shown in the Declarations Page for the death of any person from accidental bodily injury. The accidental bodily injury:

      (1) Must arise out of your premises or operations; and

      (2) Must be the result of an event external to the person which then directly and independently causes the death of that person.

   b. The applicable Limit of Insurance shown in the Declarations Page is the most we will pay as follows:

      (1) The Limit of Insurance for Each Accident is the most we will pay for all deaths as the result of any one accident.

      (2) Subject to the Limit of Insurance for Each Accident, the Limit of Insurance for Each Person is the most we will pay for the death of any one person.

C. We will pay:

   (1) The parent or guardian of the deceased if the deceased was a minor;

   (2) A surviving spouse, if any; or

   (3) Any person authorized by law to receive payment.

Copyright, Church Mutual Insurance Company, 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the General Liability Coverage Part.

The following is added to the General Liability Additional Provisions Form.

**A. ADDITIONAL INSURED- DESIGNATED PERSON OR ORGANIZATION**

1. Paragraph C, Who Is An Insured, is amended to include as an insured the person or organization shown in the applicable schedule in the Declarations Page but only with respect to "bodily injury," "property damage," "personal injury," or "advertising injury" liability arising out of your operations or premises owned by or rented to you.

Refer to the Declarations Page to determine the insured person or organization.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - LEAD LIABILITY

This endorsement modifies insurance provided under the General Liability Coverage Part.

The following is added for all coverages of the General Liability Coverage Form.

A. EXCLUSION - LEAD LIABILITY

This insurance does not apply to:

1. Actual or alleged "bodily injury" arising out of the presence, ingestion, inhalation, absorption, adsorption, or exposure to lead in any form;

2. Actual or alleged "property damage," "personal injury," or "advertising injury" arising out of any form of lead;

3. Any loss, cost, or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of lead; or

4. Any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

Copyright, Church Mutual Insurance Company, 1994.
Includes copyrighted material of American Association of Insurance Services with its permission.
Copyright, American Association of Insurance Services, 1992.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEGAL DEFENSE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we", "us" and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. Refer to Paragraph B - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph G - DEFINITIONS.

A. LEGAL DEFENSE COVERAGE

1. Insuring Agreement.

We will pay "defense costs," incurred by the insured, that result from a "suit" to which this insurance applies. This insurance applies to these "defense costs" only if:

a. The "suit" results from a "defensible incident" that takes place in the "coverage territory";

b. The "suit" results from a "defensible incident" that occurs during the policy period;

No other obligation or liability to perform acts or services is covered unless explicitly provided for under Supplementary Payments.

2. Exclusions.

This insurance does not apply:

a. To any "defense costs" incurred because of:

(1) "Bodily injury";

(2) "Personal injury";

(3) "Advertising injury";

(4) Injury arising out of:

(a) Any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to expenses related to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling;

(b) Any acts, errors or omissions in providing or failing to provide any professional service;

(5) "Property damage";

(6) A dispute involving this contract, or any other contract issued by us;

(7) Any class action "suit";

(8) Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law; or

(9) Any dispute between the insured and us.

b. If any "defense costs" are:

(1) An obligation of ours or any other insurance company under any other insurance policy or endorsement;

 Copyright, Church Mutual Insurance Company, 2007. 

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(2) An obligation of any other person, group or organization (other than an insured);

even if the obligation is only a partial obligation:

(3) Your obligation in the form of a deductible or retention under this policy or any other policy we or any other carrier issue to you;

c. TQ any damages.

B. WHO IS AN INSURED

See the applicable General Liability Additional Provisions Form.

C. LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. "Suits" brought; or

c. Persons or organizations bringing "suits."

2. The Aggregate limit is the most we will pay as the sum of all "defense costs" incurred as a result of all "suits" brought against the insured.

3. Subject to 2. above, the Each Defensible Incident limit is the most we will pay as the sum of all "defense costs" incurred as a result of all "suits" brought against any insured for any one "defensible incident."

The aggregate limits of insurance of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

D. DEDUCTIBLE

We will not pay any "defense costs" until the amount of the "defense costs" exceeds $250. We will then pay the amount of the "defense costs" in excess of $250, up to the Limits of Insurance.

E. YOUR CHOICE OF AN ATTORNEY

You have the right to choose your own attorney. But, your attorney must be licensed to provide legal services. Your attorney has the right to freely exercise his or her professional judgment in the defense of any "suit" against you.

Attorney's fees and expenses must be reasonable and customary. We shall have the option to audit "defense costs" on behalf of the insured.

F. LEGAL DEFENSE CONDITIONS

1. Bankruptcy.

Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Form.

2. Duty to Investigate or Defend.

We have no duty to investigate or defend any "suit" brought against you.

3. Duties in the Event of a "defensible incident" or "suit."

a. You must see to it that we are notified within 60 days of your becoming aware of any "defensible incident" that may result in a "suit." To the extent possible, notice should include:

(1) The nature of the "defensible incident," and

(2) How, when and where the "defensible incident" took place.

Notice of a "defensible incident" is not notice of a "suit."

b. If "suit" is brought against the insured, you must:

(1) Notify us within 60 days of the date "suit" is brought against the insured.

(2) As soon as practicable, send us written notice of the "suit." This notice should include the nature of the "defensible incident," and how, when and where the "defensible incident" took place.

(3) Give us the name, address and other information sufficient to identify the attorney or firm who will be defending you in the "suit."

Copyright, Church Mutual Insurance Company, 2007.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:30pm HNS

4. Other Insurance.

   a. Primary Insurance.

      This insurance is primary and our obligations are not affected unless any other insurance or indemnity is also primary. Then we will share with all that other insurance or indemnity by the method described in b. below.

   b. Method of Sharing.

      If all that other insurance or indemnity permits contribution by equal shares, we will follow this method also. Under this approach, each party contributes equal amounts until it has paid its applicable limit or the "defense costs" are fully paid, whichever comes first.

      If contribution by equal shares is not permitted by that other insurance or indemnity, we will contribute by limits. Under this method each party's share is based on the ratio of each party's applicable limit to the total applicable limit of all parties.

5. Representations.

   By accepting the endorsement, you agree:

   a. The statements in the Declarations Page are accurate and complete;

   b. Those statements are based upon representations you made to us; and

   c. We have issued this endorsement in reliance upon your representation.

6. Transfer of Rights of Recovery Against Others to Us.

   If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after the "suit" is brought to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

7. Two or More Policies.

   If two or more policies issued by us apply to the same insured and these policies also apply to the same "suit," the maximum amount we will pay as damages under all the policies will not exceed the highest applicable Limit of Insurance that applies to any one of the policies.

   This does not apply to any policy issued by us that is specifically written as excess insurance.

8. Arbitration.

   If we and the insured cannot reach an agreement concerning any of the terms of this Coverage Form, the disagreement will be settled by arbitration. The rules of the American Arbitration Association will be followed. The arbitrator shall have the power to determine the meaning of the terms of this Coverage Form. The arbitrator shall not have the power to change or amend this Coverage Form, unless we and all insureds consent to the change in writing.

   We and you will equally share all costs of arbitration.

G. DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" does not include mental or emotional injury, suffering, or distress that does not result from physical injury.

3. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

4. "Defense costs" means the cost of reasonable and customary attorney's fees for legal services rendered in defending "suits" brought against you and includes attorney's expenses in relation to those services. But, the fees and expenses must qualify as a deductible expense to you under Section 162 of the U.S.

 Copyright, Church Mutual Insurance Company, 2007. 

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Internal Revenue Code. This applies even if you are not subject to the code.

5. "Defensible incident" means any acts, omissions or failures of the insured. Every such act, omission or failure involving substantially the same general circumstances shall be considered one "defensible incident" subject to the Each Defensible Incident Limit of Insurance in force at the time the first such "defensible incident" covered by this policy occurr_ed. "Defensible incident" does not include any deliberate acts, omissions or failures for purposes of causing a "suit" to be filed against you.

6. "Law enforcement inquiry" means an investigation undertaken by law enforcement officials and directed against a person suspected of committing a criminal offense under federal, state, or local law, including any related prosecution for such alleged offense.

7. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   e. Oral or written publication of material that violates a person's right of privacy.

8. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

9. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

10. "Suit" means a proceeding in a court of proper jurisdiction. "Suit" includes:

   a. A civil proceeding;

   b. An arbitration proceeding to which you must submit or do submit with our consent;

   c. Any other alternative dispute resolution proceeding to which you submit with our consent;

   d. Any "law enforcement inquiry"; or

   e. An administrative hearing to which you must submit or do submit with our consent.

   All "suits," countersuits, counterclaims, "law enforcement inquiries," and similar proceedings substantially related to the same "defensible incident" shall be considered one "suit."

Copyright, Church Mutual Insurance Company, 2007.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

**GENERAL LIABILITY COVERAGE PART**

The following is added under Bodily Injury and Property Damage Liabiity Coverage Insuring Agreement, Item A.1.b.:

(3) Prior to the policy period, no insured listed under Paragraph E - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change, or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph E - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change, or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph E - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

Copyright, Church Mutual Insurance Company, 2008.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1998.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CATASTROPHIC VIOLENCE RESPONSE COVERAGE

This endorsement modifies insurance provided under the General Liability Coverage Part.

The following is added to the General Liability Coverage Form.

**SCHEDULE***

| Per Person Limit | Each Violent Incident Limit | Violent Incident Aggregate Limit |
|---|---|---|
| | | |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A. CATASTROPHIC VIOLENCE RESPONSE COVERAGE**

1. Insuring Agreement

We will pay covered expenses that result from a "violent incident" to which this insurance applies. This insurance applies to a "violent incident" only if the "violent incident":

a. Occurs during the policy period;

b. Occurs during your "organized activities"; and

c. Occurs on premises you own or lease.

Covered expenses resulting from the "violent incident," (unless otherwise limited) must be incurred within 395 days of the date of the "violent incident."

2. Exclusions

We will not pay expenses:

a. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

b. Due to loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

c. Arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to expenses related to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

d. Arising out of the ownership, maintenance, or use of any motorized vehicle or equipment, including, but not limited to any aircraft, "auto," watercraft, recreational vehicle, snowmobile, motorcycle, motorbike, golf cart, or lawnmower.

e. Incurred by the perpetrator(s) of the "violent incident," regardless of their relationship to you.

f. For legal costs, litigation, attorney fees, judgments, settlements, and damages that result from any claim, action, or legal proceeding of any type or nature brought against any insured in connection with a "violent incident."

Copyright. Church Mutual Insurance Company, 2004.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

g. For legal costs, litigation, and attorney fees from any claim, action, or legal proceeding of any type or nature brought by any insured in connection with a "violent incident."

h. For any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law, regardless of whether the claimant has made a claim for such benefits.

i. For damage to property including loss of use of property.

j. For any services provided by a governmental entity.

This exclusion does not apply to services that are customarily charged to the public.

k. For indirect or consequential property loss of any kind resulting from a "violent incident."

**B. COVERED EXPENSES**

1. Subject to the applicable Limits of Insurance, covered expenses means only reasonable and necessary expenses. Covered expenses do not include any expenses other than emergency medical expenses that are not approved by us before incurred.

2. Subject to the Per Person Limit, reasonable and necessary expenses for any one person include:

a. Medical expenses, including ambulance services, emergency airlift and physical therapy. Emergency medical expenses do not require pre-approval by us. Our payment for covered medical expenses will be excess of the amount due from any other valid and collectible insurance including insurance available to any insured or any injured person. We will not pay the amount due from that other insurance.

b. Individual counseling services for up to 90 days after the "violent incident" for any person who has sustained "serious bodily injury" or was held in a "hostage situation."

c. Individual counseling for up to 90 days after the violent incident for the immediate family of any person who has sustained "serious bodily injury" or was held in a "hostage situation."

3. Subject to the Violent Incident Limit, reasonable and necessary expenses include:

a. Funeral expenses. The most we will pay for funeral expenses is $10,000 for any one funeral.

b. We will pay two-thirds of the "wage loss" incurred by a person who sustains "serious bodily injury," a person held in a "hostage situation," or their "caregiver" for up to 30 days after the "violent incident" and up to a maximum limit of $2,500. In the event that another policy, program or plan pays a portion of the "wage loss" but less than two-thirds of the "wage loss" then we will pay the difference between that portion and two-thirds of the "wage loss."

(1) Proof of "wage loss" must be provided in writing by the employer of the person sustaining the "wage loss." If a person to whom coverage applies under this endorsement is self-employed, then such person must provide tax returns and other necessary records to document their "wage loss."

c. The cost of an independent public relations consultant for up to 30 days after a "violent incident."

d. Independent security services for up to 15 days after a "violent incident."

e. Group counseling services for your members for up to 30 days after a "violent incident."

f. "Wages" of temporary staff hired to replace employees who have sustained "serious bodily injury" during a "violent incident." "Wages" shall not be more than the "wages" received by the employee being replaced. Coverage shall end 30 days after the date the "violent incident" occurred.

g. Rental of an equivalent alternate facility for up to 30 days after the "violent incident."

h. Group counseling services for your members for up to 7 days before and/or 7 days after the first anniversary date of a "violent incident."

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

 Copyright, Church Mutual Insurance Company, 2004.

i. Security services and independent public relations consultant for up to 7 days before and/or 7 days after the first anniversary date of a "violent incident."

## C. LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Schedule of this Endorsement or on the Declarations Page and the rules below fix the most we will pay.

2. The Violent Incident Aggregate Limit is the most we will pay for the sum of all covered expenses arising out of all "violent incidents."

3. Subject to 2. above, the Each Violent Incident Limit is the most we will pay for the sum of all covered expenses arising out of any one "violent incident."

4. Subject to 3. above, the Per Person Limit is the most we will pay any one person for the sum of all covered expenses arising out of a "violent incident."

5. The Limits of Insurance shown in the Schedule of this Endorsement for Each Violent Incident (or on the Declarations Page for Each Violent Incident) are the most that we will pay for the sum of all covered expenses that arise out of a violent incident, regardless of:

   a. The number of perpetrators;

   b. The number of people sustaining "serious bodily injury," or held in a "hostage situation;"

   c. The period of time over which the "violent incident" occurs; or

   d. The number of policy periods over which the "violent incident" occurs. If the "violent incident" occurs over more than one policy period, the limits of insurance applicable when the "violent incident" first began will apply.

## D. CATASTROPHIC VIOLENCE RESPONSE COVERAGE CONDITIONS

1. The payment of covered expenses under this endorsement is not an admission of liability under other coverages of this policy.

2. Duties in the event of a "violent incident."

   a. You must see to it that we are notified as soon as practicable of any "violent incident" that may result in a claim. To the extent possible, notice should include:

      (1) How, when, and where the "violent incident" took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature of the injury arising out of the "violent incident."

   b. No insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior approval.

3. Other Insurance

   If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

   a. Primary Insurance

   This insurance is primary for all covered expenses except medical expenses. When this insurance is primary, our obligations are not affected unless any other insurers' insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

   b. Excess Insurance

   This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis for medical expenses.

   When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

      (1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

      (2) The total of all deductible and self-insured amounts under all that other insurance.

   We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

to apply in excess of the Limits of Insurance shown in the Schedule of this Endorsement or on the Declarations Page.

c. Method of Sharing

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

4. Transfer of Rights of Recovery Against Others To Us.

If the insured has rights to recover all or part of any payment we have made under this endorsement, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us to enforce them.

E. DEFINITIONS

1. "Auto" means a land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment.

2. "Caregiver" means "child," "spouse," or "parent" for the purpose of this coverage.

3. "Child" means a natural, adopted, or foster child, a stepchild, or a legal ward.

4. "Disruptive behavior" means any altercation or dispute that would not cause a reasonable adult to conclude that he or she was in immediate danger of "serious bodily injury." It includes, but is not limited to, behavior that disturbs, interferes with, or prevents your normal activities, such as: fistfights, brawling, punching, hitting, slapping, kicking, biting, choking, yelling, using profanity, bullying, or pranks.

5. "Hostage situation" means persons are held captiv and restrained by someone who threatens to inflict "serious bodily injury" and the circumstances of the threat cause a reasonable adult to conclude the captives are at risk of "serious bodily injury."

6. "Organized activities" means only activities sponsored by you.

7. "Parent" means a natural parent, foster parent, adoptive parent, stepparent, or legal guardian.

8. "Serious bodily injury" means death or bodily injury that creates a substantial risk of death or which causes serious, permanent disfigurement, or protracted loss or impairment of the function of any significant bodily member or organ. "Serious bodily injury" does not include emotional or mental injury.

9. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

10. "Spouse" means a legal husband or wife.

11. "Violent incident" is limited to a catastrophic event that:

a. Is caused by an intentional criminal act or a series of related intentional criminal acts; and

b. Results in two or more persons [not including the perpetrator(s)] sustaining "serious bodily injury" or being held in a "hostage situation."

It does not include "disruptive behavior."

A "violent incident" starts when the first act or series of acts begins. It ends when the act is concluded, when the last in a series of acts is concluded, or when the premises have been secured by proper civil authority, whichever is earliest.

12. "Wage loss" means loss of actual gross income, but only to the extent that such income was being paid on the date that "serious bodily injury" caused by a "violent incident" occurred. "Wage loss" does not include potential income that may have been received from overtime hours, on-call pay or

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Copyright, Church Mutual Insurance Company, 2004.

Exhibit A

similar types of compensation. "Wage loss" also does not include compensation for paid sick leave, short-term disability days, long-term disability days, or family leave that was used as a result of the "serious bodily injury."

13. "Wages" means compensation you pay an employee, including the cost of health, welfare and pension benefits.

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAGE LOSS REIMBURSEMENT ENDORSEMENT

This endorsement modifies insurance provided under the General Liability Coverage Part.

The following is added to General Liability Coverage Form.

## A. WAGE LOSS REIMBURSEMENT COVERAGE

1. Insuring Agreement.

a. We will pay "wage loss" as described below resulting from "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations (including your operations off premises); provided that

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The "wage loss" is incurred and reported to us within one year of the date of the accident; and

(c) The "bodily injury" results in time away from work as directed by a physician: or

(d) The "bodily injury" of a "child," "spouse," or "parent," results in time away from work to care for the injured "child," "spouse," or "parent" as directed by a physician.

b. We will not pay "wage loss" due to "bodily injury" resulting from athletic activities unless it is indicated on the Declarations Page. Athletic activity includes practicing for or participating in any physical training, sports and sports contests, or exhibitions.

c. We will not pay "wage loss" to an injured person or their caregiver(s) if the injured person is not eligible for Medical Expense Coverage.

d. We will make these payments regardless of fault. These payments will not exceed the applicable Wage Loss Limit of Insurance.

2. Exclusions.

The coverage provided by this endorsement is subject to all general liability exclusions in Paragraphs A and B of the General Liability Coverage Form. In addition we will not pay "wage loss":

a. To a person hired to do work for or on behalf of any insured or tenant of any insured.

This exclusion does not apply to "wage loss" to a person while doing volunteer work for you.

b. To a person injured on that part of premises you own or rent and on ways next to premises you own or rent that the person normally occupies.

c. To a person, whether or not an "employee" of any insured, if benefits for the "wage loss" are payable or must be provided under a workers compensation or disability benefits law or similar law.

d. Under the "products-completed operations hazard."

e. Arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to

Copyright, Church Mutual Insurance Company, 2004

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

comply with any obligation to report; and counseling.

f. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

g. For any "wage loss" that is not documented or which is speculative in nature.

h. For time away from work by an injured person unless required by a physician, or for time away from work after a physician has given approval for the injured person to return to work.

i. For that portion of "wage loss" that is paid or payable by another policy, program or plan of any kind.

j. If no "bodily injury" is sustained.

k. To a resident in a nursing home, assisted living center, apartment building or other similar living facility that is owned by you or to the "caregiver" of that resident.

l. For that portion of "wage loss" that is paid or payable by a workers' compensation policy, unemployment compensation, short or long-term disability plans, sick leave, medical leave, or family leave.

m. Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto," or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

## 8. WHO IS AN INSURED

See the applicable General Liability Additional Provisions Form.

## C. LIMIT OF INSURANCE

1. The Wage Loss Limit of Insurance shown on the Declarations Page and the rules below fix the most we will pay any one person.

2. The Wage Loss Occurrence Limit of Insurance shown on the Declarations Page is the most we will pay for all "wage loss" as the result of any one occurrence.

3. Subject to 1. above, we will pay two-thirds of the "wage loss" sustained by an injured person. In the event that another policy, program or plan pays a portion of the "wage loss" but less than two-thirds of the "wage loss" then we will pay the difference between that portion and two-thirds of the "wage loss."

4. Subject to 1. above, we will pay two-thirds of the "wage loss" sustained by a "caregiver," for a period that will not exceed 50 working hours, provided that the "wage loss" is the result of time away from work to care for an injured "child," "spouse" or "parent" as directed by a physician. In the event that another policy, program or plan pays a portion of the "wage loss" but less than two-thirds of the "wage loss" then we will pay the difference between that portion and two-thirds of the "wage loss."

   a. We will only pay for a total of 50 working hours up to the Wage Loss Limit of Insurance shown in the Declarations Page under this "caregiver" provision, whether one or more "caregivers" has "wage loss," as a result of time away from work to care for an injured "child," "spouse" or "parent."

   Example:

   An injured "child" requires care for two weeks. The first week the mother is the "caregiver," resulting in 40 hours of time away from work. The second week, the father is the "caregiver," resulting in 40 hours of time away from work.

   We will pay two-thirds of the "wage loss" of the mother for 40 hours and we will pay two-thirds of the "wage loss" of the father for 10 hours for a total of 50 working hours, subject to the Wage Loss Limit.

## D. CONDITIONS

1. The coverage provided by this endorsement is subject to all General Liability Conditions in Paragraph H of the General Liability Coverage Form.

2. The payment of wage loss under this endorsement is not an admission of liability under other coverages of this policy.

3. Proof of "wage loss" must be provided in writing by the employer of the person sustaining the "wage loss." If a person to whom coverage applies under this endorsement is self-employed, then such person must provide tax returns and other necessary records to document their "wage loss."

Copyright. Church Mutual Insurance Company. 2004.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

**E. ADDITIONAL DEFINITIONS**

See the General Liability Coverage Form for definitions not listed here. The following definitions apply only to the Wage Loss Reimbursement Endorsement.

1. "Caregiver" means "child," "spouse," or "parent" for the purpose of this coverage.
2. "Child" means a natural, adopted, or foster child, a stepchild, or a legal ward.
3. "Parent" means a natural parent, foster parent, adoptive parent, stepparent, or legal guardian.
4. "Spouse" means a legal husband or wife.
5. "Wage loss" means loss of actual gross income, but only to the extent that such income was being paid on the date that "bodily injury" caused by an accident occurred. "Wage Loss" does not include potential income that may have been received from overtime hours, on-call pay, or similar types of compensation. "Wage Loss" also does not include compensation for paid sick leave, short-term disability days, long-term disability days, or family leave that was used as a result of the "bodily injury."

Copyright, Church Mutual Insurance Company, 2004

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY AND MEDICAL EXPENSE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. **Refer to Paragraph D -Who Is An Insured.**

If not defined within the text of this coverage form, words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph G - Definitions.**

Except to the extent that insurance is provided by this Sexual Misconduct or Sexual Molestation Liability and Medical Expense Coverage Form, the Policy to which this Coverage Form is attached does not apply to nor do we have any duty to defend any claim or suit seeking damages based upon, arising out of, or attributable to any actual or alleged act of "sexual misconduct or sexual molestation." An actual or alleged act of "sexual misconduct or sexual molestation" includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer worker; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child); failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

## A. SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY COVERAGE

1. Insuring Agreement.

   a. We will pay those sums that any insured becomes legally obligated to pay as damages because of injury arising out of an act of "sexual misconduct or sexual molestation" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the Insured against any "suit" seeking damages for "sexual misconduct or sexual molestation" to which this insurance does not apply. We may, at our discretion, investigate any act of "sexual misconduct or sexual molestation" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited. Refer to Paragraph E - Limits of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Sexual Misconduct or Sexual Molestation Liability Coverage.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to injury only if:

      (1) The injury is caused by an act of "sexual misconduct or sexual molestation" that takes place in the "coverage territory"; and

      (2) The act of "sexual misconduct or sexual molestation" occurs during the policy period.

2. Exclusions.

   This insurance does not apply to:

   a. Any person who personally participated in any act of "sexual misconduct or sexual molestation."

   b. The cost of defense of, or the cost of paying any fines for, any person resulting from actual or alleged violation of any penal or criminal statute.

   c. Injury arising out of sex discrimination.

   d. Injury for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This Exclusion does not apply to liability

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

for damages that the insured would have in the absence of the contract or agreement.

e. Any obligation of any insured under a workers' compensation, disability benefits, or unemployment compensation law or any similar law.

f. Injury to:

(1) An employee or co-employee of the insured arising out of and in the course of employment by any insured; or

(2) The spouse, child, parent, brother, or sister of that employee as a consequence of (1) above.

This Exclusion applies:

(1) Whether any insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

g. Injury arising out of any:

(1) Refusal to employ;

(2) Termination of employment;

(3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, or other employment-related practices, policies, acts, errors, or omissions; or

(4) Consequential damages as a result of g.(1), g.(2), or g.(3) above.

This exclusion applies where any insured is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraphs g.(1), g.(2), g.(3), or g.(4) above.

h. Injury arising out of the ownership, maintenance, use, or entrustment to others of any aircraft, "auto", or watercraft.

i. Any exemplary or punitive damages or multiplied amounts of compensatory or other damages.

j. Injury arising out of any actual or alleged violation of a penal statute, regulation, or ordinance committed by or with the knowledge or consent of any insured.

k. "Bodily injury," "property damage," "personal injury," or "advertising injury."

**B. SEXUAL MISCONDUCT OR SEXUAL MOLESTATION MEDICAL EXPENSE COVERAGE**

1. Insuring Agreement.

a. We will pay medical expenses because of injury arising out of any act of "sexual misconduct or sexual molestation" to which this insurance applies

provided that:

(1) The act or alleged act of "sexual misconduct or sexual molestation" takes place in the "coverage territory," during the policy period.

(2) The expenses are incurred and reported to us within a reasonable period of time from the date of the injury; and

(3) The injured person submits to examination, at our expense, by health care professionals of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable Limit of Insurance. We will pay reasonable expenses for necessary professional services for treatment of injury resulting from "sexual misconduct or sexual molestation."

2. Sexual Misconduct or Sexual Molestation Medical Expense - Transfer of Rights to Recover From Others.

If any person for whom we make payment under Sexual Misconduct or Sexual Molestation Medical Expense Coverage has rights to recover from other responsible parties all or part of that payment, those rights are transferred to us. At our request, any person for whom we make payment must assist us in our efforts to recover payment.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Copyright, Church Mutual Insurance Company, 2004.

Exhibit A

3. Exclusions.

We will not pay medical expenses for injury which is excluded under Paragraph A.2. of this coverage form.

**C. SUPPLEMENTARY PAYMENTS - SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY COVERAGE**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

   c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

   d. All costs taxed against any insured in the "suit." For the purpose of this provision, costs do not include prejudgment interest or post judgment interest.

   e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**D. WHO IS AN INSURED**

1. You are an insured.

2. Any organization controlled by you is an insured, except that:

   a. No organization is an insured if other similar insurance is available to that organization.

   b. No organization is an insured for any act of "sexual misconduct or sexual molestation" committed before you acquired control of the organization.

3. The clergy, executive officers, directors, trustees, officials, elders, deacons, vestry members, council members, members of your board of education, and employees of you and an organization controlled by you is also an insured, but only with respect to their duties as such and while performing duties related to the conduct of your business. However, no person is an insured for conduct resulting in injury to an employee while that employee is either in the course of his or her employment or performing duties related to the conduct of your business, and no person is an insured for injury to the spouse, child, parent, brother, or sister of that employee.

4. Persons who are your members or volunteer workers for you or an organization controlled by you is an insured, but only while acting at your direction and within the scope of their duties for you. However, none of these members or volunteers is an insured for conduct resulting in injury to an employee while that employee is either in thf;) course of his or her employment or performing duties related to the conduct of your business, and no person is an insured for injury to the spouse, child, parent, brother, or sister of that employee.

No person is an insured under Sexual Misconduct or Sexual Molestation Liability Medical Expense Coverage if they personally participated in the act of "Sexual Misconduct or Sexual Molestation."

**E. LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits."

2. The Sexual Misconduct or Sexual Molestation Liability Coverage Each Claim Limit is the most we will pay for the sum of all damages under Sexual Misconduct or Sexual Molestation Liability Coverage because of all injuries to all persons arising out of "One Claim."

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

For the purposes of the Limits of Insurance, the term "One Claim" means the following:

Regardless of the number of acts of "sexual misconduct or sexual molestation," period of time over which such acts occur, number of policies (whether concurrent or consecutive) issued by us during which such acts occur, or the number of persons acted upon, all injuries arising out of all acts of "sexual misconduct or sexual molestation" by the same person, or by two or more persons acting together, will be considered "One Claim," subjectto the Sexual Misconduct or Sexual Molestation Liability Coverage Each Claim Limit of insurance in force during the term of a policy issued by us at the time the first act to any person occurred.

All acts of "sexual misconduct or sexual molestation" are deemed to have occurred at the time the first act occurred during the term of an in-force policy issued by us for purposes of determining the Sexual Misconduct or Sexual Molestation Liability Coverage Each Claim Limit.

If acts of "sexual misconduct or sexual molestation" occur during the policy period of more than one policy issued by us (whether or not concurrent or consecutive), the Sexual Misconduct or Sexual Molestation Liability Coverage Each Claim Limit of the policies cannot be stacked. The Sexual Misconduct or Sexual Molestation Liability Coverage Each Claim Limit available is the Sexual Misconduct or Sexual Molestation Liability Coverage Each Claim Limit in force at the time the first act occurred during the term of a policy issued by us and in effect at the time the first act occurred.

3. Subject to 2. above, the Sexual Misconduct or Sexual Molestation Liability Coverage Aggregate Limit is the most we will pay for the sum of all damages from all claims under Sexual Misconduct or Sexual Molestation Liability Coverage because of all injuries to all persons arising out of all acts of "sexual misconduct or sexual molestation" by all persons (whether acting together or separately) regardless of the number of acts of "sexual misconduct or sexual molestation," period of time over which such acts occur, number of policies (whether concurrent or consecutive) issued by us in which such acts occur, or the number of persons acted upon.

   The Sexual Misconduct or Sexual Molestation Liability Coverage Aggregate Limit of this Coverage Form applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Sexual Misconduct or Sexual Molestation Liability Coverage Aggregate Limit of insurance.

   If acts of "sexual misconduct or sexual molestation" by any person occur during the policy period of more than one policy issued by us (whether concurrent or consecutive), the Sexual Misconduct or Sexual Molestation Aggregate Limit of the policies cannot be stacked.

4. The Sexual Misconduct or Sexual Molestation Medical Expense Any One Person Limit is the most we will pay under Medical Expense Coverage for all medical expenses because of all injury arising out of all acts of "sexual misconduct or sexual molestation," sustained by any one person.

   The Sexual Misconduct or Sexual Molestation Medical Expense Any One Person Limit available is the Sexual Misconduct or Sexual Molestation Medical Expense Any One Person Limit in force at the time the first act occurred under a policy issued by us and in effect at the time the first act occurred.

5. Subject to 4. above, the Sexual Misconduct or Sexual Molestation Medical Expense Aggregate Limit is the most we will pay for the sum of all medical expenses under Sexual Misconduct or Sexual Molestation Medical Expense for the term of the policy.

**F. SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIABILITY CONDITIONS**

1. Bankruptcy.

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

2. Duties in the event of Occurrence, Offense, Claim, or Suit or becoming aware of any act of "Sexual Misconduct or Sexual Molestation."

   a. You must see to it that we are notified within 60 days of your becoming aware of any act of "sexual misconduct or sexual molestation" which may result in a claim. To the extent possible, notice should include:

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(1) How, when, and where the act of "sexual misconduct or sexual molestation" took place; and

(2) The names and addresses of any injured persons and witnesses; and

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us.

No person or organization has a right under this Coverage Form:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance.

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Form, our obligations are limited as follows:

a. Primary Insurance.

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance.

(1) This insurance is excess over any of the other insurance, whether primary, excess, or contingent.

(2) This insurance is excess over any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

(3) When this insurance is excess, we will have no duty under this Coverage Form to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(b) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations Page.

c. Method of Sharing.

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. Representations.

By accepting the policy, you agree:

a. The statements in the Declarations Page are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representation.

6. Separation of Insureds.

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

7. Transfer of Rights of Recovery Against Others to Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## G. DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title, or slogan.

2. "Auto" means a land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment.

3. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" does not include mental or emotional injury, suffering, or distress that does not result from physical injury.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico, and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

         (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

a. False arrest, detention, or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; or

e. Oral or written publication of material that violates a person's right of privacy.

6. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

7. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

8. "Suit" means a civil proceeding in which damages caused by "sexual misconduct or sexual molestation" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE FORM
GENERAL LIABILITY ADDITIONAL PROVISIONS FORM

A. Exclusion **j.** under Paragraph **2., Exclusions** of **Coverage A - Bodily Injury And Property Damage Liability Coverage - General Liability Coverage Form** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**j.** "Bodily injury" or "property damage," however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

(2) Warlike action by a military force, ilcluding action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

8. The following exclusion is added to Paragraph **2., Exclusions** of **Coverage 8 - Personal And Advertising Injury Liability Coverage - General Liability Coverage Form:**

**2. Exclusions**

This insurance does not apply to:

"Personal and advertising injury," however caused, arising, directly or indirectly, out of:

a. War, including undeclared or civil war; or

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C. Exclusion f. under Paragraph **3., Exclusions** of **Coverage A - Medical Expense Coverage - General Liability Additional Provisions Form** does not apply. Medical payments due to war are now subject to Exclusion e. of Paragraph 3., **Exclusions** of **Coverage A - Medical Expense Coverage - General Liability Additional Provisions Form** since "bodily injury" arising out of war is now excluded under Coverage **A - Bodily Injury And Property Damage Liability Coverage - General Liability Coverage Form.**

Copyright, Church Mutual Insurance Company. 2003.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2002.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## KANSAS CHANGES - TRANSFER OF RIGHTS

This endorsement modifies insurance provided under the following:

**GENERAL LIABILITY COVERAGE PART**

Condition 8., **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US,** (Section G.) does not apply to Coverage C., Medical Expense Coverage.

Copyright, Church Mutual Insurance Company, 2005
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KANSAS CHANGES -ARBITRATION

This endorsement modifies insurance provided under the following:

**LEGAL DEFENSE COVERAGE**

Condition 8., "Arbitration" of Form A 253 is amended with the addition of the following paragraph:

After a dispute has arisen, an appraisal or arbitration may take place if you and we fail to agree on the amount of the loss. However, an appraisal or arbitration will take place only if both you and we agree, voluntarily, to have the loss appraised or arbitrated.

Copyright, Church Mutual Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# CRIME CONDITIONS FORM

This Crime Coverage Part is subject to the Common Policy Conditions, any other Conditions in any Crime Coverage Forms, and the following Conditions.

## A. DISCOVERY PERIOD FOR LOSS

We will pay only for covered loss discovered no later than one year from the end of the policy period.

## B. DUTIES IN THE EVENT OF LOSS

After you discover a loss or a situation that may result in loss of Covered Property, you must:

1. Notify us as soon as possible;
2. Submit to examination under oath at our request and give us a signed statement of your answers;
3. Give us a detailed, sworn proof of loss within 120 days;
4. Cooperate with us in the investigation and settlement of any claim;
5. Notify the police if you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law.

## C. JOINT INSURED

1. If more than one insured is named in the Declarations Page, the first Named Insured will act for itself and for every other insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.
2. If any insured or partner or officer of that insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every insured.
3. An employee of any insured is considered to be an employee of every insured.
4. If this insurance or any of its coverages is cancelled or terminated as to any insured, loss sustained by that insured is covered only if discovered no later than one year from the date of that cancellation or termination.
5. We will not pay more for loss sustained by more than one insured than the amount we would pay if all the loss had been sustained by one insured.

## D. LEGAL ACTION AGAINST US

1. You may not bring any legal action against us involving loss:
   a. Unless you have complied with all the terms of this insurance; and
   b. Until 90 days after you have filed proof of loss with us; and
   c. Unless brought within 2 years from the date you discover the loss.

## E. LOSS COVERED UNDER MORE THAN ONE COVERAGE OF THIS POLICY

1. If two or more coverages of the policy apply to the same loss, we will pay the lesser of:
   a. The actual amount of loss; or
   b. The sum of the Limits of Insurance applicable to those coverages.

## F. COVERAGE TERRITORY

1. The coverage territory is:
   a. The United States of America;
   b. Puerto Rico; or
   c. Canada.

## G. LOSS COVERED UNDER THIS INSURANCE AND PRIOR INSURANCE ISSUED BY US OR ANY AFFILIATE

1. If any loss is covered:
   a. Partly by this insurance; and
   b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

**H. NON-CUMULATION OF LIMIT OF INSURANCE**

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**I. OTHER INSURANCE**

This insurance does not apply to loss recoverable or recovered under other insurance or indemnity.

**J. POLICY PERIOD**

1. The Policy Period is shown in the Declarations Page.

2. We will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**K. RECORDS**

You must keep records of all Covered Property so we can verify the amount of any loss.

**L. RECOVERIES**

1. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

   a. To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the deductible amount, if any;

   b. Then to us, until we are reimbursed for the settlement made;

   c. Then to you, until you are reimbursed for that part of the loss equal to the deductible amount, if any.

2. Recoveries do not include any recovery:

   a. From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

   b. Of original "securities" after duplicates of them have been issued.

**M. TRANSFER OF YOUR RIGHTS OF RECOVERY AGAINST OTHERS TO US**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**N. PRIVILEGE TO ADJUST WITH OWNER**

In the event of covered loss involving property of others, we have the right to:

1. Settle the loss with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.

2. Provide a defense for legal proceedings brought against you. If provided, the expense of this defense will be at our cost and will not reduce the applicable Limit of Insurance under this insurance.

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its pennission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:30pm HNS

Exhibit A

# CHURCH THEFT OF MONEY AND SECURITIES COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we", "us" and "our" refer to Church Mutual Insurance Company.

The word "insured" means the Named Insured shown in the Declarations Page.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph G - Definitions.**

## A. COVERAGE

1. We will pay for loss of your Covered Property resulting directly from any Covered Cause of Loss when the Covered Property:

   a. Is at the "church premises";

   b. Is in the temporary (not to exceed 30 days) care or custody of a person authorized by you; or

   c. Is in a night depository at a "banking premises".

2. Covered Property, as used in this Coverage Form, means your "money" and "securities" for which a Limit of Insurance is shown in the Declarations Page.

3. Covered Cause of Loss, as used in this Coverage Form, means:

   a. "Theft";

   b. Disappearance; or

   c. Destruction.

## B. EXCLUSIONS

This insurance does not cover:

1. Loss resulting from seizure or destruction of property by order of governmental authority.

2. Loss that is an indirect result of any act or "occurrence" covered by this insurance, including but not limited to loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay direct compensatory damages arising from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

3. Expenses related to any legal action.

4. Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

5. Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

6. Loss resulting from any dishonest or criminal act committed by any of your "employees", directors, trustees or authorized representatives:

   a. Acting alone or in collusion with other persons; or

   b. While performing services for you or otherwise.

7. Loss resulting from accounting or arithmetical errors or omissions.

8. Loss of Covered Property after it has been transferred or surrendered to a person or place outside the "church premises":

   a. On the basis of unauthorized instructions; or

   b. As a result of a threat to do:

      (1) Bodily harm to any person; or

      (2) Damage to any property.

   c. But, this exclusion does not apply to loss

Copyright, Church Mutual Insurance Company, 1989.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1989.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

of Covered Property while:

(1) Outside the "church premises"; and

(2) In the care and custody of a person authorized by you if you:

(a) Had no knowledge of any threat at the time the conveyance began; or

(b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

9. Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

10. Loss of the contents of any alms box or poor box..

11. Loss resulting from theft of any checks:

a. That are made payable to you,

b. For which a stop payment order can be made, and

c. That can be reissued by the drawer.

## C. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations Page.

## D. DEDUCTIBLE

1. We will not pay for loss in any one occurrence until the amount of loss exceeds the deductible shown in the Declarations Page. We will then pay the amount of loss in excess of the deductible, up to the applicable Limit of Insurance.

2. Subject to 1. above, when two Coverage Forms of this policy apply to any one occurrence, we will apply the deductibles of those Coverage Forms as follows:

a. If the Coverage Forms have the same deductible amounts, we will apply only one deductible to the occurrence.

b. If the Coverage Forms have different deductible amounts, we will:

(1) Apply the deductible of the Coverage Form with the lowest deductible to that part of the loss covered by the Coverage Form; and will then

(2) Reduce the deductible of the Coverage Form with the higher deductible by the amount actually applied under (1) above; and will then

(3) Apply the reduced deductible to that part of the loss covered by the Coverage Form containing the higher deductible.

## E. COVERAGE EXTENSIONS

Each of the following Coverage Extensions are additional insurance unless otherwise indicated.

1. Special Coverage Days- Money and Securities.

a. If a Special Coverage Day is shown in the Declarations Page, the Limit of Insurance shown in the Declarations Page for "money" and "securities" is doubled beginning at 12:01 a.m., seven days before each Special Coverage Day until 12:00 midnight, seven days after each Special Coverage Day.

b. You may not apply this Coverage Extension beyond the expiration date of this policy.

2. Additional Premises.

a. If you acquire the use and control of any additional "church premises", any insurance afforded for your "church premises" also applies to those additional premises, but only if you:

(1) Serve us notice within 30 days thereafter; and

(2) Pay us any additional premium that may be due.

This is not an additional amount of insurance.

## F. LOSS CONDITION

The following Condition applies in addition to the Common Policy Conditions and Crime Conditions.

1. Subject to the applicable Limit of Insurance,

Copyright, Church Mutual Insurance Company, 1989.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1989.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

we will pay for:

a. Loss of "money" for not more than its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

(1) At face value in the "money" issued by that country; or

(2) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

b. Loss of "securities" for not more than their value at the close of business on the day the loss was discovered. We may, at our option:

(1) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

(2) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

(a) Value of the "securities" at the close of business on the day the loss was discovered; or

(b) Limit of Insurance.

2. Any property that we pay for or replace under 1. above becomes our property.

## G. DEFINITIONS

1. "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. a. "Church premises" means the church at the location described in the Declarations Page and includes that part of any other building or location that is related to that location and owned by or leased to you or used by you for:

(1) Religious services;

(2) Religious education;

(3) Kindergarten, elementary or high school education;

(4) Dwelling or living quarters; or

(5) Social or recreational activities,

and also includes the premises within 100 feet of those buildings.

b. "Church premises" does not mean that part of any building or its premises used by you for:

(1) College, seminaryorvocationaleducation purposes;

(2) Mercantile purposes; or

(3) Camp purposes.

3. "Employee" means:

a. Any natural person:

(1) While in your service (and for 30 days after termination of service); and

(2) Whom you compensate directly by salary, wages or commissions; or

(3) Whom you have the right to direct and control while performing services for you.

b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the "premises".

But, "employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

4. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

Copyright, Church Mutual Insurance Company, 1989.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1989.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

5. "Occurrence" means all loss whether:

   a. Caused by one or more persons; or

   b. Involving a single act or series of related acts.

6. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you, but does not include "money".

7. "Theft" means any act of stealing.

Copyright, Church Mutual Insurance Company, 1989.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1989.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# BLANKET BOND COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we", "us" and "our" refer to Church Mutual Insurance Company.

The word "insured" means the Named Insured shown in the Declarations Page.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph G - Definitions.**

## A. COVERAGE

1. We will pay for loss of and damage to Covered Property resulting directly from any Covered Cause of Loss.

   a. Covered Property, as used in this Coverage Form, means your "money", "securities" and your "property other than money and securities".

   b. Covered Cause of Loss, as used in this Coverage Form, means "employee dishonesty".

## B. EXCLUSIONS

This insurance does not cover:

1. Loss resulting from seizure or destruction of property by order of governmental authority.

2. Loss that is an indirect result of any act or "occurrence" covered by this insurance, including but not limited to loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay direct compensatory damages arising from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

3. Expenses related to any legal action.

4. Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

5. Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

6. Loss resulting from accounting or arithmetical errors or omissions.

7. Loss caused by any "employee" for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

8. Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

9. Loss, or that part of any loss, the proof of which as to its existence or amount is dependent on:

   a. An inventory computation; or

   b. A profit and loss computation.

## C. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations Page.

## D. DEDUCTIBLE

We will not pay for loss in any one "occurrence" until the amount of loss exceeds the Deductible shown in the Declarations Page. We will then pay the amount of loss in excess of the Deductible, up to the applicable Limit of Insurance.

## E. CONDITIONS

The following Conditions are in addition to the Common Policy Conditions and Crime Conditions.

1. Loss Conditions.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Copyright, Church Mutual Insurance Company, 1987

Exhibit A

a. Subject to the applicable Limit of Insurance, we will pay for:

(1) Loss of "money" for not more than its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

(2) Loss of "securities" for not more than their value at the close of business on the day the loss was discovered. We may, at our option:

(a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

1) Value of the "securities" at the close of business on the day the loss was discovered; or

2) Limit of Insurance.

(3) Loss of "property other than money and securities", as follows:

(a) We will determine the value of your "property other than money and securities" as of the time of loss at Actual Cash Value except as provided under (4) below. Actual Cash Value means the amount it would cost to repair or replace Covered Property with material of comparable kind and quality, less allowance for deterioration and depreciation, including obsolescence.

(b) We will not pay more for loss on an Actual Cash Value basis than the least of:

1) The Actual Cash Value of the property;

2) The cost of repairing the lost property; or

3) The cost to replace the lost property with property of comparable kind and quality.

(4) We will determine the value of the below Covered Property as of the time of loss as follows:

(a) Manuscripts and valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) at the cost of:

1) Blank materials for reproducing the manuscripts and valuable papers and records; and

2) Labor to transcribe or copy the manuscripts and valuable papers and records when there is a duplicate.

b. Any property that we pay for or replace under (1), (2), (3) or (4) above becomes our property.

2. Employee Cancellation Condition.

a. This insurance is cancelled as to any "employee":

(1) Immediately upon discovery by:

(a) You; or

(b) Any of your partners, officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee", whether before or after becoming employed by you.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Copyright, Church Mutual Insurance Company, 1987

(2) On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

The mailing of notice to you at the last known address will be sufficient proof of notice. Delivery of notice is the same as mailing.

3. Loss Sustained During Prior Insurance.

a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or any predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

(1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(2) This loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

(1) This insurance as of its effective date; or

(2) The prior insurance had it remained in effect.

## F. COVERAGE EXTENSIONS

1. Consolidation - Merger.

a. If additional persons become your employees through consolidation or merger with, or purchase of assets of, some other entity, any insurance afforded for "employees" also applies to those additional employees, but only if you:

(1) Give us notice within 30 days thereafter; and

(2) Pay us any additional premium that may be due.

This does not increase the amount of insurance.

2. Employees Temporarily Outside Coverage Territory.

We will pay for loss caused by any "employee" while temporarily outside the Coverage Territory for a period not more than 90 days.

## G. DEFINITIONS

1. "Employee" means:

a. Any natural person:

(1) While in your service (and for 30 days after termination of service); and

(2) Whom you compensate directly by salary, wages or commissions; or

(3) Whom you have the right to direct and control while performing services for you.

b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

c. If the Named Insured is shown in the Declarations Page as a religious institution, "employee" also means any duly elected or appointed natural person:

(1) While in your service (and for 30 days after termination of service); and

(2) Whom you can direct and control while performing services for you,

whether or not you compensate that person by salary, wages or commissions.

2. "Employee dishonesty" means dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

a. Cause you to sustain loss; and also

Copyright, Church Mutual Insurance Company, 1987

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(1) The "employee"; or

(2) Any person or organization intended by the "employee" to receive that benefit.

3. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

4. "Occurrence" means all loss caused by or involving one or more "employees", whether the result of a single act or series of acts.

5. "Property other than money and securities" means any tangible property other than "money" and "securities" that has intrinsic value.

6. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you,

but does not include "money".

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Copyright, Church Mutual Insurance Company, 1987

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KANSAS CHANGES

This endorsement modifies insurance provided under the following:

CRIME COVERAGE PART

A. When forming a part of this policy, Crime Condition D., **LEGAL ACTION AGAINST US,** is replaced by the following:

**LEGAL ACTION AGAINST US**

You may not bring any legal action against us involving loss:

1. Unless you have complied with all the terms of this insurance; and
2. Until 90 days after you have filed proof of loss with us; and
3. Unless brought within 5 years from the date you discover the loss.

B. Loss Condition H.1.a. in the **CHURCH THEFT OF PROPERTY COVERAGE FORM** and in the **CAMP THEFT PROPERTY COVERAGE FORM;** Loss Condition G.1.a. in the **PREMISES THEFT AND ROBBERY OUTSIDE THE PREMISES COVERAGE FORM;** and Loss Condition E.1.a.(3)(a) in the **SCHEDULE BOND COVERAGE FORM** and in the **BLANKET BOND COVERAGE FORM** are deleted and replaced by:

We will determine the value of your "property other than money and securities" as of the time of loss at Actual Cash Value except as provided under 2. below. Actual cash value means the amount that it would cost to repair or replace Covered Property with material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

C. **PROVISIONS.**

If, after a claim has been made, a dispute arises because you and we disagree on the amount of loss, both parties may by mutual consent agree to arbitration of the disagreement. **One party cannot force the other party into arbitration.**

However, if both parties agree to voluntarily arbitrate, each party will select an arbitrator. The two arbitrators will select an umpire. If they cannot agree within 30 days upon such umpire, both parties must request that selection of the umpire be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the umpire equally.

If the arbitrators fail to agree on the amount of the loss, they will submit their differences to the umpire. **A decision agreed to by any two will be binding.**

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located. Local rules of law as to procedures and evidence will apply.

Copyright, Church Mutual Insurance Company, 2010.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc. 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# INLAND MARINE CONDITIONS

This Inland Marine Coverage Part is subject to the Common Policy Conditions, any other conditions in any Inland Marine Coverage Forms, and the following conditions.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you relating to it. It is also void if you intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property; or
3. Your interest in the Covered Property.

**B. LOSS CONDITIONS**

1. Abandonment.

   There can be no abandonment of any property to us.

2. Appraisal.

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

3. Duties in the Event of Loss or Damage.

   You must see that the following are done in the event of loss or damage to Covered Property:

   a. Notify the police if a law may have been broken.

   b. Give us prompt notice of the loss or damage. Include a description of the property involved.

   c. As soon as possible, give us a description of how, when and where the loss or damage occurred.

   d. Take all reasonable steps to protect or recover the Covered Property. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for consideration in the settlement of the claim.

   e. At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   f. Permit us to inspect the property and records proving the loss or damage.

   g. If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

   h. Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   i. Cooperate with us in the investigation or settlement of the claim.

4. Loss Settlement.

   a. In the event of loss or damage covered by this Coverage Part, we will either:

      (1) Pay the value of lost or damaged property;

      (2) Pay the cost of repairing or replacing the lost or damaged property, plus any reduction in value of repaired items;

      (3) Take all or any part of the property at

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of comparable kind and quality.

b. We will not pay you more than your financial interest in the Covered Property.

c. We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

d. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payment will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

e. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f. We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

We will not pay for any part of a loss that has been paid or made good by others.

5. Recovered Property.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be rett1rned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Reinstatement of Limit After a Loss.

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss of a scheduled item in which event we will refund the unearned premium on that item.

7. Valuation.

a. We will determine the value of Covered Property in the event of loss or damage as follows:

(1) Fine Arts;

(a) We will value each item of fine arts at the value shown for that item in the applicable schedule of the Declarations Page. The value shown for each item is the Agreed Value for that item.

(2) All Other Covered Property;

(a) We will value all other Covered Property as of the time of loss at Actual Cash Value. Actual Cash Value means the amount it would cost to repair or replace Covered Property with material of like kind and quality, less allowance for deterioration and depreciation, including obsolescence.

b. The most we will pay for loss or damage to Covered Property is the smallest of the following amounts:

(1) For Covered Property that is subject to Actual Cash Value, the actual value of the item;

(2) The cost of repairing the lost or damaged property; or

(3) The cost to replace the lost or damaged property with property of comparable kind and quality.

8. Loss to Pairs or Sets.

Subject to 7. above, if there is a loss to an item that is part of a pair or set, you have the option to be paid the value of the entire pair or set. If you choose this option, you will give us the remainder of the pair or set. If you do not choose this option, we will pay only a reasonable part of the value of the pair or set.

9. Loss to Parts.

Subject to 7. above, if there is a loss to a part of an item that consists of several parts, we will pay only for the loss of that part. A loss to a part is not a loss to the whole item.

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

C. **INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

This Inland Marine Coverage Part is the only Coverage Part that applies to any Covered Property. If two or more Coverage Parts of this policy apply to the same property, the provisions of the other Coverage Parts are hereby changed to exclude that property.

D. **LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

E. **LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

F. **NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

G. **OTHERINSURANCE**

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

H. **POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations Page; and

   b. Within the coverage territory.

2. The coverage territory is anywhere in the world, except as follows:

   a. For boats and motors, the coverage territory is the land and inland and coastal waters of the United States or Canada.

I. **TRANSFERS OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

1. If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing prior to a loss to your Covered Property.

2. When we believe that a loss can be recovered from others:

   a. We may make an advance payment to you in the form of a loan. The loan will be repaid from any amount recovered.

   b. We may, at our expense, bring suit in your name against those who are responsible for the loss.

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

# SPECIAL SCHEDULED PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we", "us" and "our" refer to Church Mutual Insurance Company.

The word "insured" means the Named Insured shown in the Declarations Page.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph G - Definitions.**

## A. COVERAGE

1. We will pay for direct physical loss of or damage to Covered Property caused by or resulting from any Covered Cause of Loss.

2. Covered Property, as used in this Coverage Form, includes the following classes of property but only if a Limit of Insurance for that class of property is shown in the Declarations Page.

   a. Fine arts.

   b. Musical instruments.

   c. Cameras and projection equipment.

   d. Signs.

## B. COVERED CAUSES OF LOSS

Covered Causes of Loss, as used in this Coverage Form, means risks of direct physical loss unless the loss is excluded in the Exclusions that follow.

## C. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Governmental Action.

   Seizure or destruction of property by order of governmental authority or risks of contraband or illegal transportation or trade.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Part.

   b. Nuclear Hazard.

   Nuclear reaction or radiation or radioactive contamination, however caused.

   But if loss or damage by fire results, we will pay for that resulting loss or damage.

   c. War and Military Action.

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or business interruption.

   b. (1) Wear and tear;

   (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   (3) Smog;

   (4) The release, discharge or dispersal of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "Specified Causes of Loss".

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

But if loss or damage by the "Specified Causes of Loss" results, we will pay for the resulting damage caused by the "Specified Cause of Loss".

(5) Settling, cracking, shrinking or expansion; or

(6) Insects, vermin, birds, rodents or domestic animals.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. Weather conditions. But this Exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. We will not pay for loss to any electric or neon sign caused by or resulting from:

a. Dampness of atmosphere;

b. Extremes of temperature;

c. Breakage while the property is being installed, dismantled or repaired;

d. Electrical currents, other than lightning.

5. We will not pay for loss to any musical instrument caused by or resulting from:

a. A process to repair, adjust, service or maintain the musical instrument; or

b. Mechanical or electrical breakdown or failure,

but if loss by fire or-explosion results, we will pay for that resulting loss.

## D. LIMITS OF INSURANCE

1. The most we will pay for all loss or damage to each class of property in any one occurrence is the applicable Limit of Insurance shown in the Declarations Page.

2. The most we will pay for loss or damage to each item is the applicable Limit of Insurance shown for that item in the Declarations Page. Insurance applies to an item only if a specific Limit of Insurance is shown for that item.

## E. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations Page. We will then pay the amount of loss in excess of the Deductible, up to the applicable Limit of Insurance.

## F. COVERAGE EXTENSION

1. Newly Acquired Property.

a. If a Limit of Insurance is shown in the Declarations Page for a class of property, you may extend the insurance that applies to that class of property to apply to similar property newly acquired by you.

b. Insurance under this Extension will end when any of the following first occurs:

(1) This policy expires;

(2) 60 days expire after you acquire the property; or

(3) You report the values of the property to us.

We will charge you additional premium for values reported from the date you acquire the property.

The most we will pay for loss to all classes of property under this Extension is up to $5,000

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:30pm HNS

Exhibit A

for any one occurrence.

## G. DEFINITIONS

1. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; damage by burglars; sonic boom; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet.

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

# MAINTENANCE AND MOBILE EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we", "us" and "our" refer to Church Mutual Insurance Company.

The word "insured" means the Named Insured shown in the Declarations Page.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph I - Definitions.**

## A. COVERAGE

1. We will pay for direct physical loss of or damage to Covered Property caused by or resulting from any Covered Cause of Loss.

2. Covered Property, as used in this Coverage Form, means the following classes of property but only if a Limit of Insurance for that class of property is shown in the Declarations Page.

   a. Maintenance equipment.

   b. Mobile equipment.

## B. PROPERTY NOT COVERED

Covered Property does not include:

1. Vehicles that are designed or licensed for use on public roads.

2. Aircraft.

3. Tires, tubes or treads mounted on equipment. We do cover tires, tubes or treads mounted on equipment if:

   a. Loss is caused by fire, windstorm, theft or vandalism; or

   b. Loss results from a Covered Cause of Loss that also damages the equipment.

## C. COVERED CAUSES OF LOSS

Covered Causes of Loss, as used in this Coverage Form, means risks of direct physical loss unless the loss is excluded in the Exclusions that follow.

## D. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Governmental Action.

      Seizure or destruction of property by order of governmental authority or risks of contraband or illegal transportation or trade.

      But we will pay for acts of destruction ordered by governmental au!hority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Part.

   b. Nuclear Hazard.

      Nuclear reaction or radiation or radioactive contamination, however caused.

      But if loss or damage by fire results, we will pay for that resulting loss or damage.

   c. War and Military Action.

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, -revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market or business interruption.

Copyright, Church Mutual Insurance Company, 1987
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) The release, discharge or dispersal of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "Specified Causes of Loss".

But if loss or damage by the "Specified Causes of Loss" results, we will pay for the resulting damage caused by the "Specified Cause of Loss".

(5) Settling, cracking, shrinking or expansion;

(6) Insects, vermin, birds, rodents or domestic animals;

(7) Mechanical, electrical or structural breakdown or failure;

(8) Extremes of temperature; or

(9) A process to repair, adjust, service or maintain Covered Property.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. We will not pay for loss or damage to any "recreational equipment" caused by or resulting from practicing for or the operation of the equipment in any sponsored race or speed contest.

5. We will not pay for loss due to deterioration of any boat or motor caused by marine life.

E. **LIMITS OF INSURANCE**

1. The most we will pay for all loss or damage to each class of property in any one occurrence is the applicable Limit of Insurance shown in the Declarations Page.

2. The most we will pay for loss or damage to each item is the applicable Limit of Insurance shown for that item in the Declarations Page. Insurance applies to an item only if a specific Limit of Insurance is shown for that item.

F. **DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the deductible shown in the Declarations Page. We will then pay the amount of loss in excess of the deductible, up to the applicable Limit of Insurance.

G. **ADDITIONAL CONDITIONS**

The following conditions that apply to this Coverage Form are in addition to the Common Policy Conditions and Inland Marine Conditions.

1. Repair Clause.

a. We may repair hulls, hoods, covers and similar body parts of any covered equipment according to manufacturers' specifications or accepted repair practices.

2. Coinsurance.

a. You must maintain a minimum required Limit of Insurance equal to at least 80% of the Actual Cash Value of each scheduled item. If at the time of loss the Limit of In-

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:38pm HNS

Exhibit A

surance shown for the item in the applicable schedule of the Declarations Page is less than the minimum required Limit of Insurance, we will reduce the amount of loss we will pay. We will:

(1) Divide the Limit of Insurance shown in the schedule for the lost or damaged item by the minimum required Limit of Insurance; and will then

(2) Multiply the resulting percentage factor times the amount of loss; and will then

(3) Subtract the deductible from the amount determined in (2) above. The amount thus determined is the most we will pay.

**H. COVERAGE EXTENSION**

1. Replacement Items.

You may extend the insurance that applies to an item of equipment shown in the applicable schedule of the Declarations Page to apply to a similar replacement item of equipment.

2. Insurance under this extension will end when any of the following first occurs:

a. This policy expires;

b. 60 days expire after you acquire the property; or

c. You report the values of the property to us.

We will charge you additional premium for values reported from the date you acquire the property.

The most we will pay for loss to all classes of property under this extension is up to $5,000 for any one occurrence.

**I. DEFINITIONS**

1. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; damage by burglars; sonic boom; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet.

3. "Recreational Equipment" includes boats and motors, snowmobiles, trail bikes and all terrain vehicles.

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## KANSAS CHANGES

This endorsement modifies insurance provided under the following:

**INLAND MARINE COVERAGE PART**

A. Inland Marine Condition D., **LEGAL ACTION AGAINST US**, is replaced by the following:

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us:

1. Until there has been full compliance with all the terms of this Coverage Part; and

2. More than 5 years after you first have knowledge of the direct loss or damage.

B. Add the following to the **DEFINITIONS** section:

"Actual cash value" means the amount that it would cost to repair or replace Covered Property with material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

C. Inland Marine Loss Condition B.2., Appraisal, is replaced by the following:

2. Appraisal

If, after a claim has been made, a dispute arises because you and we disagree on the value of the property or the amount of loss, both parties may agree to an appraisal of the loss. **However, an appraisal will be made only if both you and we agree, voluntarily, to have the loss appraised.** If both parties so agree, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. **A decision agreed to y any two will be binding.** Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Copyright, Church Mutual Insurance Company, 2005
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# COUNSELING PROFESSIONAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. **Refer to Paragraph C - Who Is An Insured.**

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph F - Definitions.**

## A. COUNSELING PROFESSIONAL LIABILITY COVERAGE

1. Insuring Agreement.

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of injury to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for injury to which this insurance does not apply. We may, at our discretion, investigate any "counseling incident" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. **Refer to Paragraph D - Limits of Insurance;** and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under this Counseling Professional Liability Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to injury only if:

(1) The injury is caused by a "counseling incident" that takes place in the "coverage territory;" and

(2) The "counseling incident" occurs during the policy period.

2. Exclusions.

This insurance does not apply to:

a. Liability for damages assumed under any contract or agreement. But, this Exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother, or sister of that employee as a consequence of (1) above.

This Exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

c. Any obligation of the insured under a workers' compensation, disability benefits, or unemployment compensation law, or any similar law.

d. Injury arising out of furnishing or failing to furnish any professional service (other than counseling) including:

(1) Medical;

(2) Radiological;

(3) Surgical;

(4) Dental;

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(5) Nursing; or

(6) Pharmacological;

services or supplies.

e. Injury arising out of the commitment of a person to an institution.

f. Injury arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto," or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

g. Injury arising out of your acts or omissions as a member of a formal accreditation board, committee or similar body.

h. Injury arising out of the willful violation of a penal statute or ordinance.

i. Injury arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

j. Any dishonest, fraudulent, or criminal acts or omissions.

k. Any claim for exemplary or punitive damages.

## B. SUPPLEMENTARY PAYMENTS - COUNSELING PROFESSIONAL LIABILITY COVERAGE

1. We will pay, with respect to any claim or "suit" we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit." For the purpose of this provision, costs do not include prejudgement interest or post judgement interest.

e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

## C. WHO IS AN INSURED

1. Each of the following is an insured:

a. You are an insured.

b. If you are designated in the Declarations Page as a partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to your furnishing of counseling services.

c. If you are designated in the Declarations Page as other than a partnership or joint venture, your executive officers, stockholders, directors, trustees, officials, elders, and vestry members are insureds, but only with respect to their duties as such.

d. Any person occupying a position shown in the applicable Schedule of Positions in the Declarations Page is an insured.

2. No person or organization included under a., b., or c. above is an insured for acts or omissions in the furnishing of counseling services unless the claim for damages arises out of acts or omissions of a person occupying, or who has occupied, a position shown in the applicable Schedule of Positions in the Declarations Page, but in no event is a psychologist, psychiatrist, or clinical social worker an insured.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

D. LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits."

2. The Counseling Professional Liability Aggregate Limit is the most we will pay for all damages because of injury included under this Counseling Professional Liability Coverage.

3. Subject to 2. above, the Counseling Professional Liability Each Claim Limit is the most we will pay for all damages because of injury sustained by any one person.

   The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

E. COUNSELING PROFESSIONAL LIABILITY CONDITIONS

1. Bankruptcy.

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties in the Event of Any "Counseling Incident," Claim, or "Suit."

   a. You must see to it that we are notified as soon as practicable of any "counseling incident" which may result in a claim. To the extent possible, notice should include:

      (1) How, when, and where the "counseling incident" took place;

      (2) The names and addressesof any injured persons and witnesses; and

      (3) The nature of the injury arising out of the "counseling incident."

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received;

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment,. assume any obligation, or incur any expense without our consent.

3. Legal Action Against Us.

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS
Exhibit A

4. Other Insurance.

If other valid and collectible insurance is available to the insured for a loss we cover under the Counseling Professional Liability Coverage of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance.

This insurance is primary. When this insurance is primary, our obligations are not affected unless any other insurers' insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

b. Method of Sharing.

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. Premium Audit.

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium for this Coverage is a deposit premium only. At the close of each audit period, we may compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the deposit and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

6. Representations.

By accepting the policy, you agree:

a. The statements in the Declarations Page are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representation.

7. Separation of Insureds.

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, when this insurance applies, it applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer of Rights of Recovery Against Others to Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. Limitation of Coverage.

If this Coverage Form is part of a policy which has other liability insurance, that other liability insurance does not apply to any injury caused by any "counseling incident" covered by this Coverage Form.

10. When We Do Not Renew.

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations Page written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**F. DEFINITIONS**

1. "Auto" means a land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment.

2. "Bodily injury" means bodily injury, sickness, or disease sustained by a person including death resulting from any of these at any time.

Copyright, Church Mutual Insurance Company, 2004. Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas 03/03/22 09:36pm HNS

3. "Counseling incident" means any act or omission in the furnishing of counseling services. Any such act or omission, together with all related acts or omissions in the furnishing of such services to any one person, shall be considered one claim subject to the Each Claim Limit of Insurance in force at the time the first "counseling incident" covered by this policy occurred.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico, and Canada;

   b. International waters or airspace, provided the injury does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury arises out of the counseling activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft, or "auto";

   b. While it is in or on an aircraft, watercraft, or "auto"; or

   c. While it is being moved from an aircraft, watercraft, or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft, or "auto."

6. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

7. "Suit" means a civil proceeding in which damages because of injury to which this insurance applies is alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## EXCLUSION - FINANCIAL COUNSELING

This endorsement modifies insurance provided under the following:

COUNSELING PROFESSIONAL LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **2. Exclusions** of **Section A. Counseling Professional Liability Coverage.**

This insurance does not apply to any "counseling incident" resulting from the rendering of or the failure to render financial counseling by any insured to others. For the purpose of this exclusion, financial counseling includes but is not limited to:

1. Planning, recommending, advising on, or administering of:

   a. Any:

      (1) Investment;

      (2) Pension;

      (3) Annuity;

      (4) Savings;

      (5) Checking; or

      (6) Individual retirement;

      plan, fund, or account;

   b. The issuance or withdrawal of any bond, debenture, stock or other securities;

   c. The trading of securities, commodities or currencies;

   d. Any acquisitions or mergers;

   e. The purchase, sale, transfer or conveyance of real or personal property; or

   f. An estate(s);

2. Arranging for the lending of money, including credit cards, debit cards, leasing or mortgage operations or activities or interbank transfers;

3. Checking or reporting of credit;

4. Providing advice or guidance on personal or business budgeting, credit or debt re-structuring or bankruptcy;

5. Tax planning, tax advising or the preparation of tax returns; or

6. Providing advice or guidance on donations to the Named Insured, any 501(c)(3) organization, or any religious organization.

This exclusion applies even if the claims against any insured allege negligence, breach offiduciary duty or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "counseling incident" which caused the injury involved the rendering of or the failure to render financial counseling by any insured to others.

Copyright, Chil"ch Mutual Insurance Company, 2015.
Includes COP'Jrighted material of Insllarce Services Office, Inc., with its permission.
© Inst.rance Services Office, Inc., 2015

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE FORM

**YOUR DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE IS CLAIMS MADE COVERAGE. DEFENSE EXPENSES ARE INCLUDED IN THE LIMIT OF INSURANCE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

Various provisions in this Coverage Form restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person qualifying as an insured. **Refer to Paragraph D - WHO IS AN INSURED.**

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph H - DEFINITIONS.**

**A. DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE**

1. Insuring Agreement.

a. We will pay on your behalf those sums that any of your "Directors, Officers or Trustees" become legally obligated to pay for "loss" arising from any claim or claims because of injury arising out of a "wrongful act" to which this insurance applies;

b. We will pay you those sums that you pay to reimburse your "Directors, Officers and Trustees." But, we will do this only to the extent of (subject to the Limit of Insurance) their legal obligation to pay "loss" because of injury arising out of a "wrongful act" to which this insurance applies. And, we will pay you only if you are permitted or required by law to indemnify your "Directors, Officers or Trustees" for their "wrongful act"; or

c. We will pay on your behalf those sums that you become legally obligated to pay for "loss" arising from any claim or claims because of injury arising out of a "wrongful act" to which this insurance applies.

d. We will have the right and duty to defend the insured against any "suit" seeking payment for "loss" and to pay for the "defense expense." However, we will have no duty to defend the insured against any "suit" seeking payment for "loss" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for "loss" and "defense expense" is limited. Refer to Limit of Insurance; and

(2) Our right and duty to defend and to pay "defense expense" end when we have used up the Limit of Insurance in the payment of "defense expense," judgments, or settlements under this Directors, Officers and Trustees Liability Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

e. This insurance applies to "loss" because of injury only if:

(1) The injury is caused by a "wrongful act" that takes place in the "coverage territory";

(2) The "wrongful act" did not occur before the Retroactive Date, if any, shown in the Declarations Page or after the end of the policy period; and

(3) A claim for "loss" because of the "wrongful act" is first made against any insured and reported to us, in accordance with Paragraph f. below, during the policy period or any Extended Reporting Period we provide under extended reporting periods. **Refer to Extended Reporting Periods.**

f. A claim by a person or organization for "loss" will be deemed to have been made at the earlier of the following times:

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(1) When notice of such claim is received and recorded by any insured or by us, whichever comes first; or

(2) When settlement is made in accordance with Paragraph 1.d. above.

All claims for "loss" because of injury to the same person will be deemed to have been made at the time the first of these claims is made against any insured.

2. Exclusions.

This insurance does not apply to:

a. (1) Injury or "loss" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

(a) At or from any premises, site, or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site, or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing, or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site, or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

1) If the pollutants are brought on or to the premises, site, or location in connection with such operations by such insured, contractor, or subcontractor; or

2) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants.

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant, including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

b. Any "loss" arising out of or, in any way, connected to "bodily injury," "property damage," "personal injury," or "advertising injury."

c. Injury that arises out of:

(1) Any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer worker; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child); failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

(2) A "counseling incident"; or

(3) A "professional health care incident."

d. Any claim based on:

(1) The Employee Retirement Income Security Act of 1974, Public Law 93-406, and any amendments to that law; or

Copyright, Church Mutual Insurance Company, 2004. Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas 03/03/22 09:36pm HNS

(2) Any state, local, common, or federal law that is similar to Public Law 93-406.

e. Any claim based on the failure or omission to effect or maintain insurance including amounts, forms, conditions, and other provisions.

f. Any claim involving title to the Named Insured's property.

g. Any claim:

(1) Based on any personal profit or advantage of the "Directors, Officers or Trustees" to which they were not legally entitled,

(2) Based on the return of any compensation paid to the "Directors, Officers or Trustees" if such payment is held by the courts to be in violation of the law,

(3) Based on the active and deliberate dishonesty of the "Directors, Officers or Trustees" when it is material to the claim,

(4) For an accounting of profits made from the purchase or sale of your securities within the meaning of Section 16(b) of the Securities Exchange Act of 1934 or similar provisions of any other law,

except to the extent that you may be required or permitted by law and duly enacted charter or bylaw to indemnify your "Directors, Officers or Trustees."

h. Any claim which is brought by or on behalf of the organization or any insured except for any derivative action brought totally independently of and without solicitation, assistance, participation, or intervention of any of the insureds.

i. Breach of any contract or agreement.

j. Any claim arising from mold or any related disease or inhalation or ingestion of mold or the cost of removal, replacement, or any other acts taken to mitigate mold hazards.

k. Any claim arising out of the Asbestos Hazard Emergency Response Act 15 USC 2641, et seq., and/or arising out of asbestos and/or any product containing asbestos fiber and/or liability resulting from asbestos is and/or any related disease and/or inhalation of asbestos fiber and/or the cost of removal, replacement, or any other acts taken to abate asbestos hazards.

l. Any claim arising from lead and/or any product containing lead including, but not limited to, lead paint, lead pigment, and lead in water and/or liability resulting from lead poisoning and/or any related disease, and/or inhalation or ingestion of lead, and/or the cost of removal, replacement, or any other acts taken to abate lead hazards.

m. Injury to an employee of any insured arising out of employment by any insured, or injury to the spouse, child, parent, brother, or sister of that employee as a consequence thereof. This exclusion applies whether any insured is liable as an employer or in any other capacity, and to any obligation to share damages with or repay or reimburse someone else for any "loss."

n. Any claim in any way involving refusal to employ, termination of employment, coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, or any other employment-related practices, policies, i:!Cts, errors or omissions. This exclusion applies whether any insured is liable as an employer or in any other capacity, and to any obligation to share damages with or repay or reimburse someone else for any "loss."

o. Any exemplary or punitive damages or multiplied amounts of compensatory or other damages.

p. Any actual or alleged violation of a penal or criminal statute or ordinance committed by or with the knowledge or consent of any insured.

q. Arising out of or contributed to by any actual or alleged violation of:

(1) The Securities Act of 1933.

(2) The Securities Exchange Act of 1934.

(3) The Investment Company Act of 1940 or the Investment Advisors Act of 1940.

(4) Any State Blue Sky Laws or Securities Laws promulgated under any of the foregoing, regardless of whether such violation results in the imposition of criminal fines or

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

penalties or the award of civil damages.

Based upon common law principles of liability if made in connection with an actual or alleged violation of any law listed in Item q. above.

r. Any "loss" on account of any claim based upon, arising from, or in consequence of rendering or failure to render professional services, including but not limited to the following services:

(1) Broker.

(2) Dealer.

(3) Financial Advisor.

(4) Investment Advisor.

(5) Investment Banker.

(6) Investment Manager.

(7) Clearing Agent.

(8) Real Estate Broker.

**B. RETENTION**

We will not pay for any "loss" until the amount of "loss" exceeds the retention shown in the Declarations Page. We will then pay the amount of "loss" in excess of the retention, up to the applicable Limit of Insurance.

**C. SUPPLEMENTARY PAYMENTS - DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE**

1. If we defend, we will pay, with respect to any claim or suit we defend:

a. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

b. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**D. WHO IS AN INSURED**

Each of the following is an insured:

1. You are an insured.

2. With respect to your governing body, your "Directors, Officers and Trustees" are insureds.

3. Any person named or occupying a position shown in the applicable schedule of the Declarations Page is an insured.

4. The "Directors, Officers and Trustees" of any organization over which you maintain ownership or majority interest are insureds but only if that organization is shown in the applicable schedule of the Declarations Page.

5. The "Directors, Officers or Trustees" of any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest are insureds if they have no other similar insurance available to them. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

b. No Director, Officer, or Trustee of an organization is an insured for any injury or "loss" that occurred before you acquired or formed the organization.

**E. LIMIT OF INSURANCE**

1. The Limit of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The Directors, Officers and Trustees Aggregate Limit:

a. Is the most we will pay for the sum of:

(1) All "loss," and

(2) All "defense expense" for claims and "suits" seeking damages,

because of all injury included under this Directors, Officers and Trustees Liability Coverage.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

b. Is a combined maximum Limit of Insurance for Insuring Agreements 1.a., 1.b., and 1.c.

Each payment we make for "loss" and "defense expense" reduces the Limit of Insurance by the amount we pay. This reduced Limit of Insurance will then be available for further "loss" and "defense expense."

The Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

"Loss" arising out of the same "wrongful act" or interrelated, repeated, or continuous "wrongful acts" of one or more "Directors, Officers or Trustees" shall be deemed "loss" in the policy period in which the first such claim or "wrongful act" is first reported to the insurer.

**F. DIRECTORS, OFFICERS AND TRUSTEES LIABILITY CONDITIONS**

1. Bankruptcy.

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this coverage form.

2. Duties in the Event of Any "Wrongful Act," Claim, or "Suit."

   a. You must see to it that we are notified as soon as practicable of any "wrongful act" which may result in a claim. To the extent possible, notice should include:

      (1) How, when, and where the "wrongful act" took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature of the injury arising out of the "wrongful act."

      Notice of a "wrongful act" is not notice of a claim.

   b. If a claim is received by any insured, you must:

      (1) Immediately record the specifics of the claim and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

      (2) Authorize us, upon our request, to obtain records and other information;

      (3) Cooperate with us, upon our request, in the investigation, settlement, or defense of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3. Legal Action Against Us.

   No person or organization has a right under this coverage form:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this coverage form unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for "loss" that is not payable under the terms of this coverage form or that is in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

4. Other Insurance.

   If other valid and collectible insurance is available to the insured for a loss we cover under the Directors, Officers and Trustees Liability Coverage of this form, our obligations are limited as follows:

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

a. Primary Insurance.

This insurance is primary. When this insurance is primary, our obligations are not affected unless any other insurers' insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance.

This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis:

(1) That is effective prior to the beginning of the policy period shown in the Declarations Page of this insurance and applies to a "wrongful act" on other than a claims made basis if:

(a) No Retroactive Date is shown in the Declarations Page of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Declarations Page of this insurance.

When this insurance is excess, we will have no duty under this Directors, Officers and Trustees Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we may elect to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations Page of this policy.

c. Method of Sharing.

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. Premium Audit.

a. We will compute all premiums for this coverage in accordance with our rules and rates.

b. Premium for this coverage is a deposit premium only. At the close of each audit period, we may compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the deposit and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

6. Representations.

By accepting the policy, you agree:

a. The statements in the Declarations Page and the attached application are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representation.

7. Separation of Insureds.

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this coverage form to the first Named Insured, when this insurance applies, it applies:

a. As if each Named Insured were the only Named Insured; and

Copyright, Church Mutual Insurance Company, 2004. Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer of Rights of Recovery Against Others to Us.

If the insured has rights to recover all or part of any payment we have made under this coverage form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. When Our Duty to Defend "Suits" and to Pay "Defense Expense" Ends.

a. We will notify the first Named Insured as soon as practicable of any outstanding claims or "suits" for which our duty to defend has ended.

b. We will notify any insured, as soon as practicable, of any outstanding "suits" in which we are defending that insured and for which our duty to defend has ended.

c. You and any other involved insured will, as soon as practicable, arrange for the defense of those outstanding "suits" and any future "suits" for which our duty to defend has ended.

d. We will cooperate in arranging for the transfer of defense of those outstanding "suits";

e. Until those arrangements are complete, we will take on behalf of the insured those steps we think appropriate:

(1) To avoid a default in any "suit"; or

(2) To the continued defense of any "suit" and

you will reimburse us, if we take such steps, for any "defense expense" we pay.

10. Limitation of Coverage.

a. If the coverage form is part of a policy which has other liability insurance, that other liability insurance does not apply to any injury caused by any "wrongful act" covered by this coverage form.

b. If two or more policies issued by us apply to the same "wrongful act," the maximum amount we will pay for "loss" under all the policies will not exceed the highest applicable Limit of Insurance that applies to any one of the policies.

11. When We Do Not Renew.

If we decide not to renew this coverage form, we will mail or deliver to the first Named Insured shown in the Declarations Page written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## G. EXTENDED REPORTING PERIODS

1. We will provide the Extended Reporting Periods as described below if:

a. This coverage form is cancelled or not renewed for any reason except nonpayment of premium; or

b. We renew or replace this coverage form with insurance that:

(1) Has a retroactive date later than the one shown in the Declarations Page of this policy; or

(2) Does not apply to injury that arises out of "wrongful acts" on a claims made basis.

2. Extended Reporting Periods do not extend the policy period, change the scope of coverage provided, or reinstate the Limits of Insurance. They apply only to claims for injury arising out of "wrongful acts" that occur before the end of the policy period but not before the retroactive date, if any, shown in the Declarations Page.

3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 90 days.

Claims must be reported to us not later than 90 days after the end of the policy period in accordance with Directors, Officers and Trustees liability conditions, Subparagraphs 2.a. or 2.b., of this coverage form.

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4. A Supplemental Extended Reporting Period of unlimited duration is available but only by endorsement and for an extra charge. This period starts 90 days after the end of the policy period.

You must give us a written request for the endorsement within 90 days after the end of

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due. We will determine the additional premium in accordance with our rules and rates.

The endorsement will include a provision to the effect that the insurance afforded for claims first received during the Supplemental Extended Reporting Period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

Once in effect, the Supplemental Extended Reporting Period may not be cancelled.

5. Claims which are first received and recorded during the Basic Extended Reporting Period (or during the Supplemental Extended Reporting Period, if it is in effect) will be deemed to have been made on the last day of the policy period.

## H. DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publications of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

   b. Oral or written publication of materials that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title, or slogan.

2. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at anytime.

3. "Counseling incident" means any act or omission in the furnishing of counseling services.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico, and Canada;

   b. All parts of the world if the injury arises out of the activities of "Directors, Officers or Trustees" whose home is in the territory described in a. above and whose responsibility to pay damages is

determined in a "suit" on the merits in the territory described in a above or in a settlement we agree to.

5. "Defense expense" means payments allocated to a specific claim or "suit" and includes:

   a. Fees and salaries of attorneys and paralegals we retain, including attorneys and paralegals who are our employees.

   b. Fees of attorneys the insured retains when by mutual agreement, court order, or law the insured is given the right to retain defense counsel to defend a "suit."

   c. All other litigation expenses.

   d. The cost of bonds to release attachments or similar bonds in any "suit," but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds.

   e. When we defend, reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit" including actual loss of earnings up to $250 a day because of time off from work.

   f. Costs taxed against the insured in the "suit." For the purpose of this coverage, costs do not include prejudgment interest or post judgment interest.

   "Defense expense" does not include salaries and expenses of our employees or the insured's employees (other than those described in a. and e. above) and does not include fees and expenses of independent adjusters we hire.

6. "Directors, Officers and Trustees" means any of your past, present, or future directors, officers, trustees, clergy, wardens, deacons, elders, or members of duly elected, appointed, or constituted governing bodies while acting within the scope of their duties as such; and, in the event of death, incapacity, or bankruptcy, the estate, heirs, legal representatives, or assigns of the individual, but only with respect to their duties as such.

7. "Loss" means damages, judgments, settlements, and "defense expenses." "Loss" does not include fines, taxes, penalties, non-monetary damages, or injunctive relief.

8. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

   a. False arrest, detention, or imprisonment;

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22  09:36pm HNS*

Exhibit A

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies by or on behalf of its owner, landlord, or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; or

e. Oral or written publication of material that violates a person's right of privacy.

9. "Professional health care incident" means:

a. Any act or omission:

(1) In the furnishing of "professional health care services." This includes furnishing of food, beverages, medications, or appliances in connection with such services;

(2) In the handling of deceased human bodies;

(3) Arising out of service by any persons as members of a formal accreditation, standards review, or similar board of the Named Insured or as a person who executes the duties of such board.

b. Failure to comply with any right of a health care facility resident under any state law regulating you as a resident health care facility;

c. Failure to comply with any right of a resident as included in the United States Department of Health, Education, and Welfare regulation governing intermediate care facilities and skilled nursing facilities; and

d. Failure to protect any resident from undue influence by an insured when such undue influence is to the personal detriment of the resident.

10. "Professional health care services" means your professional nursing, social, and similar professional services that relate to the care of your residents.

11. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured.

12. "Sexual Misconduct or Sexual Molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

13. "Suit" means a civil proceeding in which a "loss" because of injury to which this insurance applies is alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

14. "Wrongful act" means, with respect to your "Directors, Officers and Trustees":

a. Any actual or alleged:

(1) Error or misstatement,

(2) Misleading statement,

(3) Neglect or breach of duty, or

(4) Act or omission,

in the discharge of their duties for you as a Director, Officer or Trustee.

b. Any other matter claimed against your "Directors, Officers or Trustees" solely by reason of their being your "Directors, Officers or Trustees."

Claims arising out of the same "wrongful act" or interrelated "wrongful acts" of one or more of your "Directors, Officers or Trustees" shall be considered one loss and shall be subject to only one retention.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOUSAL LIABILITY

This endorsement modifies insurance provided by the Directors, Officers and Trustees Liability Coverage Form.

The following is added to the Directors, Officers and Trustees Liability Coverage Form.

A. SPOUSAL LIABILITY

If a claim against any of your "Directors, Officers or Trustees" includes a claim against the "Director's, Officer's or Trustee's" lawful spouse, solely by reason of such person's status as a spouse or such spouse's ownership interest in property which the claimant seeks as recovery for a "wrongful act" of any of your "Directors, Officers or Trustees," all "loss" which the spouse becomes legally obligated to pay on account of such claim shall be treated as "loss" under this policy.

All limitations, conditions, provisions, and other terms of coverage applicable to the "Directors, Officers or Trustees" "loss" shall also be applicable to the spousal "loss." However, coverage shall not apply to the extent any claim alleges any "wrongful act" by any "Director's, Officer's or Trustee's" spouse.

Copyright, Church Mutual Insurance Company, 2007
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COUNSELING PROFESSIONAL LIABILITY SPECIFIC PERSON(S), POSITION(S), OR ORGANIZATION(S)

This endorsement modifies insurance provided under the Professional Liability Coverage Part.

The following change is made to the Counseling Professional Liability Coverage Form.

This insurance does not apply to any claim or "suit" for damages because of a "Counseling Incident" against any person(s), position(s), or organization(s) shown in the Declarations Page.

Copyright Church Mutual Insurance Company, 1995.

# EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM

**Except for the insurance provided by this coverage form, the policy to which this coverage form is attached does not apply to any claim or suit seeking damages arising out of any "wrongful employment practice."**

**YOUR EMPLOYMENT PRACTICES LIABILITY COVERAGE IS CLAIMS MADE COVERAGE. DEFENSE EXPENSES ARE INCLUDED IN THE LIMIT OF INSURANCE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

Various provisions in this Coverage Form restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. **Refer to Paragraph D - Who Is An Insured.**

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph H - Definitions.**

## A. EMPLOYMENT PRACTICES LIABILITY COVERAGE

1. Insuring Agreement.

a. We will pay on your behalf those sums that an insured becomes legally obligated to pay for "loss" arising from any claim or claims because of injury arising out of a "wrongful employment practice" to which this insurance applies.

b. We will have the right and duty to defend the insured against any "suit" seeking payment for "loss" and to pay for the "defense expense." However, we will have no duty to defend the insured against any "suit" seeking payment for "loss" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful employment practice" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for "loss" and "defense expense" is limited. Refer to Limit of Insurance; and

(2) Our right and duty to defend and to pay "defense expense" end when we have used up the Limit of Insurance in the payment of "defense expense," judgments, or settlements under this Employment Practices Liability Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

c. This insurance applies to "loss" because of injury only if:

(1) The injury is caused by a "wrongful employment practice" that takes place in the "coverage territory";

(2) The "wrongful employment practice" did not occur before the Retroactive Date, if any, shown in the Declarations Page or after the end of the policy period; and

(3) A claim for "loss" because of the "wrongful employment practice" is first made and reported against any insured, in accordance with Paragraph d. below, during the policy period or any Extended Reporting Period we provide under extended reporting periods. **Refer to Extended Reporting Periods.**

d. A claim by a person or organization for "loss" will be deemed to have been made at the earlier of the following times:

(1) When notice of such claim is received and recorded by any insured or by us, whichever comes first; or

Copyright, Church Mutual Insurance Company, 2004.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

(2) When settlement is made in accordance with Paragraph 1.b. above.

All claims for "loss" because of injury to the same person will be deemed to have been made at the time the first of these claims is made against any insured.

2. Exclusions.

This insurance does not apply to:

a. (1) Injury or "loss" which would not have occurred in whole or part but for the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at any time.

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant, or contaminant, including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

b. "Bodily injury" (except for mental anguish and emotional distress) or "property damage."

c. Injury that arises out of:

(1) Any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer worker; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

(2) A "counseling incident."

d. Any claim based on:

(1) The Employee Retirement Income Security Act of 1974, Public Law 93-406, and any amendments to that law; or

(2) Any state, local, common, or federal law that is similar to Public Law 93-406.

e. Any obligation of the insured under a workers' compensation, disability benefits, or unemployment compensation law, or any similar law.

f. Breach of any express contract of employment or any express obligation to make payments in the event of termination of employment.

g. "Loss" which the insured is obligated to pay by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for "loss" the insured would have in the absence of the contract or agreement.

h. Any "loss" arising out of any costs of providing any of the reasonable accommodations required by (or made as a result of) the Americans With Disabilities Act.

i. Any "loss" arising out of dishonest, criminal, or fraudulent acts, or the willful failure to comply with any law or any governmental or administrative order, or regulation relating to employment practices by or with the insured's consent. Willful means acting with intentional or reckless disregard of such laws or employment related orders or regulations.

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS
Exhibit A

j. Claims based on, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any fact, circumstance, or situation:

(1) underlying or alleged in any prior and/or pending litigation as of the inception date of this coverage, or

(2) which has been the subject of any notice given before the inception date of this coverage.

k. "Loss" based upon, arising from, or attributable to any lockout, strike, collective bargaining agreement, or other similar actions in connection with labor disputes, labor negotiations, or dealing with unions.

**B. RETENTION**

We will not pay for any "loss" until the amount of "loss" exceeds the retention shown in the Declarations Page. We will then pay the amount of "loss" in excess of the retention, up to the applicable Limit of Insurance.

**C. SUPPLEMENTARY PAYMENTS - EMPLOYMENT PRACTICES LIABILITY COVERAGE**

1. If we defend, we will pay, with respect to any claim or suit we defend:

a. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

b. All interest on our portion of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**D. WHO IS AN INSURED**

Each of the following is an insured:

1. You are an insured.

2. Any person named or occupying a position shown in the applicable schedule of the Declarations Page is an insured.

3. Your past, present, or future directors, officers, trustees, employees, clergy, wardens, deacons, elders, or members of duly elected, appointed, or constituted governing bodies; and, in the event of death, incapacity or bankruptcy, the estate, heirs, legal representatives, or assigns of the individual; all while acting within the scope of their duties as such.

4. Any organization and its insured persons over which you maintain ownership or majority interest are insureds but only if that organization is shown in the applicable schedule of the Declarations Page.

Any organization and its insured persons that you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest are insureds if they have no other similar insurance available to them. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

b. Neither the organization nor its insured persons is an insured for any injury or "wrongful employment practice" that occurred before you acquired or formed the organization.

**E. LIMIT OF INSURANCE**

1. The Limit of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The Employment Practices Liability Aggregate Limit:

a. Is the most we will pay for the sum of:

(1) All "loss," and

(2) All "defense expense" for claims and "suits" seeking damages,

Copyright, Church Mutual Insurance Company, 2004.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm PHNS

because of all injury included under this Employment Practices Liability Coverage.

Each payment we make for "loss" and "defense expense" reduces the Limit of Insurance by the amount we pay. This reduced Limit of Insurance will then be available for further "loss" and "defense expense."

The Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page unless the policy period is extended after issuance for an additional period of less than 12 months. In that -case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

"Loss" arising out of the same "wrongful employment practice" or interrelated, repeated, or continuous "wrongful employment practice" of one or more insured shall be deemed "loss" in the policy period in which the first such claim or "wrongful employment practice" is first reported to the insurer.

**F. EMPLOYMENT PRACTICES LIABILITY CONDITIONS**

1. Bankruptcy.

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this coverage form.

2. Duties in the Event of Any "Wrongful Employment Practice," Claim, or "Suit."

a. You must see to it that we are notified as soon as practicable of any "wrongful employment practice" which may result in a claim. To the extent possible, notice should include:

(1) How, when, and where the "wrongful employment practice" took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature of the injury arising out of the "wrongful employment practice."

Notice of a "wrongful employment practice" is not notice of a claim.

b. If a claim is received by any insured, you must:

(1) Immediately record the specifics of the claim and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

(2) Authorize us, upon our request, to obtain records and other information;

(3) Cooperate with us, upon our request, in the investigation, settlement, or defense of the claim or "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3. Legal Action Against Us.

No person or organization has a right under this coverage form:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this coverage form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for "loss" that is not payable under the terms of this coverage form or that is in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

Copyright, Church Mutual Insurance Company, 2004.

4. Other Insurance.

If other valid and collectible insurance is available to the insured for a "loss" we cover under the Employment Practices Liability Coverage of this form, our obligations are limited as follows:

a. Primary Insurance.

This insurance is primary. When this insurance is primary, our obligations are not affected unless any other insurers' insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance.

This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis:

(1) That is effective prior to the beginning of the policy period shown in the Declarations Page of this insurance and applies to a "wrongful employment practice" on other than a claims made basis if:

(a) No Retroactive Date is shown in the Declarations Page of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Declarations Page of this insurance.

When this insurance is excess, we will have no duty under this Employment Practices Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we may elect to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the "loss," if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the "loss" in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining "loss," if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations Page of this policy.

c. Method of Sharing.

If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the "loss" remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. Premium Audit.

a. We will compute all premiums for this coverage in accordance with our rules and rates.

b. Premium for this coverage is a deposit premium only. At the close ofeach audit period, we may compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the deposit and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

6. Representations.

By accepting the policy, you agree:

a. The statements in the Declarations Page and the attached application are accurate and complete;

b. Those statements are based upon representations you made to l:s; and

c. We have issued this policy in reliance upon your representation.

Copyright, Church Mutual Insurance Company, 2004.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HS

7. Separation of Insureds.

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this coverage form to the first Named Insured, when this insurance applies, it applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer of Rights of Recovery Against Others to Us.

If the insured has rights to recover all or part of any payment we have made under this coverage form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. When Our Duty to Defend "Suits" and to Pay "Defense Expense" Ends.

a. We will notify the first Named Insured as soon as practicable of any outstanding claims or "suits" for which our duty to defend has ended.

b. We will notify any insured, as soon as practicable, of any outstanding "suits" in which we are defending that insured and for which our duty to defend has ended.

c. You and any other involved insured will, as soon as practicable, arrange for the defense of those outstanding "suits" and any future "suits" for which our duty to defend has ended.

d. We will cooperate in arranging for the transfer of defense of those outstanding "suits."

e. Until those arrangements are complete, we will take on behalf of the insured those steps we think appropriate:

(1) To avoid a default in any "suit"; or

(2) To the continued defense of any "suit" and

you will reimburse us, if we take such steps, for any "defense expense" we pay.

10. Limitation of Coverage.

a. If the coverage form is part of a policy which has other liability insurance, that other liability insurance does not apply to any injury caused by any "wrongful employment practice" covered by this coverage form.

b. If two or more policies issued by us apply to the same "wrongful employment practice," the maximum amount we will pay for "loss" under all the policies will not exceed the highest applicable Limit of Insurance that applies to any one of the policies.

11. When We Do Not Renew.

If we decide not to renew this coverage form, we will mail or deliver to the first Named Insured shown in the Declarations Page written notice of the non renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## G. EXTENDED REPORTING PERIODS

1. We will provide the Extended Reporting Periods as described below if:

a. This coverage form is cancelled or not renewed for any reason except nonpayment of premium; or

b. We renew or replace this coverage form with insurance that:

(1) Has a retroactive date later than the one shown in the Declarations Page of this policy; or

(2) Does not apply to injury that arises out of "wrongful employment practices" on a claims made basis.

2. Extended Reporting Periods do not extend the policy period, change the scope of coverage provided, or reinstate the Limits of Insurance. They apply only to claims for injury arising out of "wrongful employment practices" that occur before the end of the policy period but not before the retroactive date, if any, shown in the Declarations Page.

3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 90 days.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

 Copyright, Church Mutual Insurance Company, 2004. 

Exhibit A

Claims must be reported to us not later than 90 days after the end of the policy period in accordance with Employment Practices Liability conditions, Subparagraphs 2.a. or 2.b., of this coverage form.

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4. A Supplemental Extended Reporting Period for a three year duration is available but only by endorsement and for an extra charge. This period starts 90 days after the end of the policy period.

   You must give us a written request for the endorsement within 90 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due. We will determine the additional premium in accordance with our rules and rates.

   The endorsement will include a provision to the effect that the insurance afforded for claims first received during the Supplemental Extended Reporting Period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

   Once in effect, the Supplemental Extended Reporting Period may not be cancelled, and the premium will be fully earned.

5. Claims which are first received and recorded during the Basic Extended Reporting Period (or during the Supplemental Extended Reporting Period, if it is in effect) will be deemed to have been made on the last day of the policy period.

## H. DEFINITIONS

1. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at anytime.

2. "Counseling incident" means any act or omission in the furnishing of counseling services.

3. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico, and Canada;

   b. All parts of the world if the injury arises out of the activities of an insured whose home is in the territory described in a. above and whose responsibility to pay damages is determined in a "suit" on the merits in the territory described in a. above or in a settlement we agree to.

4. "Defense expense" means payments allocated to a specific claim or "suit" and includes:

   a. Fees and salaries of attorneys and paralegals we retain.

   b. Fees of attorneys the insured retains when by mutual agreement, court order, or law the insured is given the right to retain defense counsel to defend a "suit."

   c. All other litigation expenses.

   d. The cost of bonds to release attachments or similar bonds in any "suit," but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds.

   e. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit" including actual loss of earnings up to $250 a day because of time off from work.

   f. Costs taxed against the insured in the "suit." For the purpose of this coverage, costs do not include prejudgment interest or post judgment interest.

   "Defense expense" does not include salaries and expenses of our employees or the insured's employees (other than those described in a. and e. above) and does not include fees and expenses of independent adjusters we hire.

5. "Loss" means damages, judgments, settlements, and "defense expenses." "Loss" does not include fines, taxes, penalties, nonmonetary damages, or injunctive relief.

6. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property; or

Copyright, Church Mutual Insurance Company, 2004.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

b. Loss of use of tangible property that is not physically injured.

7. "Sexual harassment" means unwelcome sexual advances, requests for sexual favors or other verbal, visual or physical conduct of a sexual nature that are implied or presented as a condition of employment, are used as a basis for employment decisions, or creates a work environment that interferes with job performance or creates an intimidating, hostile, or offensive working environment.

8. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

9. "Suit" means a civil proceeding in which a "loss" because of injury to which this insurance applies is alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

10. "Wrongful Employment Practice" means any actual or alleged:

   a. Wrongful termination, discharge, or dismissal of employment, whether actual or constructive;

   b. Employment discrimination because of race, color, sex, age, national origin, religion, or disability.

   c. "Sexual harassment";

   d. Wrongful failure to employ or promote, wrongful discipline or demotion;

   e. Employment related false arrest, wrongful detention or imprisonment, malicious prosecution, libel, slander, defamation of character, or invasion of privacy.

Claims arising out of the same "wrongful employment practice" or interrelated "wrongful employment practices" of one or more persons insured shall be considered one "loss" and shall be subject to only one retention.

Copyright, Church Mutual Insurance Company, 2004.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT PRACTICES LIABILITY COVERAGE AMENDMENT

This endorsement modifies insurance provided by the Professional Liability Coverage Part:

The following is added to the Employment Practices Liability Coverage Form.

**EMPLOYMENT PRACTICES LIABILITY**

Paragraph A.2. Exclusions is amended to include the following:

This insurance does not apply to claims arising directly or indirectly from any of the following laws:

The Fair Labor Standards Act, the National Labor Relations Act of 1938, the Worker Adjustment and Retraining Notification Act (Public Law 100-37991988), the Consolidated Omnibus Budget Reconciliation Act of 1985, or the Occupational Safety and Health Act. This exclusion also applies to any rules or regulations promulgated under any of the foregoing and amendments thereto or any similar provisions of any federal, state, or local law, and to that part of any damages awarded for the cost or replacement of any insurance benefits due or alleged to be due to any current or former employee.

Copyright, Church Mutual Insurance Company, 2004.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AFFILIATED ENTITY DISPUTE LEGAL DEFENSE COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided by the Directors, Officers and Trustees Liability Coverage Form.

The following is added to the Directors, Officers and Trustees Liability Coverage Form.

## A. ADDITIONAL EXCLUSIONS

This insurance does not apply to any "loss" arising out of or resulting from any "Affiliated Entity Dispute," except as provided by Affiliated Entity Dispute Legal Defense Coverage.

## B. AFFILIATED ENTITY DISPUTE LEGAL DEFENSE COVERAGE

Except for the insurance provided by this Affiliated Entity Dispute Legal Defense Coverage Endorsement, and subject to all other provisions in the Directors, Officers and Trustees Liability Coverage Form, this policy does not apply to, nor do we have any duty to defend, any claim or suit arising out of or resulting from any actual or alleged "Affiliated Entity Dispute."

We will pay on your behalf and on behalf of your "Directors, Officers or Trustees" "defense expenses" (but no other item of any "loss") that you or your "Directors, Officers or Trustees" become legally obligated to pay arising out of a "wrongful act" that results in a claim or claims made against you or your "Directors, Officers or Trustees" by an "Affiliated Entity" that alleges one or more "Affiliated Entity Disputes." The limits of insurance shown in the Declarations Page and the rules below fix the most we will pay for "Affiliated Entity Dispute" "defense expenses."

Paragraph B., RETENTION, of the Directors, Officers and Trustees Liability Coverage Form does not apply to Affiliated Entity Dispute Legal Defense Coverage.

## C. LIMITS OF INSURANCE

The following is added to Paragraph E., LIMIT OF INSURANCE:

The Affiliated Entity Dispute Legal Defense Coverage Each Wrongful Act Limit is the most we will pay for the sum of all "defense expenses" under the Affiliated Entity Dispute Legal Defense Coverage because of all "Affiliated Entity Disputes" arising out of "Each Wrongful Act." The term "Each Wrongful Act" means all "wrongful acts" arising out of the same, interrelated, repeated, or continuous "wrongful acts" committed by an "Affiliated Entity," regardless of the time over which such acts occur and the number of "Directors, Officers or Trustees" that are alleged to have committed such "wrongful acts." In the event that "Each Wrongful Act" includes "wrongful acts" committed during the effective dates of more than one policy or more than one policy year, only one Affiliated Entity Dispute Legal Defense Coverage Each Wrongful Act Limit will apply, which shall be the Affiliated Entity Dispute Legal Defense Coverage Each Wrongful Act Limit in effect at the time a claim is first made and reported to us in accordance with Paragraph A.1.f. of the Directors, Officers and Trustees Liability Coverage Form.

The Affiliated Entity Dispute Legal Defense Coverage Aggregate Limit is the most we will pay for the sum of all "defense expenses" arising out of all "wrongful acts" that result in all claims made under the Affiliated Entity Dispute Legal Defense Coverage.

The Affiliated Entity Dispute Legal Defense Coverage Wrongful Act Limit and the Affiliated Entity Dispute Legal Defense Coverage Aggregate Limit is part of and not in addition to the Directors, Officers and Trustees Aggregate Limit.

## D. ADDITIONAL DEFINITIONS

1. "Affiliated Entity" means any entity or organization with which the Named Insured is affiliated or associated, or which the Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, camps, conference centers, and any other similar entity or

 Copyright, Church Mutual Insurance Company, 2006 

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

organization. "Affiliated Entity" includes all "Directors, Officers and Trustees," employees, members, or volunteers of such entity or organization, or of the Named Insured.

2. "Affiliated Entity Dispute" means any claim or claims made against an insured by an "Affiliated Entity" that arises out of a dispute involving one or more of the following:

a. Ownership, title, control, or use or return of real or personal property, donations, or financial assets;

b. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies;

c. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

d. Access to financial or other records;

e. The authority or control over business affairs of an insured;

f. The appointment or election of "Directors, Officers or Trustees" or other positions;

g. The interpretation or application of articles of incorporation, charters, association agreements, constitutions, bylaws, or other governing documents, or any amendments thereto;

h. Ecclesiastical, doctrinal, religious, or philosophical teachings, beliefs, practices, or policies.

However, "Affiliated Entity Dispute" does not include any claim or claims seeking monetary damages made against an insured by an employee, member, or volunteer of the Named Insured who is not a "Director, Officer or Trustee."

Copyright, Church Mutual Insurance Company, 2006.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CORPORATE ENTITY ENDORSEMENT

This endorsement modifies insurance provided under the Professional Liability Coverage Part.

If the first Named Insured under this policy operates as a specific unit that is part of a corporate entity, then the insurance provided by this policy applies only to the premises and operations of the first Named Insured.

This insurance does not apply to the corporate entity or to any other premises or operations of any other unit of the corporate entity unless such unit or entity is specifically named as an additional insured under this policy.

Copyright, Church Mutual Insurance Company, 2007

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CORPORATE ENTITY ENDORSEMENT
## DIRECTORS, OFFICERS AND TRUSTEES LIABILITY

This endorsement modifies insurance provided under the Directors, Officers and Trustees Liability Policy.

**On A 505, Directors, Officers and Trustees Liability Coverage Form:**

Item H.6. is deleted and replaced by:

"Directors, Officers and Trustees" means any of your past, present, or future directors, officers, trustees, clergy, wardens, deacons, elders, or members of duly elected, appointed or constituted governing bodies while acting within the scope of their duties solely and exclusively for the operations and premises of the Named Insured; and in the event of death, incapacity, or bankruptcy, the estate, heirs, legal repr sentatives, or assigns of the individual, but only with respect to their duties solely and exclusively for the operations and premises of the Named Insured.

Copyright, Church Mutual Insurance Company, 2007

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**POLICY NO.:** █████953488 01/01/17

**Church Mutual Insurance Company**
**3000 Schuster Lane, P.O. Box 357**
**Merrill, Wisconsin 54452**

# APPLICATION FOR
# DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE

**THIS IS AN APPLICATION FOR CLAIMS-MADE COVERAGE.**

WESTSIDE FAMILY CHURCH INC
(Name of Organization)

8500 WOODSONIA DR
(Address)

LENEXA, KS 66227-3137
(City) (State) (Zip Code)

Within the scope of this proposed directors, officers and trustees liability insurance:

1. Have there been any claims or lawsuits made or are any now pendi against the Organization or any person who may be covered by this insurance? D Yes ☒ No If yes, please provide details.

2. Does any person who may be covered by this insurance have any knowledge or information of any breach of duty, error, misstatement, misleading statement, or omission which could give rise to a claim ainst the Organization or any person who may be covered by this insurance? D Yes ☒ No If yes, please provide details.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

POLICY NO.: [redacted]953488 01/01/17

## REPRESENTATIONS:

The individual providing information for this insurance coverage declares the statements set forth herein are true.

The individual providing information, on behalf of the Organization, agrees that this application and the said statements shall be the basis of any insurance contract or agreement that may be made. The Insurer is hereby authorized to make any investigation and inquiry in connection with this application.

It is agreed that any claim or action arising out of any wrongful act, error, or omission that is known to any person proposed for this insurance prior to the issuance of the policy and not disclosed in this application is excluded from coverage.

It is agreed that this application shall be the basis of the contract should a policy be issued, and this application shall be considered part of the contract.

An offer to provide coverage may include terms and conditions that are materially different from your previous coverage. The Company shall not be obligated to provide terms in accordance with previously provided coverage or currently requested coverage, and terms and conditions may be offered that are materially different from those requested.

IF A POLICY IS ISSUED, THIS APPLICATION WILL BE RETAINED ON FILE BY CHURCH MUTUAL INSURANCE COMPANY AND FORM A PART OF THE POLICY.

Name of Applicant: JEFF MANSFIELD

Title of Applicant: PASTOR

Date Application Completed: 11/23/16

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

POLICY NO.: [redacted]953488 01/01/17

**Church Mutual Insurance Company**
**3000 Schuster Lane, P.O. Box 357**
**Merrill, Wisconsin 54452**

# APPLICATION FOR EMPLOYMENT PRACTICES LIABILITY COVERAGE

**THIS IS AN APPLICATION FOR CLAIMS-MADE COVERAGE.**

WESTSIDE FAMILY CHURCH INC
(Name of Organization)

8500 WOODSONIA DR
(Address)

LENEXA, KS 66227-3137
(City) (State) (Zip Code)

Within the scope of this proposed employment practices liability insurance:

1. Have there been any claims or lawsuits made or are any now pendi against the Organization or any person who may be covered by this insurance? D Yes ☒ No If yes, please provide details.

2. Does any person who may be covered by this insurance have any knowledge or information of any breach of duty, error, misstatement, misleading statement, or omission which could give rise to a claim ainst the Organization or any person who may be covered by this insurance? D Yes ☒ No If yes, please provide details.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

POLICY NO.: █████953488 01/01/17

## REPRESENTATIONS:

The individual providing information for this insurance coverage declares the statements set forth herein are true.

The individual providing information, on behalf of the Organization, agrees that this application and the said -statements shall be the basis of any insurance contract or agreement that may be made. The Insurer is hereby authorized to make any investigation and inquiry in connection with this application.

It is agreed that any claim or action arising out of any wrongful employment practice that is known to any person proposed for this insurance prior to the issuance of the policy and not disclosed in this application is excluded from coverage.

It is agreed that this application shall be the basis of the contract should a policy be issued, and this application shall be considered part of the contract.

An offer to provide coverage may include terms and conditions that are materially different from your previous coverage. The Company shall not be obligated to provide terms in accordance with previously provided coverage or currently requested coverage, and terms and conditions may be offered that are materially different from those requested.

IF A POLICY IS ISSUED, THIS APPLICATION WILL BE RETAINED ON FILE BY CHURCH MUTUAL INSURANCE COMPANY AND FORM A PART OF THE POLICY.

Name of Applicant: JEFF MANSFELD

Title of Applicant: PASTOR

Date Application Completed: 11/23/16

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

# HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE EXCESS INSURANCE

# RELIGIOUS INSTITUTIONS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, _duties, and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we," "us," and "our" refer to Church Mutual Insurance Company.

The word "insured" means any person or organization qualifying as an insured. **Refer to Paragraph C - Who Is An Insured.**

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph F - Definitions.**

**A. HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE**

1. Insuring Agreement.

a We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited. **Refer to Paragraph D - Limits of Insurance;** and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under this Hired and Nonowned Automobile Liability Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) The "bodily injury" or "property damage" arises out of the maintenance or use of an "automobile" that is a "hired automobile" or "nonowned automobile."

c. Damages because of "bodily injury" include damages by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. Exclusions.

This insurance does not apply to:

a (1) With respect to any "hired automobile":

(a) To the owner of the "hired automobile";

(b) To the lessee (of whom the Named Insured is a sublessee) of a "hired automobile"; or

(c) To any agent or employee of such owner or lessee other than the Named Insured.

b. "Bodily Injury" by any person engaged in the business of his or her employer to any co-employee of such person injured in the course of employment.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

c. Physical damage to the "hired automobile" or the "nonowned automobile."

d. Any "automobile" owned by or leased to the Named Insured for which we are providing primary insurance.

e. "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants":

(1) That are, or that are contained in any property that is:

(a) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "hired automobile" or "nonowned automobile";

(b) Otherwise in the course of transit by or on behalf of the insured; or

(c) Being stored, disposed of, treated, or processed in or upon the covered "hired automobile" or "nonowned automobile."

(2) Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto the covered "hired automobile" or "nonowned automobile"; or

(3) After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "hired automobile" or "nonowned automobile" to the place where they are finally delivered, disposed of, or abandoned by the insured.

Paragraph (1) above does not apply to fuels, lubricants, fluids, exhaust gases, or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic, or mechanical functioning of the covered "hired automobile" or "nonowned automobile" or its parts, if:

(a) The "pollutants" escape, seep, migrate, or are discharged, dispersed, or released directly from an "automobile" part designed by its manufacturer to hold, store, receive, or dispose of such "pollutants"; and

(b) The "bodily injury" or "property damage" does not arise out of the operation of any equipment listed in paragraphs f.(2) and f.(3) of the definition of "mobile equipment."

Paragraphs (2) and (3) above of this exclusion do not apply to accidents that occur away from premises owned by or rented to an insured with respect to "pollutants" not in or upon a covered "hired automobile" or "nonowned automobile" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned, or damaged as a result of the maintenance or use of a covered "hired automobile" or "nonowned automobile"; and

(b) The discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused directly by such upset, overturn, or damage.

f. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

g. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

h. "Property damage" to:

(1) Property owned or being transported by the insured; or

(2) Property rented to or in the care, custody, or control of the insured, or as to which the insured is for any purpose exercising physical control.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

i. Any obligation of the insured under a workers' compensation, disability benefits, or unemployment compensation law, or any similar law.

j. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother, or sister of that employee as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to "bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

k. "Bodily injury" or "property damage" arising out of any actual or alleged act of "sexual misconduct or sexual molestation." This includes, but is not limited to any claim or suit seeking damages based upon, arising out of, or attributable to vicarious liability; negligence in hiring, employment, supervision, retention, or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child) failure to warn, failure to investigate, or failure to comply with any obligation to report; and counseling.

**B. SUPPLEMENTARY PAYMENTS - HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGES**

1. We will pay, with respect to any claim or "suit" we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit." For the purpose of this provision, costs do not include prejudgement interest or post judgement interest.

e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**C. WHO IS AN INSURED**

1. Each of the following is an insured under this insurance to the extent set forth below:

a. You are an insured.

b. Any of your officers, clergy, or employees are insureds, but only with respect to their duties as such.

c. Any person who is a "volunteer" for you is an insured, but only while using an "automobile" with your express knowledge and authorization, in the course of your business, and within the scope of their duties for you.

d. Any person while using a "hired automobile" is an insured (except while using an "automobile" owned by such person) provided the actual use of the "automobile" is with your permission.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS
Exhibit A

D. LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The Aggregate Limit is the most we will pay for the sum of all damages under Hired and Nonowned Automobile Liability Coverage.

3. Subject to 2. above, the Each Occurrence Limit is the most we will pay for the sum of damages under Hired and Nonowned Automobile Liability Coverage because of all "bodily injury" and "property damage" arising out of any one "occurrence."

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

E. CONDITIONS

1. Bankruptcy.

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties in the Event of "Occurrence," Claim, or "Suit."

a. You must see to it that we are notified as soon as practicable of an "occurrence" which may result in a claim. To the extent possible, notice should include:

(1) How, when, and where the "occurrence" took place;

(2) The names and addresses of any injured persons and witnesses;

(3) The nature and location of any injury or damage arising out of the "occurrence."

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us.

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

liability signed by us, the insured, and the claimant or the claimant's legal representative.

4. Other Insurance.

a. If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent, or on any other basis. We will have no duty under this Coverage Part to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(2) We will pay only our share of the amount of loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations Page of this Coverage Part.

5. Premium Audit.

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium for this Coverage is a deposit premium only. At the close of each audit period, we may compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the deposit and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

6. Representations.

By accepting the policy, you agree:

a. The statements in the Declarations Page are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representation.

7. Separation of Insureds.

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. Transfer of Rights of Recovery Against Others to Us.

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. Two or More Coverages.

If two or more coverages of this policy apply to the same loss, the maximum amount we will pay as damages under all the coverages will not exceed the highest Limit of Insurance that applies to any one of the coverages.

10. Two or More Policies.

If two or more policies issued by us apply to the same insured and these policies also apply to the same loss, the maximum amount we will pay as damages under all the policies will not exceed the highest applicable Limit of Insurance that applies to any one of the policies.

Copyright, Church Mutual Insurance Company, 2004.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

This does not apply to any policy issued by us that is specifically written as excess insurance.

11. When We Do Not Renew.

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations Page written notice of the non renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**F. DEFINITIONS**

1. "Automobile" means a land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "automobile" does not include "mobile equipment."

2. "Bodily injury" means bodily injury, sickness, or disease sustained by a person including death resulting from any of these at any time.

3. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico, and Canada.

4. "Hired automobile" means any "automobile":

   a. Loaned to you;

   b. Leased or rented by you or your employee;

   c. Used under contract by you;

   in the course of your business.

   But, any "automobile" registered in the name of or owned by you, any of your officers, your clergy, your "volunteers," or your employees is not a "hired automobile."

5. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment.

   a. Bulldozers, farm machinery, forklifts, and other vehicles designed for use principally *off* public roads.

   b. Vehicles maintained for use solely on or next to premises you own or rent.

   c. Vehicles that travel on crawler treads.

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers, or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers, or rollers.

   e. Vehicles not described in a., b., c., or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers.

   f. Vehicles not described in a., b., c., or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "automobiles."

      (1) Equipment designed primarily for:

         (a) Snow removal.

         (b) Road maintenance, but not construction or resurfacing.

         (c) Street cleaning.

      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment.

6. "Nonowned Automobile" means any "automobile" owned by or registered in the

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

name of your officers, your clergy, your "volunteers" or your employees, provided at the time of the "occurrence":

a. Such "automobile" is being used in the course of your business; and

b. Such use is either by such owner or by any other person whose actual operation or (if that person is not operating) whose actual use thereof is with such owner's permission.

7. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

8. "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

9. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

10. "Sexual misconduct or sexual molestation" is any activity by anyone (whether an adult or child) which is sexual in nature whether permitted or unpermitted, including but not limited to, sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, photographic, video or other reproduction of sexual activity, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd, or lascivious behavior or indecent exposure, fornication, undue familiarity, or unauthorized touching.

11. "Suit" means a civil proceeding in which damages because of "bodily injury" and "property damage" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

12. "Volunteer" means any person, other than your officers, clergy, or employees, while using an "automobile" with your express knowledge and authorization, in the course of your business, and within the scope of their duties for you.

Copyright, Church Mutual Insurance Company, 2004
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AND NONOWNED AUTOMOBILE MEDICAL EXPENSE COVERAGE EXCESS INSURANCE

This endorsement modifies insurance provided under the Hired and Nonowned Automobile Liability Coverage Part.

The following is added to the Hired and Nonowned Automobile Liability Coverage Form.

## A. MEDICAL EXPENSE COVERAGE

1. Insuring Agreement.

   a. We will pay medical expenses as described below for "bodily injury" to an insured caused by an accident while "occupying" any "hired automobile" or "nonowned automobile" provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make the following payments regardless of fault. These payments will not exceed the applicable Limit of Insurance. We will pay reasonable expenses for:

      (1) First aid at the time of an accident;

      (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

## B. WHO IS AN INSURED

1. Any person while "occupying" a "hired automobile" or "nonowned automobile" is an insured, but only with respect to the Medical Expense Coverage provided by this endorsement.

2. Paragraph C., (Who Is An Insured) of the Hired and Nonowned Automobile Liability Coverage Form does not apply to the Medical Expense Coverage of this coverage endorsement.

## C. LIMITS OF INSURANCE - MEDICAL EXPENSE COVERAGE

1. The Limits of Insurance shown in the Declarations Page and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brougbt; or

   c. Persons or organizations making claims or bringing "suits".

2. The Medical Expense Aggregate Limit of Insurance is the most we will pay for the sum of all medical expenses under Medical Expense Coverage.

3. Subject to 2. above, the Medical Expense Limit of Insurance is the most we will pay under Medical Expense Coverage for all medical expenses because of "bodily injury" sustained by any one person.

The Medical Expense Coverage Limits of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## D. ADDITIONAL DEFINITION

1. "Occupying" means in, upon, getting in, on, out or off.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HIRED AND NONOWNED AUTOMOBILE MEDICAL EXPENSE AMENDMENT

This endorsement modifies insurance provided under the Hired and Nonowned Automobile Liability Coverage Part.

The following change is made to the Hired and Nonowned Automobile Medical Expense Coverage Excess Insurance Form.

A. MEDICAL EXPENSE COVERAGE

1. Paragraph A.1.a.(2) of the Medical Expense Coverage Insuring Agreement is deleted and replaced by the following:

   a, The expenses are incurred and reported to us within three years of the date of the accident; and

Copyright, Church Mutual Insurance Company, 2007.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 1995.

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CARI=FULLY.**

# RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the Hired and Nonowned Automobile Liability Coverage Part.

The following is added to the Hired and Nonowned Automobile Liability Coverage Form A 600.

**A. RENTAL AUTOMOBILE CONTRACTUAL LIABILITY COVERAGE**

1. With respect to an "incidental" rental "hired automobile":

a. Paragraph A.2.g. Exclusions is replaced by the following:

This insurance does not apply to:

(1) "Bodily injury" or "property damage" for which the insured is obligated to pay damages, by reason of the assumption of the tort liability of another to a third party or organization, in a written contract or agreement.

But, this exclusion does not apply to that part of any written contract or agreement entered into by you pertaining to the rental or lease of the "automobile" if the written contract or agreement:

(a) Is made prior to the "bodily injury" or "property damage"; and

(b) Pertains to the loan, lease or rental of the "automobile" without a driver; and

(c) If the written contract or agreement:

1) Does not indemnify or hold a person or organization engaged in the business of transporting persons or property by "automobile" for hire harmless for your use of a covered "automobile" over a route or territory that person or organization is authorized or is required to be authorized to serve by public authority, or

2) Does not provide coverage to a third person or organization for its own negligence regarding manufacture or maintenance of the vehicle or any component part thereof.

**B. RENTAL AUTOMOBILE PHYSICAL DAMAGE COVERAGE**

1. With respect to the "incidental" rental of a "hired automobile," we will pay for "loss" to that "hired automobile" under the coverages that follow. We will pay under:

a. Comprehensive Coverage.

From any cause except:

(1) The "hired automobile's" collision with another object; or

(2) The "hired automobile's" over,turn.

We will pay for the following under Comprehensive Coverage:

(1) Glass breakage;

(2) "Loss" caused by hitting a bird or animal; and

(3) "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by an "automobile's" collision or overturn considered a "loss" under Collision Coverage.

b. Collision Coverage. Caused by:

(1) The "hired automobile's" collision with another object; or

(2) The "hired automobile's" overturn.

c. "Loss Of Use Expenses"

For Rental Auto Physical Damage, we will pay "loss of use expenses" for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for "loss of use expenses" if caused by a:

(1) Comprehensive loss, or

(2) Collision loss.

Copyright, Church Mutual Insurance Company, 2003.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

However, the most we will pay for any "loss of use expenses" is $750 per vehicle. We will pay no more than $1,500 under "Loss of Use Expenses" for all accidents occurring during the policy year.

2. Exclusions.

a. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

(1) Nuclear Hazard.

Nuclear reaction or radiation or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

(2) War or Military Action.

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

(3) We will not pay for "loss" to any "hired automobile" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any "hired automobile" while that uhired automobile" is being prepared for such a contest or activity.

b. Other Exclusions.

(1) We will not pay for "loss" to any of the following:

(a) Tape decks or other sound reproducing equipment unless permanently installed in an "automobile."

(b) Tapes, records or other sound reproducing devices designed for use with sound reproducing equipment.

(c) Sound receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor, receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "automobile" manufacturer for the installation of a radio.

(2) We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance.

(a) Wear and tear, freezing, mechanical or electrical breakdown.

(b) Blowouts, punctures or other road damage to tires.

(3) We will not pay for "loss" to a "hired automobile" owned by a person or organization engaged in the business of transporting persons or property by "automobiles" for hire over a route or territory that person or organization is authorized to serve by public authority.

3. Limit of Insurance.

The most we will pay for "loss" to any one "incidental" rental "hired automobile" in any one accident is the lesser of:

a. The actual cash value of the damaged or stolen "hired automobile" as of the time of the "loss";

b. The cost of repairing or replacing the damaged or stolen "hired automobile" with another automobile of comparable kind and quality.

c. $100,000 for all covered losses occurring during each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations Page, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

4. Deductible.

For each "incidental" rental "hired automobile," our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by a $250

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Copyright, Church Mutual Insurance Company, 2003.

Exhibit A

deductible for each covered "automobile." Any Comprehensive Coverage deductible does not apply to "loss" caused by fire or lightning.

**C. ADDITIONAL CONDITIONS**

The following are added to Paragraph E. **CONDITIONS:**

a. The following is added to Paragraph 2.:

e. If there is a "loss" to an "incidental" rental "hired automobile," you must also do the following:

(1) Promptly notify the police if the covered "hired automobile" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "hired automobile" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "hired automobile" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

b. The following provision is added:

12. Loss Conditions.

a. Appraisal For Physical Damage Loss.

If you and we disagree on the amount of the "loss," either may demand an appraisal of the "loss." In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

(1) Pay its chosen appraiser; and

(2) Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

b. Loss Payment - Physical Damage Coverages.

At our option we may:

(1) Pay for, repair or replace damaged or stolen property;

(2) Return the stolen property, at our expense. We will pay for any damage that results to the "hired automobile" from the theft; or

(3) Take all or any part of the damaged or stolen property at an agreed or appraised value.

c. No Benefit to Bailee - Phys1cal Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**D. ADDITIONAL DEFINITIONS**

1. "Incidental" means a "hired automobile" used or rented for a period of 30 days or less under a written contract or agreement.

2. "Loss" means direct and accidental loss or damage.

3. "Loss of use expenses" means reasonable and customary charges imposed by the rental car company for the period of time the car is being repaired that are substantiated by a fleet utilization log. "Loss of use expenses" include administrative fees.

Copyright, Church Mutual Insurance Company, 2003.
Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CORPORATE ENTITY ENDORSEMENT

This endorsement modifies insurance provided under the Hired and Nonowned Automobile Coverage Part.

If the first Named Insured under this policy operates as a specific unit that is part of a corporate entity, then the insurance provided by this policy applies only to the premises and operations of the first Named Insured.

This insurance does not apply to the corporate entity or to any other premises or operations of any other unit of the corporate entity unless such unit or entity is specifically named as an additional insured under this policy.

Copyright, Church Mutual Insurance Company, 2007

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KANSAS CHANGES

This endorsement modifies insurance provided under the following:

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART**

**A. Changes in Liability Coverage.**

1. For coverage and limits required by the Kansas Financial Responsibility Law, Exclusions is changed as follows:

   a. The workers' compensation exclusion is replaced by the following:

   Any obligation for which the insured or the insured's insurer may be held liable under any workers' compensation, disability benefits or any similar law.

   b. The employee indemnification and employers' liability exclusion is replaced by the following:

   This coverage does not apply to "bodily injury" to any employee of the insured arising out of and in the course of the fellow employee's employment by the insured or while performing duties related to the conduct of the insured's business if benefits are required or available for the employee under any workers' compensation or disability benefits law or under any similar law. This exclusion does not apply to liability assumed by the insured under an insured contract.

   c. The care, custody, or control exclusion is replaced by the following:

   This coverage does not apply to "property damage" to property owned by, rented to, or in charge of or transported by an insured. However, this exclusion does not apply to "property damage" to a rented residence or private garage or to liability assumed by the insured under a sidetrack agreement.

   d. The exclusion relating to "bodily injury" or "property damage" arising out of the actual, alleged, or threatened discharge, dispersal, release, or escape of pollutants does not apply if the discharge, dispersal, release, or escape is sudden and accidental.

2. Our Limit of Insurance applies except that we will apply the limit shown on the Declarations Page to first provide the separate limits required by Kansas law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one accident;

   b. $50,000 for "bodily injury" to two or more persons caused by any one accide[It; and

   c. $10,000 for "property damage" caused by any one accident.

   This provision will not change our Limit of Insurance.

**B. Changes in Conditions.**

1. The **CONCEALMENT, MISREPRESENTATION, OR FRAUD** General Condition is added:

   We will not pay in any case of fraud by you at any time as it relates to this Coverage Form. We will also not pay if you or any other insured, knowingly and with intent to defraud, presents, causes to be presented, or prepares with knowledge or belief that it will be presented, any written statement relating to an insurance application, rating, claim, or coverage under this Coverage Form which such person:

   a. Knows to contain materially false information; or

   b. Conceals, for the purposes of misleading, information

   concerning any material fact.

Copyright, Church Mutual Insurance Company, 2010.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2005.

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

2. The Appraisal For Physical Damage Loss Condition in the Rental Automobile Contractual Liability Endorsement is replaced by the following:

If, after a claim has been made, a dispute arises because you and we disagree on the amount of the "loss," either party may make a written request for an appraisal of the "loss." **However, an appraisal will be made only if both you and we agree voluntarily to have the loss appraised.** If so agreed, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss." If they fail to agree, they will submit their differences to the umpire. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraiser and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**An appraisal decision will be binding.**

Copyright, Church Mutual Insurance Company, 2010.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2005

Clerk of the District Court, Johnson County Kansas
03/03/22 09:36pm HNS

Exhibit A

**IMPORTANT - ATTACH TO YOUR POLICY**

**CHURCH MUTUAL INSURANCE COMPANY**
**CHANGE ENDORSEMENT**

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:

**ENDORSEMENT EFFECTIVE DATE:** 01/01/17 **POLICY NO.:** [redacted]953488
**POLICY EFFECTIVE DATE:** 01/01/17

WESTSIDE FAMILY CHURCH INC
8500 WOODSONIA DR
LENEXA KS 66227-3137

SUMMARY CHANGES TO YOUR POLICY:

THE GENERAL LIABILITY COVERAGE PART IS AMENDED ADDING ONE TIME ONLY EXPOSURE FOR RENTAL OF A BASE HAZER JANUARY 1, 2017 AND JANUARY 2, 2017. THE CERTIFICATE OF INSURANCE WAS PREVIOUSLY MAILED. FORM A 220(01-98) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION APPLIES FOR DIGITAL SOUND SYSTEMS INC, 11936 W 119TH ST, STE 305, OVERLAND PARK, KS 66213-2216.

**PREMIUM:**
NO ADDITIONAL PREMIUM DUE

**AGENT:** 06-056
DAVID RAGLE
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

Church Mutual INSURANCE COMPANY

*Clerk of the District Court, Johnson County Kansas*
*03/03/22 09:36pm HNS*

Exhibit A

**IMPORTANT - ATTACH TO YOUR POLICY**

## CHURCH MUTUAL INSURANCE COMPANY
## CHANGE ENDORSEMENT

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:

**ENDORSEMENT EFFECTIVE DATE:** 01/01/17 **POLICY NO.:** [redacted]-953488
**POLICY EFFECTIVE DATE:** 01/01/17

WESTSIDE FAMILY CHURCH INC
8500 WOODSONIA DR
LENEXA KS 66227-3137

SUMMARY CHANGES TO YOUR POLICY:

THE LIMIT OF INSURANCE FOR THE BLANKET BUILDING AND PERSONAL PROPERTY COVERAGE IS AMENDED TO $22,441,000.

**PREMIUM:**
RETURN PREMIUM FOR THIS ENDORSEMENT: $ 439.00

**AGENT:** 06-056
DAVID RAGLE
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642






*Clerk of the District Court, Johnson County Kansas*
*03/03/22 02:30pm HNS*

Exhibit A

**IMPORTANT - ATTACH TO YOUR POLICY**

**CHURCH MUTUAL INSURANCE COMPANY**
**CHANGE ENDORSEMENT**

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:

**ENDORSEMENT EFFECTIVE DATE:** 01/01/17 **POLICY NO.:** [redacted]-953488
**POLICY EFFECTIVE DATE:** 01/01/17

WESTSIDE FAMILY CHURCH INC
8500 WOODSONIA DR
LENEXA KS 66227-3137

SUMMARY CHANGES TO YOUR POLICY:

THE GENERAL LIABILITY COVERAGE PART IS AMENDED ADDING ONE TIME ONLY EXPOSURE FOR A GIRLS RETREAT FEBRUARY 17, 2017 AND FEBRUARY 18, 2017. THE CERTIFICATE OF INSURANCE WAS PREVIOUSLY MAILED. FORM A 220(01-98) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION APPLIES FOR LAKE DONIPHAN CONFERENCE & RETREAT CENTER, 12856 DONIPHAN LAKE RD, EXCELSIOR SPRINGS, MO 64024-6242.

THE GENERAL LIABILITY COVERAGE PART IS AMENDED ADDING ONE TIME ONLY EXPOSURE FOR A MENS RETREAT FEBRUARY 17, 2017 AND FEBRUARY 18, 2017. THE CERTIFICATE OF INSURANCE WAS PREVIOUSLY MAILED. FORM A 220(01-98) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION APPLIES FOR YOUTHFRONT INC, 4715 RAINBOW BLVD, SHAWNEE MISSION, KA 66205-1832.

**PREMIUM:**
NO ADDITIONAL PREMIUM DUE

**AGENT:** 06-056
DAVID RAGLE
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

*Clerk of the District Court, Johnson County Kansas 03/05/22 09:36pm HNS*

Exhibit A

**IMPORTANT - ATTACH TO YOUR POLICY**

## CHURCH MUTUAL INSURANCE COMPANY
## CHANGE ENDORSEMENT

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:

**ENDORSEMENT EFFECTIVE DATE:** 01/01/17 **POLICY NO.:** [REDACTED]-953488
**POLICY EFFECTIVE DATE:** 01/01/17

WESTSIDE FAMILY CHURCH INC
8500 WOODSONIA DR
LENEXA KS 66227-3137

SUMMARY CHANGES TO YOUR POLICY:

THE GENERAL LIABILITY COVERAGE PART IS AMENDED ADDING ONE TIME ONLY EXPOSURE FOR A MIDDLE SCHOOL RETREAT OCTOBER 6, 2017 THROUGH OCTOBER 8, 2017. THE CERTIFICATE OF INSURANCE WAS PREVIOUSLY MAILED. FORM A 220(01-98) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION APPLIES FOR YOUTHFRONT INC, 4715 RAINBOW BLVD, SHAWNEE MISSION, KS 66205-1832.

**PREMIUM:**
NO ADDITIONAL PREMIUM DUE

**AGENT:** 06-056
DAVID RAGLE
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

Clerk of the District Court, Johnson County Kansas
03/03/22 09:30pm HNS

Exhibit A

**IMPORTANT - ATTACH TO YOUR POLICY**

**CHURCH MUTUAL INSURANCE COMPANY**
**CHANGE ENDORSEMENT**

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:

**ENDORSEMENT EFFECTIVE DATE:** 01/01/17 **POLICY NO.:** [redacted]953488
**POLICY EFFECTIVE DATE:** 01/01/17

WESTSIDE FAMILY CHURCH INC
8500 WOODSONIA DR
LENEXA KS 66227-3137

SUMMARY CHANGES TO YOUR POLICY:

THE GENERAL LIABILITY COVERAGE PART IS AMENDED ADDING ONE TIME ONLY EXPOSURE FOR FAMILY FUN FESTIVAL ON SEPTEMBER 17, 2017. THE CERTIFICATE OF INSURANCE WAS PREVIOUSLY MAILED.
FORM A 220(01-98) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION APPLIES FOR CITY OF LENEXA, 13420 OAK ST, LENEXA, KS 66215-3652.

**PREMIUM:**
NO ADDITIONAL PREMIUM DUE

**AGENT:** 06-056
DAVID RAGLE
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

Clerk of the District Court, Johnson County Kansas
03/03/22 09:38pm HNS

Exhibit A

7021 2720 0002 7623 3648

neopost
03/11/2022
US POSTAGE $014.82º
PRIORITY MAIL
ComBasPrice

ZIP 66606
041L12205129

COMMERCIAL BASE PRICING

USPS PRIORITY MAIL

DAVID LORD
STATE OF KANSAS CENTRAL MAIL
201 NW MACVICAR AVE
TOPEKA KS 66606

Kansas Insurance Dept.
1300 SW Arrowhead Rd.
Topeka, KS 66604

Commissioner
Vicki Schmidt

Legal
Division

Church Mutual Insurance Company, S.I.
c/o Corporation Service Company
2900 SW Wanamaker Dr. Ste. 204
Topeka, KS 66614-4188

SHIP TO: CHURCH MUTUAL INSURANCE CO
2900 SW WANAMAKER DR STE 204
TOPEKA KS 66614

USPS CERTIFIED MAIL

9202 7901 4161 5400 0001 5072 60

ELECTRONIC RATE APPROVED #901416154

BOX 1 OF 1
Priority Mail is a registered trademark of the U.S. Postal Service

Exhibit A