IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| WESTSIDE FAMILY CHURCH, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No: 2:22-cv-02116 |
| ) | |
| CHURCH MUTUAL INSURANCE ) | JURY TRIAL DEMANDED |
| COMPANY, S.I. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Westside Family Church, Inc. and Defendant Church Mutual Insurance Company, S.I. hereby stipulate to dismissal of this lawsuit, with prejudice, with each party to bear its own costs, pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ William C. Kenney
William C. Kenney            KS#27208
BILL KENNEY LAW FIRM, LLC
P.O. Box 561
Lee's Summit, MO 6463
Telephone:  (816) 842-2455
Facsimile:  (816) 474-8899
bkekney@billkenneylaw.com


/s/ Clark L. Jones
Clark L. Jones *(pro hac vice)*
JONES SCHNEIDER & STEVENS, LLC
11 North Seventh St.
Columbia, MO 65201
Telephone:  (573) 449-2451
Fax:  (573) 443-8620
clj@11-7law.com
***Attorneys for Plaintiff***

*/s/ Curtis O. Roggow*
Curtis O. Roggow         KS #14980
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd, Suite 450
Overland Park, KS 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: c.roggow@swrllp.com
***Attorneys for Defendant***

2